UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS in WASHINGTON, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | Civil Action No. 06-0743 |
| DEPARTMENT OF LABOR | ) ) ) | |
| Defendants. | ) ) | |
| | ) | |

## PRAECIPE

Defendant requests that the Clerk of the Court please enter the appearance of Assistant

United States Attorney Benton G. Peterson as counsel for defendant in the above-captioned case.

Respectfully submitted,


_____
BENTON G. PETERSON
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th St., N.W., Room E4905
Washington, D.C.  20530
(202) 514-7238

Dated:  May 4, 2006