UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS in WASHINGTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF LABOR )<br>)<br>)<br>Defendant. )<br>) | Civil Action No. 06-0743 (RMC) |

**DEFENDANT'S CONSENT MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

The defendant ("DOL"), pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves for a thirty (30) day enlargement of time up to and including June 26, 2006 to respond to the complaint in this case.  In support of its motion, defendant respectfully states as follows:

1. Defendant's answer is currently due May 25, 2006.

2. The DOL is currently processing Plaintiff's FOIA request and has recently entered discussions with Plaintiff to potentially resolve the instant matter completely.  However, DOL requires more time to complete its search for the requested documents and thereafter continue discussions with Plaintiff's Counsel.

3. Plaintiff's Counsel has been contacted pursuant to Local Rule 7(m), and consents to the proposed enlargement of time.

4. This is defendant's first motion for enlargement of time.

Wherefore, for all of the foregoing reasons, defendant respectfully requests a thirty (30) day enlargement of time up to and including June 26, 2006 to answer or otherwise respond to the complaint in this case.

        Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
RUDOLPH  CONTRERAS, D.C. Bar #  434122
Assistant United States Attorney

_____
BENTON G. PETERSON, WI. Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7238 514-8780 (Facsimile)
 **Benton.Peterson@usdoj.gov**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS in WASHINGTON, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | Civil Action No. 06-0743 (RMC) |
| DEPARTMENT OF LABOR | ) ) ) | |
| Defendants. | ) ) | |

### **ORDER**

UPON CONSIDERATION of the Defendant's Consent Motion for Enlargement of Time, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this _____ day of May, 2006, hereby

ORDERED that the Motion be and hereby is granted; and it is

FURTHER ORDERED that the time in which defendant shall answer or otherwise respond to the complaint in this matter is enlarged to June 26, 2006.

_____
UNITED STATES DISTRICT JUDGE