UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS in WASHINGTON,<br><br>      Plaintiff,<br><br>      v.<br>DEPARTMENT OF LABOR<br><br>      Defendants. | Civil Action No. 06-0743 (RMC) |

**<u>ORDER</u>**

UPON CONSIDERATION of the Defendant's Consent Motion for Enlargement of Time, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this _____ day of May, 2006, hereby

ORDERED that the Motion be and hereby is granted; and it is

FURTHER ORDERED that the time in which defendant shall answer or otherwise respond to the complaint in this matter is enlarged to June 26, 2006.

_____
UNITED STATES DISTRICT JUDGE