UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESONSIBILITY AND ETHICS IN WASHINGTON<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR<br><br>Defendant. | C.A NO. 06-00743(RMC) |

**DEFENDANT'S ANSWER IN RESPONSE TO PLAINTIFF'S COMPLAINT UNDER THE FREEDOM OF INFORMATION ACT**

Defendant, Department of Labor, by and through its undersigned counsel, hereby answers the Complaint under the Freedom of Information Act (Complaint) of Plaintiff as follows. Defendant denies each and every allegation of the Complaint not expressly admitted in this Answer.

**ANSWER**

Answering specifically the numbered paragraphs of the Complaint, and using the same paragraph numbering there contained, Defendant pleads as follows:

1. The Defendant admits that Plaintiff has brought this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 *et seq*., but avers that subsequent to the filing of Plaintiff's complaint, the Defendant provided Plaintiff with 108 pages, four of which contain redactions, in response to Plaintiff's request for documents. The 108 pages provided to Plaintiff are attached to this answer as Exhibit 1.

1

2. The allegations in ¶2 contain legal conclusions to which no response is required. If an answer is deemed required, the Defendant denies that it is in violation of the FOIA and agency regulations, and denies that Plaintiff is entitled to injunctive relief.

## JURISDICTION AND VENUE

3. The allegations in ¶3 contain jurisdictional allegations, not averments of fact for which an answer is required. To the extent an answer is deemed required, Defendant admits that this court has jurisdiction over this action under the FOIA, 5 U.S.C. § 552(a)(4)(B), and denies the remaining allegations of this paragraph.

4. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in ¶4, and on this basis denies those allegations.

5. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in ¶5, and on this basis denies those allegations.

6. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in ¶6, and on this basis denies those allegations.

7. Defendant admits the allegations in ¶7, except Defendant denies that it is responsible for "fulfilling" Plaintiff's FOIA request. Rather, Defendant admits that it is responsible for responding to Plaintiff's FOIA request.

## STATUTORY FRAMEWORK

### The Freedom of Information Act

8-13. The allegations in ¶¶8-13 contain legal conclusions to which no response is required.

## FACTS GIVING RISE TO PLAINTIFF'S CLAIMS FOR RELIEF

14. The allegations in ¶14 concern a Washington Post article, a true and correct copy of which is attached as Exhibit A to Plaintiff's complaint. The allegations require no response because the article speaks for itself.

15. The allegations in ¶15 concern the Washington Post article, a true and complete copy of which is attached as Exhibit A to Plaintiff's complaint. The allegations require no response because the article speaks for itself.

16. The Defendant does not have sufficient knowledge or information to form a belief as to the truth of the allegations in ¶16.

17. The Defendant denies the allegations in ¶17.

### Plaintiff's FOIA Request and Follow-Up

18-22. The allegations contained in ¶¶18-22 concern documents, true and correct copies of which are attached to Plaintiff's complaint as Exhibits B, C, D, and E. No response is required to these allegations because the documents speak for themselves.

23. Defendant denies the allegations in ¶23, except to admit that, as of the date Plaintiff filed its complaint, the allegations in ¶23 were true.

24. Defendant admits the allegations contained in ¶24.

### PLAINTIFF'S CLAIMS FOR RELIEF

### CLAIM ONE

**(Failure to Produce Records)**

25. Defendant incorporates by reference all preceding paragraphs.

26. Defendant admits the allegations contained in ¶26.

27. The allegations contained in ¶27 are legal conclusions to which no answer is required.

28. Defendant denies the allegations in ¶28, except to admit that, as of the date the Plaintiff filed its complaint, the Defendant had not yet fully responded to Plaintiff's FOIA request, with the exception of the three Department of Labor components named by Plaintiff.

## CLAIM TWO

### (Failure to Respond)

29. Defendant incorporates by reference all preceding paragraphs.

30. Defendant admits the allegations contained in ¶30.

31. Defendant denies the allegations in ¶31, except to admit that, as of the date Plaintiff filed its complaint, the allegations contained in ¶31 were true.

32. Defendant admits that, as of the date Plaintiff filed its complaint, Defendant had not yet responded to Plaintiff's FOIA request, with the exception of the three agencies named by Plaintiff.

## PRAYER FOR RELIEF

In the final unnumbered paragraph that contains four subparagraphs designated 1 through 4, Plaintiff demands relief and therefore no response is required, but to the extent a response may be required, Defendant denies that Plaintiff is entitled to any relief.

WHEREFORE, the Defendant United States Department of Labor prays that Plaintiff take nothing by way of its complaint, that the complaint be dismissed with costs of suit and for such other and further relief as the Court deems appropriate in this action.

DATED: June _____, 2006

Respectfully Submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
RUDOLPH  CONTRERAS, D.C. Bar #  434122
Assistant United States Attorney


_____
BENTON G. PETERSON, WI. Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7238 514-8780 (Facsimile)
**Benton.Peterson@usdoj.gov**

5

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the foregoing Answer to Plaintiff's Complaint has been served pursuant to the Court's electronic case filing system, this 23rd day of June, 2006.

_____
BENTON PETERSON
Assistant United States Attorney