UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS in WASHINGTON,  )<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>DEPARTMENT OF LABOR   )<br>)<br>)<br>Defendant.   )<br>) | No. 1:06CV00743 (RMC) |

**PLAINTIFF'S REQUEST FOR A SCHEDULING CONFERENCE**

Plaintiff respectfully requests that the Court convene a conference in this matter as soon as possible in order to establish an expeditious briefing schedule in this Freedom of Information Act ("FOIA") case. In the alternative, plaintiff requests that the Court require defendant to file its opening brief no later than August 14, 2006. Despite the parties' efforts, counsel have been unable to reach agreement on an acceptable briefing schedule for the submission of dispositive motions.

This case is ripe for briefing. The Department of Labor filed its answer to the complaint on June 23, 2006, admitting that the Court possesses jurisdiction under FOIA. Answer ¶ 3. Accordingly, plaintiff respectfully requests that the Court either schedule a conference with the parties to discuss further appropriate proceedings, or, alternatively, set a schedule requiring the Department of Labor to file its dispositive motion no later than August 14, 2006. A proposed order is attached.

-2-

                    Respectfully submitted,

                    _____/s/_____
                    Melanie Sloan
                    (D.C. Bar. No. 434584)
                    Anne L. Weismann
                    (D.C. Bar No. 434584)
                    Sharon Y. Eubanks
                    (D.C. Bar No. 420147)
                    Citizens for Responsibility and
                        Ethics in Washington
                    1400 Eye street, N.W., Suite 450
                    Washington, D.C. 20005
                    Phone: (202) 408-5565
                    Fax: (202) 588-5020

                    Attorneys for Plaintiff

Dated: July 26, 2006