UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS in WASHINGTON,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**DEPARTMENT OF LABOR** )<br>)<br>**Defendant.** ) | No. 1:06CV00743 (RMC) |

**[PROPOSED] ORDER**

Defendant is ordered to file its dispositive motion on or before August 14, 2006.

Entered this ___ day of July, 2006.

_____
ROSEMARY M. COLLYER
United States District Judge

-1-