UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS in WASHINGTON,<br><br>          Plaintiff,<br><br>     v.<br><br>DEPARTMENT OF LABOR<br><br>          Defendant. | Civil Action No. 06-0743 (RMC) |

**JOINT MOTION FOR ENTRY OF BRIEFING SCHEDULE**

On July 26, 2006, plaintiff, Citizens for Responsibility and Ethics in Washington ("CREW"), filed a request for a scheduling conference. Following that submission, the parties reached agreement upon a briefing schedule. Accordingly, the parties represent to the Court that they agree that it is not necessary for the Court to take action on CREW's request for a scheduling conference.

Through this joint motion, the parties respectfully request that the Court set a briefing schedule whereby defendant, Department of Labor, will file its motion for summary judgment in this Freedom of Information Act case on August 28, 2006. The local rules would apply to establish the time for filing of the plaintiff's opposition and defendant's reply.

Respectfully submitted,

<table>
<tr><td>

ANNE WEISMANN,
D.C. Bar. No. 298190
SHARON Y. EUBANKS,
D.C. Bar. No. 420147
1400 Eye Street, N.W.
Suite 450
Washington, D.C. 20005
(202) 408-5565

Attorneys for Plaintiff

</td><td>

KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


BENTON G. PETERSON,
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7238 514-8780 (Facsimile)
**Benton.Peterson@usdoj.gov**

</td></tr>
</table>