UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON 1400 Eye Street, N.W. Suite 450 Washington, D.C. 20005 <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF LABOR, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:06-CV-00743 (RMC) |

**PLAINTIFF'S NOTICE OF ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that Sharon Y. Eubanks hereby enters an appearance on behalf of Plaintiff Citizens for Responsibility and Ethics in Washington as lead counsel. Counsel requests that copies of court orders, filings, and other court papers be sent by Electronic Case Filing to Sharon Y. Eubanks.

Respectfully Submitted

/s/
SHARON Y. EUBANKS
D.C.. Bar No. 420147
Citizens for Responsibility and
Ethics in Washington
1400 Eye Street, Suite 450
Washington, D.C. 20005
(202) 408-5565

Dated: August 9, 2006