# Exhibit A-2

**U.S. Department of Labor**         Office of the Solicitor
                                     Washington, D.C. 20210



JUN 16 2006


Anne Weismann
Chief Counsel
Citizens for Responsibility and Ethics in Washington
1400 Eye St., N.W.,
Suite 450
Washington, DC 20005


Dear Ms. Weismann:

This is a consolidated response on behalf of the Department of Labor to your March 16, 2006, Freedom of Information Act request for records that mention or relate to the following:

- Richard Berman
- Berman & Company
- Any employee or representative or Berman & Company and/or Richard Berman
- The Center for Union Facts
- The Employment Policies Institute Foundation
- The Center for Consumer Freedom

After conducting a thorough search of the Department's records we located and have enclosed 108 pages of responsive records. These records consist of various e-mails mentioning the subject of your request as well as three letters from Mr. Berman and the responses to those letters. I note that there is no written response to the third letter, dated September 30, 2005, as this letter was responded to orally. Finally, there is one letter to Mr. Berman, dated July 27, 2004, from the Associate Solicitor for Legislation and Legal Counsel. This letter references a July 8, 2004, letter from Mr. Berman to the Secretary; however, there is no record of this letter in the Executive Secretariat's correspondence tracking system and Mr. Shapiro's office was also unable to locate it.

We are providing these records in their entirety with the following information deleted as marked on the documents:

- The name of a DOL employee has been redacted from the Correspondence Control record dated October 4, 2004, pursuant to exemption 6 to protect this individual's privacy. 5 U.S.C. § 552(b)(6).

- The name of a DOL employee is being withheld from an e-mail dated January 4, 2005 pursuant to exemption 6 to protect this individual's privacy.
- Opinions and deliberative communications between the Secretary and her staff are being withheld from an e-mail string, the final e-mail of which is dated July 13, 2004, pursuant to exemption 5. U.S.C. § 552(b)(5).
- The names and e-mail addresses of private individuals who were sent an e-mail dated March 2, 2006 by the Heritage Foundation pursuant to Exemption 6 to protect the privacy of these individuals.
- Internal e-mail discussions of articles dated February 14, 2006, and March 27, 2006, have been deleted from the e-mail strings pursuant to Exemption 5.

Sincerely,

Joseph J. Plick
Counsel for FOIA

Enclosures

2

DOL 0005

10/4/2004

# DEPARTMENT OF LABOR
## Executive Secretariat
### CORRESPONDENCE CONTROL RECORD

**CORRESPONDENCE ID:** 398618

**DUE DATE:** 10/12/2004

**ORIGINATOR:** Berman, Rick

**ADDRESSED TO:** Chao

**CONSTITUENT:**

**WH ID NUMBER:**

**ORGANIZATION:** FirstJobs Institute

**DATE OF LETTER:** 9/28/2004

**SUBJECT:** Secretary's Profile on Her First Job

**ACTION AGENCY:** [Ex 6]

**DATE ROUTED:** 10/4/2004

**SIGNATURE LEVEL:** APPROP

**REMARKS:** No Previous Correspondence in ExSec

**INFO COPIES TO:** Secy; Ruth

**SPECIAL INSTRUCTION:**

O

RETAIN WITH ORIGINAL CORRESPONDENCE
IF THE DUE DATE CANNOT BE MET,
CONTACT YOUR CORRESPONDENCE UNIT



*398618*

**Chairman, Larry Lindsey**

September 28, 2004

Ms. Elaine L. Chao
Secretary
U.S. Department of Labor
200 Constitution Avenue, NW
Frances Perkins Building
Washington, DC 20210

Dear Elaine,

I wanted to update you with some exciting important news.

But first, **we are still waiting on your profile.** It is <u>critical</u> that we get it in the next week so we can make edits and post it on firstjobs.org before we go into movie theaters and bowling centers. We must have the profiles online before the economic messages are public, as both prongs of the program are equally important. Please contact Erin Grant if you would like to do a phone interview for your profile. Instructions are on the enclosed questionnaire if you prefer to submit it electronically. Sample profiles are also included; we hope these will show you the quality of inspirational stories we are sharing with young adults. We are excited to add yours to the others!

Our Econ 101 program will begin running in test theaters in the DC metropolitan area and in Manhattan in late October. At the same time, they will appear on scoring machines in Brunswick bowling centers nationwide, and we are talking to one major restaurant chain about presenting them on their tray liners. Repeated exposure in various locations will not only ensure retention, but will also benefit our efforts to add more of these venues nationwide.

You will also notice some great new additions to our participant list. Thanks to all of you who have helped us bring these individuals on board. We will soon announce some additional participants that will please you as well. As always, I encourage you to let me know of anyone you think would be interested in joining our mission so I can contact them directly. Likewise, I will continue to update you as our group grows.

Thank you for making FirstJobs a reality!

Sincerely,

Rick Berman
Executive Director

Enclosures

DOL 0007

**FirstJobs**

## Chairman, Larry Lindsey

*Our goal is to motivate and inspire young people with your first job story, so please adapt your answers to suit your background, and provide anecdotes or examples where you can. You may answer questions on this page and email back to* grant@firstjobs.org*, fax to (202) 463-7107, or answer them on a secure webpage,* http://www.firstjobs.org/participant_form.cfm*. Please also send a high-resolution color picture by email or to the mailing address below. Profile information will be sent back to you for final approval before it is posted on our site. If you have questions, email or call Erin Grant at 202-463-7114.*

**Current Title and Company:**

**What was your first job?**

**Where was it?**

**How old were you?**

**How much were you paid?**

**How was your job different than you thought it would be?**

**What important lessons or skills learned in your first job have been instrumental in your success?** (e.g. time management, punctuality, teamwork, customer service)

1775 Pennsylvania Avenue NW, Suite 1200 ■ Washington, DC 20006 ■ Tel: 202.463.7114 ■ Fax: 202.463.7107

DOL 0008

**Which of those lessons, and how, carried into subsequent jobs after your first?  How do you use those skills in your position today?**

**Have you seen how lacking those first job skills had negative effects on others (examples)**

**Is there a <u>specific event</u> in your first job that you learned something you still use today? (e.g. you or a coworker being reprimanded or terminated for poor performance, being unexpectedly rewarded, having to solve a problem on your own)  *What we're looking for here is an interesting or humorous anecdote that a young person could relate to in their current first job.***

**What obstacles that you faced had the greatest impact on your career path?**

**What people or outside factors affected your work ethic or motivated you the most to succeed? (e.g. parents, economic situation of you or your family, jobs available in that area or time, mentors, etc...)**

**What advice would you give to someone starting his or her first job?**

**(If you started your own business):  What is the most valuable advice you have for young adults who want to pursue their own business plan?**

**What do you find most rewarding about your position today?**

**QUOTE(S):  Please offer a quote for use in our marketing materials and website. (Could include the importance of our program, encouragement for others to get involved, or how your first job influenced you).**



# Michael Dell
## Chairman of the Board, Dell Inc.

First Job: A. Inspired: Subscription Sales
Job Location: Houston, Texas
Age at First Job: 16
Earnings in First Job: $18,000 Annually

that you could sell customized computers directly to customers cheaper than the big guys were doing it; it was a radical viewpoint. I'm proud to say our unconventional thinking proved the nay-sayers wrong—and we keep doing it every day.

## Have you seen how lacking those first job skills had negative effects on others?

When I first started Dell, I felt like I had to do everything. One day, I was working in my office when an employee entered to tell me they had lost money in the vending machine. I asked why they were telling me, and he said, because I had the key to the machine. On that day I learned the importance of delegation. I have always tried to surround myself with a strong team and have trust in their ability to get things done. Empowering employees is beneficial for both the employee and the company and is a principle Dell still operates under today.

## Is there a specific event in your first job that you learned something you still use today? At that point, did someone give you advice that you carried and/or later passed on to someone else?

One of my earliest mentors after I started Dell was a very wise man. He gave me a piece of advice that I have always tried to follow and have shared with many: "Fix your problems as fast as you find them." Problems arise, but it's your ability to address them, learn from them and not repeat them that will bring you success.

## What obstacles that you faced had the greatest impact on your career path?

As a young entrepreneur – whether selling subscriptions or starting Dell – I developed an "underdog" mentality that has always been critical to my success. Many people questioned me and the philosophy on which I founded the company, but driving for success is in my nature and proving a few people wrong along the way wasn't such a bad thing. Even now that Dell is an industry leader, we maintain an entrepreneurial underdog spirit, striving to prove ourselves everyday.

## What people or outside factors affected your work ethic or motivated you the most to succeed?

My parents instilled in me a strong work ethic and the curiosity to examine things and ask why. I've also been fortunate to have business leaders as mentors throughout my career, who coached and guided me.

## What advice would you give to someone starting his or her first job?

Don't be afraid to fail. Failure can teach you a great deal. I encourage people to experiment and learn—figure out what you're capable of and what opportunities are out there.

## How was your job different than you thought it would be?

I was surprised at the random nature of how my employer approached obtaining new subscriptions. I was given a list of new telephone numbers generated from the phone company and told to call them. Obviously generating new sales is critical to a successful business and it didn't take me long to figure out a more targeted approach would lead to success.

## What important lessons or skills did you learn in your first job that have been instrumental in your success?

There's always a different way to do things. In my work, cold calling a random list of telephone numbers trying to sell newspaper subscriptions, I saw a trend: Two kinds of people bought subscriptions – those who were recently married and people who had just moved into a new home. With this in mind I figured out how to target those groups by getting a list of people who applied for a marriage license at the courthouse and a list of people who applied for mortgages. Based on this targeted approach, as a 16-year old I was able to make $18,000 selling subscriptions. Thinking of a better way to do things is an important element of success in any job.

## Which of those lessons, and how, carried into subsequent jobs after your first? How do you use those skills in your position today?

At Dell, we are constantly evaluating our business to figure out how to improve—often by approaching things in a completely different way. I founded Dell in 1984 based on the premise

Sample Profile


**FirstJobs** Institute

# Profiles
September 15, 2004

*George McGovern*
Former U.S. Senator, South Dakota

*Bruce Nelson*
Chairman and CEO
Office Depot, Inc.

*Don Nickles*
U.S. Senator, Oklahoma
Chairman
Senate Budget Committee

*June O'Neill*
Professor of Economics and Finance
Baruch College and the Graduate Center,
City University of New York
Director
Congressional Budget Office 1995 - 1999

*Clarence Otis, Jr.*
Incoming CEO
Darden Restaurants, Inc.

*Dave Pfanzelter*
President
Kellogg's Specialty Channels Division

*Boone Pickens*
CEO
BP Capital

*Donald E. Powell*
Chairman
Federal Deposit Insurance Corporation

*Vincent Randazzo*
SVP - Director of Public Policy
Wachovia Corporation
Director of Public Policy
The Business Roundtable 2001 - 2003

*Richard F. Schubert*
Chairman Emeritus
International Youth Foundation

*Jack Schuessler*
Chairman, CEO and President
Wendy's International

*Robert J. Shapiro*
Managing Director
Sonecon LLC
Undersecretary of Commerce 1998 - 2001

*Donald J. Shepard*
Chairman
AEGON USA

*David L. Steward*
Chairman
World Wide Technology

*Edward Stucky*
Managing Director
Republic Risk Management, L.L.P.

*Carl Vogt*
Former Chairman
National Transportation Safety
Board 1992 - 1994

*J.C. Watts, Jr.*
Chairman
J.C. Watts Companies
Former U.S. Congressman, Oklahoma

*William D. Zollars*
Chairman, President and CEO
Yellow Roadway Corporation

DOL 0012

[ Ex 6 ] · EXECSEC

**From:** Knouse, Ruth
**Sent:** Tuesday, January 04, 2005 2:30 PM
**To:** [ Ex 6 ] · EXECSEC
**Subject:** FW: First Jobs submission for Secretary Elaine L. Chao

**COMPLETED**

**From:** Duncan, John - OSEC
**Sent:** Thursday, December 30, 2004 11:12 AM
**To:** 'grant@firstjobs.org'
**Subject:** First Jobs submission for Secretary Elaine L. Chao

Erin – Good to talk to you earlier.  Attached is the submission of the first job story for Secretary of Labor Elaine L. Chao.  Also attached is an official portrait for use on your website.

Let me know if you have any questions.

John

1/4/2005

DOL 0013

**FirstJobs Institute questions:**

Current Title and Company
U.S. Secretary of Labor,
United States Department of Labor
Washington, D.C.

What was your first job?
My first job was a summer assistant in a law firm.

Where was it?
In New York City

How old were you?
I was about 18 years old.

How much were you paid?
I can't remember exactly, but it was probably the minimum wage at the time.

How was your job different than you thought it would be?
I had never held a full time job before so I didn't know what to expect. Each day was exciting, interesting and an adventure.

What important lessons or skills did you learn in your first job that have been instrumental in your success? (e.g. time management, punctuality, teamwork, customer service)

One of the most important lessons I learned was to be responsible for the tasks that were given to me. I learned about being reliable and accountable. One day, for example, my supervisor asked me to deliver something. On the way to make the delivery, I met someone in the firm who was going to the exact same place, so I asked that person to deliver the file for me. When I returned to the office, my supervisor learned of what happened and told me that he had entrusted me with delivering that very important file and expected me to deliver the package rather than hand it off to someone else who may have delivered it right away. If someone asked me to do something, I was ultimately the person responsible for its completion.

Which of those lessons, and how, carried into subsequent jobs after your first? How do you use those skills in your position today?

In addition to learning to take responsibility and finishing a task thoroughly, I learned how to be part of a team. No matter what position you hold in an organization, you are an important member of that team. As such, you've got to carry your load so you don't let the other members of the team down.

Have you seen how lacking those first job skills had negative effects on others (examples)

DOL 0014

The lack of so-called "soft skills" is a great concern to employers today. These "Softskills" can include basic work skills such as being on time, being reliable, the ability to take direction, anger management, and the ability to relate to other people effectively. Many skills can be taught, but these basic "soft" or "life" skills are harder to acquire if workers don't appreciate their importance.

Is there a specific event in your first job that you learned something you still use today? (e.g. you or a coworker being reprimanded or terminated for poor performance, being unexpectedly rewarded, having to solve a problem on your own) At that point, did someone give you advice that you carried and/or later passed on to someone else? *(What we're looking for here is an interesting or humorous anecdote that a young person could relate to in their current first job)*

What obstacles that you faced had the greatest impact on your career path?

Everyone, at some point in their career, will face challenges and obstacles. Some may be very unfair. The important thing is not to lose hope and confidence in oneself. The challenges and difficulties I have faced have made me stronger and more empathetic. They've helped me become a better leader.

What people or outside factors affected your work ethic or motivated you the most to succeed? (e.g. parents, economic situation or you or your family, jobs available in that area or time, mentors' actions or advice...)

My parents, and the values they taught me, are the most important influence on my life and my work.

What advice would you give to someone starting his or her first job?

Work hard, listen, and don't be afraid to ask for help!

(If you started your own business): What is the most valuable advice you have for young adults who want to pursue their own business plan?

The most rewarding thing about my life today is working with the people at the Department of Labor. I love my job. I love coming to work everyday. And I love working with a great group of professionals who do so much to ensure the safety and security of America's workforce. It is very rewarding to help others.

###



*433971*

**Chairman, Larry Lindsey**



September 29, 2005

Elaine L. Chao
Secretary
U.S. Department of Labor
Frances Perkins Building
200 Constitution Avenue, NW
Washington, DC  20210

Dear Secretary Chao,

I am proud to share with you the enclosed *Wall Street Journal*, *Edmonton Journal* and *Columbus Dispatch* editorials which give the FirstJobs Institute a favorable mention.

Our executive profiles are great motivators for young people without role models at home. We need them to understand that they can bridge the gap from entry-level employment to great success. To reach our goal of 500+ profiles on our interactive website, I need your help.

Will you co-sign the enclosed letter and help show the breadth and depth of the program, which will catch the attention of other potential profilees?

I will follow up with a call, or you can fax back your agreement to co-sign a letter that looks substantially like the enclosed draft.

Sincerely,

Rick Berman
Executive Director

Enclosures
Cc:  Larry Lindsey

DOL 0016



# FirstJobs

## Chairman, Larry Lindsey –

**Norman Brinker**
*Chairman Emeritus*
*Brinker International*

**Elaine Chao**
*Secretary*
*U.S. Department of Labor*

**John Dasburg**
*Chairman and CEO*
*Astar Air Cargo, Inc.*

**Michael Dell**
*Chairman of the Board*
*Dell, Inc.*

**George McGovern**
*Former U.S. Senator*
*South Dakota*

**Boone Pickens**
*Chief Executive Officer*
*BP Capital*

**Donald Powell**
*Chairman*
*Federal Deposit Insurance*
*Corporation*

**Susan Story**
*President and CEO*
*Gulf Power Company*

**Al Weiss**
*President*
*Walt Disney World Resort*

Dear _____,

There is a large cohort of young adults who have a skewed perception of what it takes to achieve success today. They believe that most successful Americans are in their current positions only because they came from wealthy families or had some other special privilege. This misinformation causes them to believe that because they don't come from a privileged background they are shut out from ever being able to succeed.

We have joined the mission of the FirstJobs Institute to help change that mindset. We are sharing our first job profiles on www.firstjobs.org to show these young people that most successful leaders started with humble beginnings and paved their own path to success without any unique advantages. Each "story" offers credible advice for success, and motivates with an "if I did it, so can you" approach. We're showing young people that with the right attitude and determination, they can turn similar entry-level employment into great future success. We expect to inspire them to see these jobs as springboards, not dead-ends.

Will you join us? By sharing your first job story, you can motivate and inspire young people who don't have family role models. Once we have placed 500+ stories on the internet, we will be promoting this site to guidance counselors and other adults who interact with young people.

We want to inspire our next generation to excel, and joining us in the FirstJobs Institute is one step in achieving that goal. All it takes is just 30 minutes of your time to complete a phone interview and share your first job story. It will be sent back to you for final approval and then put online for millions of visitors to learn from.

We hope that you will join us in this important project.

1775 Pennsylvania Avenue NW, Suite 1200 ■ Washington, DC 20006 ■ Tel: 202.463.7114 ■ Fax: 202.463.7107

DOL 0017



❏   I agree to co-sign the enclosed draft to Fortune 500 executives and political leaders.*

❏   I agree to co-sign the enclosed draft to Fortune 500 executives and political leaders with the noted edits.

❏   I cannot participate as a co-signer of this letter at this time.

*Please let us know if there are specific people you'd like to receive this letter.

**Elaine L. Chao**
**Secretary**
**U.S. Department of Labor**
**Frances Perkins Building**
**200 Constitution Avenue, NW**
**Washington, DC   20210**

**Please fax this form to Erin Grant at 202/463-7107**

1775 Pennsylvania Ave., NW, Suite 1200 ■ Washington, DC 20006 ■ Tel: 202.463.7114 ■ Fax: 202.463.7107

DOL 0018



**FirstJobs**
Institute

1775 Pennsylvania Ave., NW, Suite 1200
Washington, DC 20006.

**Chairman, Larry Lindsey**

Elaine L. Chao
Secretary
U.S. Department of Labor
Frances Perkins Building
200 Constitution Avenue, NW
Washington,. DC 20210



02 1A
000435O447
MAILED FROM ZIP CODE 20005

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.83⁰
SEP 28 2005

# THE WALL STREET JOURNAL.

August 29, 2005

*—Editorial—*

## Job Slayers

**B**uried within the good news in the recent U.S. job creation report is one sobering statistic: Unemployment among America's teenagers remains stubbornly high at 16%. Even more frustrating is that the jobless rate for African-American teens is close to 33%—higher than during the Great Depression.

To be sure, many of these teens aren't aggressively searching for jobs, so the official statistics somewhat overstate the problem. But what seems equally clear is that teens and unskilled workers face barriers to entry when they attempt to join the job market for the first time. The scandal here is that these barriers are created in large part by liberal policymakers who claim to represent the best interests of unemployed workers.

We are speaking most prominently of the minimum wage, which is again rearing its head in Washington and state capitals. For decades economists have piled up studies concluding that a higher minimum wage destroys jobs for the most vulnerable population: uneducated and unskilled workers. The Journal of Economic Literature has established a rule of thumb that a 10% increase in the minimum wage leads to roughly a 2% hike in teen unemployment.

Which brings us to that renowned compassionate liberal, Ted Kennedy, who wants to raise the minimum wage to $7.25 from $5.15 an hour this autumn. That 40% mandated wage hike would very likely raise the teen unemployment rate even higher. He must think low-wage workers are better off with no job

| Maximum Folly | | | |
|---|---|---|---|
| States with super-minimum wages | | | |
| Alaska | $7.15 | Minn. | $6.15 |
| Calif. | 6.75 | N.J. | 6.15 |
| Conn. | 7.10 | N.Y. | 6.00 |
| Del. | 6.15 | Ore. | 7.25 |
| Fla. | 6.15 | R.I. | 6.75 |
| Hawaii | 6.25 | Vt. | 7.00 |
| Ill. | 6.50 | Wash. | 7.35 |
| Maine | 6.35 | Wis. | 5.70 |
| Mass. | 6.75 | | |

Source: Employment Policies Institute

at $7.25 an hour than a real job at $5.15 an hour.

But it's at the state level where super-minimum wage laws have become all the rage. This year already, seven states have enacted wage requirements above the federal minimum, bringing the total to 17 (see the nearby table). About 20 states, including California and Massachusetts, have pending legislation or ballot initiatives to raise their wage requirements to as high as $8 an hour.

At the local and state levels these minimum wage requirements are particularly destructive, because many businesses in low-wage industries can simply hop over state

borders to less regulated climates. New Jersey raised its minimum wage in the 1990s and suffered a 4.6% loss in jobs in the fast food industry, according to a study by economist David Neumark.

Advocates of a higher minimum wage often cite a study by economists David Card and Alan Krueger, which purported to show that no jobs were lost in New Jersey when the minimum wage rose in the 1990s. It's true that if a minimum wage is below the job-clearing price in any region, then it won't do as much as damage. And that was the case in some places during the 1990s' dot-com bubble. The problem is that no one is smart enough to know what that clearing price is for any area or any industry at any one time.

Moreover, economists generally agree that the methodology of that New Jersey phone study was flawed. Messrs. Card and Krueger based their conclusions on a telephone survey of restaurants and retailers, rather than on actual payroll data. When other researchers went back and resampled these establishments, they found widespread errors in the data.

We've sometimes lampooned minimum wages by asking why politicians should merely stop at $7.25. If they're such a great idea, why not $20 an hour, or for that matter why not pay everyone in America a Senate salary? But now we find

*—over—*

DOL 0020

# The Columbus Dispatch

September 20, 2005

# Americans Lack Skills in Handling their Finances

By J. Jeffrey Campbell

While schools are rightly committed to the three Rs, we've grown increasingly forgetful that young Americans also need a basic grasp of economics and personal finance. Unfortunately, no one seems to have noticed as these subjects largely disappeared from public schools.

Only fifteen states require high-school students to take economics, and just seven require coursework in personal finance. Ohio is not among them.

Home economics may be an increasingly rare high-school course, but it's a long way from the nearly extinct classes on basic business economics.

Beyond the schools, far too few of us take the time to foster economic literacy. Only 26 percent of 13-to 21-year-olds report that their parents have taught them how to manage money. That's the same percentage of parents who say they are comfortable with the subject.

This situation is not going to be corrected, even for those of our children who go on to college, where their economic ignorance can land them in real trouble. College students frequently sign up for credit cards, spend more than they have and end up in a vicious cycle of debt.

Nearly half of credit-card holders pay only the minimum amount due, allowing high interest rates to jack up their ultimate bill. In 2002, revolving debt of this type hit $730 billion, a number that exceeds the gross domestic product of Australia.

The savings rate has fallen into the cellar, and debt levels are at record-highs, in large part because borrowing is easier than ever. Not too far in the past, only wealthier people could get credit cards.

This democratization of debt is a two-edged sword. More people can buy the goods and services they need, but it also allows people to bite off more than they can pay for.

As we eliminated restraints on incurring debt, we also abandoned economic education. Not surprisingly, personal bankruptcy filings are at an all-time high. And the recently adopted bankruptcy legislation, intended to discourage profligate spending, will make climbing out of debt more difficult.

Pension plans are being displaced by 401(k)s and health-savings accounts may soon replace employer provided insurance. Americans will be forced to assume increasing responsibility for their own economic future. Will they be prepared?

And if Americans can't manage their finances, how can they pass sound judgment on matters of government fiscal policy? Our government's position on trade, taxes, entitlement spending and all the rest derives from the consent of the governed, informed or not.

Once again, surveys do not paint an encouraging picture. Most people think that middle and low income families fall into the highest income-tax brackets. And nearly two-thirds don't understand that during periods of inflation, money doesn't hold its value.

The demise of economic education also has left millions of people with wildly unrealistic notions about how businesses operate. According to a Washington Post survey, most Americans figure businesses make more than a 45 percent profit on sales. The correct figure is 8 percent.

If ignorance is bliss, we have reached economic nirvana.

Arthur Levitt, the 25th chairman of the Securities and Exchange Commission, once declared: "The American economy is the eighth wonder of the world; the ninth is the economic ignorance of the American people."

A commitment is needed to cultivate economic literacy in America. Schools must be part of the solution. But they cannot do it alone.

Businesses and nonprofits should reach out directly to families to help ensure that the next generation gains the knowledge and confidence it needs to fully participate in the American economy.

One program, at econ4U.org, is reaching young adults in a unique manner by targeting them in places they frequent, such as movie theatres, restaurants and bowling alleys, in a short question-and-answer format.

New approaches like this are desperately needed. The crisis is obvious.

*J. Jeffrey Campbell, former chairman and chief executive officer of Burger King Corp. is executive-in-residence at San Diego State University's Hospitality and Tourism Management Program.*

DOL 0021

# EDMONTON JOURNAL

August 27, 2005

## Getting Kids Up to Speed About Finances a Priority

### Everyone needs to understand the basics of life's economics

The registered education savings plan industry will be revved up as students head back to school next week, but there will be little talk about educating them about personal finances.

It's a deficiency that irks Dave Salloum, vice-president of the Salloum Wealth Management Group with RBC Investments in Edmonton.

For more than a decade now Salloum has annually spoken to students about the investment business during Career Day.

"The first time I did it was in 1994, and the questions were, 'What does your job entail, what courses did you have to take?' '" said Salloum. "And then the last time I did it, late fall last year, the questions were: 'How much money do you make, what kind of car do you drive?' To me it was just this shift, it was the money, money, money part."

Salloum says he is amazed by the lack of formal training young people receive in personal finances.

### Need a Course

"I get the impression that while it might be available, very few people actually take it. There's got to be a compulsory course where one component is What's the Income Tax Act, another on What's an RRSP, another is What's the Time Value of Money.

"You get kids who don't understand the concept of compound interest, and to me that's scary.

"You need that just for your own financial well-being."

He explains saving and investing to them in terms of pop cans and beer bottles.

"If you put away so much money starting when you're 20, if you do it for eight years at two grand a year—which is the equivalent of taking your empties in once a week—by the time you're 65 you've got a million bucks."

He worries that not providing students with a sound understanding of saving and managing debt will cause great financial hardships down the road.

"To me it's a societal problem, because in 10 or 15 years we're going to have to be paying for these people."

Adrian Mastracci, of KCM Wealth Management in Vancouver, says it's never too early for children to start learning about personal finances because "they have an appetite, not only for raiding the fridge, but also a pursuit of knowledge."

He recommends starting a school investment club. Websites of the Canadian Shareowners Association (www.shareowner.com) and the National Association of Investors Corporation (www.better-investing.org) offer books, kits and forms to help start and operate a school investment club.

### Global problem

In recent months there have been a few moves to improve what is seen as a global problem. An organization called FirstJobs Institute in the United States promotes economic literacy among young adults.

Asks media director Sarah Longwell: "How can we sufficiently debate the important economic issues of our time (i.e. social security reform, minimum wage, free trade, immigration policies, offshoring, etc ...) when economic literacy among Americans is so low? How can citizens be expected to offer informed opinions, let alone informed votes, on these matters if they don't even have a proper understanding of the interest rate on their Visa card?"

Speaking of which, another American program has started up called FIRM (Financial Independence, Responsibility and Management), which provides teenagers a 10-chapter course on budgeting, saving, managing

DOL 0022

credit, taxes, investing, insurance, negotiating, charity and life events. The program would be more honourable if it also didn't give teens a Visa debit card, but the website ( www.firmprogram.com) is worth checking out.

You can get a list of 10 budgeting tips for going back to school, with a central theme of prioritizing your needs and wants, and watching as your money goes towards them.

Since most youngsters get only cursory formal education in personal finances, the ongoing onus is on parents and others to teach the basics of getting and using money in everyday life.

As Mastracci puts it: "The trouble with teaching a child the value of a dollar is that you have to do it almost every week."

————————

*—Ray Turchansky is a free-lance writer and income tax preparer. He may be contacted at turchan@telusplanet.net*

# EMPLOYMENT ROUNDTABLE

*292508*

2001 JUL 17 A 10 14

SECRETARIAT
OF THE SECRETARY
DEPARTMENT OF LABOR
WASHINGTON, D.C. 20210

July 13, 2001

The Honorable Elaine L. Chao
Secretary
United States Department of Labor
200 Constitution Avenue, NW
Washington, DC 20210

Dear Madam Secretary:

I commend you on your consistent and strong support for President Bush's position in favor of the state flexibility approach to the national minimum wage.

You may have heard recently that this new idea does not have the support of the restaurant industry. *Quite the contrary is true.* The Employment Roundtable, an organization of CEOs and Presidents of nationwide restaurant companies, *strongly endorses the state flexibility approach,* and recently reiterated that support with the Republican leadership in the House. A list of the Employment Roundtable members is enclosed.

Earlier this year 75 CEOs from national restaurant chains signed the enclosed letter to the President stressing the need for state flexibility. In it, they wrote: *"Today the states are more qualified than the Congress to set meaningful minimum wage rates that promote policy goals while reflecting local realities."*

The number of businesses supporting the President's position has grown since that letter was written. The continued softening of the economy throughout the country has made the issue even more pressing; your statement at your confirmation hearing is even truer today:

> *... the President wants to give the states some local autonomy because obviously in some very, very economically depressed rural areas having the minimum wage at it's current rate even really eliminates a lot of jobs. And so the President would want some locales to have the option to say that if the minimum wage is way above what is the prevailing wage in that area, and yet if we wanted to attract new business and new employment opportunities in that area, would require some flexibility.*

1775 Pennsylvania Ave. NW, Suite 1200 • Washington, DC 20006 • Tel: 202.463.7100 • Fax: 202.463.7107

DOL 0024

The Honorable Elaine L. Chao
Secretary of Labor
Page 2

Madam Secretary, hundreds of companies employing millions of entry-level workers support the idea of state flexibility on the national minimum wage. According to six different national polls, the public (60%) supports the idea that the states are better qualified than Congress to set the most appropriate minimum wage rate in their states.

I thank you for your continued support for this common-sense solution to the wage-mandate issue and urge you to speak often in its behalf.

Sincerely,

Richard B. Berman
Executive Director

RBB:cs

Enclosures

# EMPLOYMENT ROUNDTABLE

## *Employment Roundtable Members*

| | | | |
|---|---|---|---|
| Frank | Guidara | ABP CORPORATION | President and Chief Executive Officer |
| Jack | Shafer | ALLIED DOMECQ QSR | Chief Executive Officer |
| Roland | Smith | AMF BOWLING WORLDWIDE, INC. | Chief Executive Officer |
| Lloyd | Hill | APPLEBEE'S INTERNATIONAL, INC. | Chairman, President and Chief Executive Officer |
| Stewart | Owens | BOB EVANS FARMS INC. | Chairman, President and Chief Executive Officer |
| Ron | McDougall | BRINKER INTERNATIONAL, INC. | Chairman and Chief Executive Officer |
| Joe | Micatrotto | BUCA INC. | President, Partner and Chief Executive Officer |
| Kerry | Kramp | BUFFETS, INC. | President and Chief Executive Officer |
| Curtis | Nelson | CARLSON HOSPITALITY WORLDWIDE, INC. | President and Chief Executive Officer |
| Dick | Frank | CEC ENTERTAINMENT, INC. | Chairman and Chief Executive Officer |
| Tom | Walters | CHART HOUSE ENTERPRISES | President and Chief Executive Officer |
| Scott | Bergren | CHEVYS FRESH MEX | President and Chief Executive Officer |
| Dan | Evins | CRACKER BARREL OLD COUNTRY STORE, INC. | Chairman and Chief Executive Officer |
| Dick | Rivera | DARDEN RESTAURANTS, INC. | President - Red Lobster |
| Bob | Hartnett | EINSTEIN/NOAH BAGEL CORP | President and Chief Executive Officer |
| Dan | Abraham | GARB-KO INC. | President and Chief Executive Officer |
| Jack | McCarthy | HMSHOST CORPORATION | President and Chief Executive Officer |
| Rick | Akam | HOOTERS OF AMERICA, INC. | President |
| Bob | Nugent | JACK IN THE BOX INC. | Chairman of the Board |
| Scott | Livengood | KRISPY KREME DOUGHNUT CORPORATION | Chairman, President and Chief Executive Officer |
| Len | Dreyer | MARIE CALLENDER PIE SHOPS, INC. | President and Chief Executive Officer |
| Steve | Hislop | O'CHARLEY'S, INC. | President and Chief Operating Officer |
| Chris | Sullivan | OUTBACK STEAKHOUSE, INC. | Chairman and Chief Executive Officer |
| Phil | Hickey | RARE HOSPITALITY INTERNATIONAL, INC. | Chairman and CEO |
| Dennis | Cooper | RTM, INC. | Chairman |
| Sandy | Beall | RUBY TUESDAY, INC. | Chairman and Chief Executive Officer |
| Bill | Hyde | RUTH'S CHRIS STEAK HOUSE, INC. | President and Chief Executive Officer |
| Mario | Sbarro | SBARRO, INC. | Chairman and Chief Executive Officer |
| Alan | Gilman | STEAK N SHAKE CO. | President and Chief Executive Officer |
| David | Overton | THE CHEESECAKE FACTORY INCORPORATED | Founder, President and Chief Executive Officer |
| Steve | Johnson | THE COCA COLA COMPANY | Vice President |
| Don | Smith | THE RESTAURANT COMPANY | Chairman and Chief Executive Officer |
| Jack | Schuessler | WENDY'S INTERNATIONAL, INC. | Chairman and Chief |
| Tom | Dobson | WHATABURGER INC. | Chairman and Chief Executive Officer |
| Sid | Feltenstein | YORKSHIRE GLOBAL RESTAURANTS | Chairman and Chief Executive Officer |

DOL 0026

## LEADING HOSPITALITY EMPLOYERS AGREE:
## SUPPORT STATE FLEXIBILITY ON THE MINIMUM WAGE

February 12, 2001

The Honorable George W. Bush
President of the United States
The White House
Washington, D.C. 20500

Dear Mr. President:

You and the new Congress have an historic opportunity to resolve the recurring controversy over the federal minimum wage. Efforts to implement welfare reform at the state level have created an entirely new set of concerns over policies affecting labor markets. Given these new circumstances, we are writing as a group to urge your continued support for a **state flexibility** approach to the national minimum wage that entrusts the governors and legislatures with setting appropriate minimum wage rates within their states.

The companies we represent offer first jobs to hundreds of thousands of employees each year. We provide training, experience and opportunities in every state. Some of our operations set entry-level pay at the minimum wage. Employees at all of our operations, however, earn considerably more as they develop expertise and become more productive. When the national minimum wage is increased rapidly, the relative cost of hiring and training entry-level workers rises beyond what our pricing flexibility will accommodate. (The $1.00 hike over two years recently under consideration would result in a total increase of 45% since the 1996 hike, far exceeding the CPI.) These are the factors that impact our ability to hire low-skilled applicants rather than employing other options.

Each of the undersigned has a personal view on what minimum wage rates are appropriate in the various communities in which his or her company operates. The purpose of this letter is not to rebut or defend the arguments in favor of increasing the federal minimum wage. Rather, we are united in our belief that the time has come to turn over to the states the authority for setting the starting wage.

Employers across America make wage decisions based on pricing flexibility, productivity and local labor market conditions. A "one size fits all" operating approach by our companies makes no sense in the nation's diverse economies. We feel such an approach is equally inappropriate for the federal government – especially when it comes to wage policy.

In this post-welfare reform era, many of us work closely with state and local officials to provide training and to expand work opportunities. We know from first-hand experience that politicians and administrators at the state level have the expertise, incentive and compassion to deal effectively

*The CEOs and Presidents who signed this letter employ millions of people annually and operate more than 30,000 restaurants, with locations in every state in America.*

with their own labor markets, as well as with their most vulnerable citizens. Today the states are more qualified than the Congress to set meaningful minimum wage rates that promote policy goals while reflecting local realities.

We ask that you recognize the great progress that the states are making in the area of welfare reform. Adopt a minimum wage policy that complements rather than undermines these efforts. We urge you to insist upon a **state flexibility** approach to the national minimum wage this year.

Sincerely,

**Dick Holbrook**
*President and Chief Operating Officer*
**AFC ENTERPRISES**

**William C. Anton**
*Chairman*
**ANTON'S AIRFOODS, INC.**

**Jamie Brown**
*President and Chief Executive Officer*
**BILL KNAPP'S MICHIGAN**

**Roland C. Smith**
*Chief Executive Officer*
**AMF BOWLING WORLDWIDE**

**Lloyd L. Hill**
*Chairman, President and CEO*
**APPLEBEE'S INTERNATIONAL, INC.**

**Ronald A. McDougall**
*Chairman and Chief Executive Officer*
**BRINKER INTERNATIONAL, INC.**

**John D. Shafer**
*Chief Executive Officer*
**ALLIED DOMECQ QSR**

**Charles Sarkis**
*Chief Executive Officer*
**BACK BAY RESTAURANT GROUP**

**Joseph P. Micatrotto**
*Chairman, President and CEO*
**BUCA INC.**

**Thomas J. Russo**
*President and Chief Executive Officer*
**AMERICAN HOSPITALITY CONCEPTS, INC.**

**Joel Schwartz**
*President*
**BENIHANA, INC.**

**Kerry Kramp**
*President and Chief Executive Officer*
**BUFFETS, INC.**

*The CEOs and Presidents who signed this letter employ millions of people annually and operate more than 30,000 restaurants, with locations in every state in America.*

DOL 0028



*Leading Hospitality Employers Agree.*
*Support State Flexibility on the Minimum Wage*
**Page 3 of 6**

Richard M. Frank
*Chairman and Chief Executive Officer*
**CEC ENTERTAINMENT, INC.**

Gary R. Green
*President and CEO N. American Division*
**COMPASS GROUP U.S.A.**

Kieran McGill
*Chief Executive Officer*
**FADO PUBS, INC.**

Andrew Puzder
*President and Chief Executive Officer*
**CKE RESTAURANTS, INC.**

Alan Gilman
*President and Chief Executive Officer*
**CONSOLIDATED PRODUCTS, INC.**

Martin O'Dowd
*President and Chief Executive Officer*
**FAMOUS DAVE'S**

Wallace B. Doolin
*President and Chief Executive Officer*
**CARLSON RESTAURANTS**
**WORLDWIDE INC.**

C. Ronald Petty
*President*
**DEL TACO**

Creed Ford III
*Chief Executive Officer*
**FIRED UP, INC.**

Thomas J. Walters
*President and Chief Executive Officer*
**CHART HOUSE ENTERPRISES**

Vincent F. Orza Jr.
*Chairman and President*
**EATERIES, INC.**

A. William Allen
*Chief Executive Officer*
**FLEMING'S PRIME STEAKHOUSE &**
**WINE BAR**

Scott Bergren
*President and Chief Executive Officer*
**CHEVYS FRESH MEX**

Phil Romano
*President*
**EATZI'S**

Veva Hasslocher
*Co-Chairman of the Board*
**FRONTIER ENTERPRISES**

Nat Comisar
*Chairman - The Maisonette Group*
**COMISAR LA NORMANDIE**
**MAISONETTE, INC.**

Robert Hartnett
*President and Chief Executive Officer*
**EINSTEIN/NOAH BAGEL CORP**

Phillip Ratner
*President and Chief Executive Officer*
**FURR'S RESTAURANT GROUP, INC.**

*The CEOs and Presidents who signed this letter employ millions of people*
*annually and operate more than 30,000 restaurants, with locations in every state in America.*



Charles Armstrong
*President/CEO*
**GP DALLAS, INC.**



Michael J. Hislop
*President*
**IL FORNAIO (AMERICA) CORP.**



Fred LeFranc
*President and Chief Executive Officer*
**LOUISE'S TRATTORIA**

Daniel Abraham
*President and Chief Executive Officer*
**GARB-KO INC.**

Robert J. Nugent
*President and Chief Executive Officer*
**JACK IN THE BOX INC.**

John Pelletier
*Chief Executive Officer*
**MARGARITAS MANAGEMENT GROUP INC.**

Theodore M. Fowler Jr.
*President and Chief Executive Officer*
**GOLDEN CORRAL CORPORATION**

A. Samuel King
*President and Chief Executive Officer*
**KING'S SEAFOOD COMPANY**

Leonard H. Dreyer
*President and Chief Executive Officer*
**MARIE CALLENDER PIE SHOPS, INC.**

Peter Beaudrault
*President and Chief Operating Officer*
**HARD ROCK CAFE INTERNATIONAL**

Stephen A. Finn
*Chief Executive Officer*
**LEEANN CHIN, INC.**

Todd Barnum
*Chairman, President and CEO*
**MAX & ERMA'S RESTAURANTS, INC.**

Rick Akam
*President*
**HOOTERS OF AMERICA, INC.**

Roger Berkowitz
*President and Chief Executive Officer*
**LEGAL SEA FOODS, INC.**

Craig Bothwell
*President and Chief Operating Officer*
**MAZZIO'S CORPORATION**

Ronald N. Magruder
*Chief Executive Officer*
**HOPS GRILL & BAR, INC.**

Andy Rovella
*President and Chief Executive Officer*
**LIFESTYLE VENTURES, LLC**

Philip Friedman
*President and Chief Financial Officer*
**MCALISTER'S CORPORATION**

*The CEOs and Presidents who signed this letter employ millions of people annually and operate more than 30,000 restaurants, with locations in every state in America.*

*Leading Hospitality Employers Agree:*
*Support State Flexibility on the Minimum Wage*
**Page 5 of 6**

John Metz
*Chairman*
**METZ ENTERPRISES**

John Schnatter
*Chief Executive Officer*
**PAPA JOHN'S INTERNATIONAL**

Stuart Waggoner
*President and Chief Operating Officer*
**RESTAURANT CONCEPTS, INC.**

Curt Glowacki
*President and Chief Executive Officer*
**MEXICAN RESTAURANTS**

Denny Phillips
*President*
**PHILLIPS RESTAURANT CORPORATION**

Frank Day
*Chairman and Chief Executive Officer*
**ROCK BOTTOM RESTAURANTS, INC.**

Steven J. Hislop
*President and Chief Operating Officer*
**O'CHARLEY'S, INC.**

Kevin S. Relyea
*President and Chief Executive Officer*
**PRANDIUM INC.**

Frank B. Steed
*President and Chief Executive Officer*
**ROMACORP INC.**

Chris T. Sullivan
*Chairman and Chief Executive Officer*
**OUTBACK STEAKHOUSE, INC.**

Reginald Timoteo
*President*
**R.J. GATOR'S MANAGEMENT, INC.**

Russell W. Bendell
*President*
**ROY'S RESTAURANTS**

Rick Federico
*Chairman and Chief Executive Officer*
**P.F. CHANG'S CHINA BISTRO**

Philip J. Hickey Jr.
*Chairman and CEO*
**RARE HOSPITALITY INTERNATIONAL, INC.**

Theodore R. Barber
*President*
**SEMOLINA ORIGINAL INTERNATIONAL PASTAS**

Hollis Taylor
*President and Chief Executive Officer*
**PANCHO'S MEXICAN BUFFET, INCORPORATED**

Michael Leatherwood
*Chief Executive Officer*
**RAZZOO'S, INC.**

J. Michael Bodnar
*Chief Executive Officer*
**SHONEY'S, INC.**

*The CEOs and Presidents who signed this letter employ millions of people annually and operate more than 30,000 restaurants, with locations in every state in America.*

Robert T. Giaimo
*President*
SILVER DINER DEVELOPMENT, INC.

Richard J. Walters
*President*
THE 7TH RIB, INC.

Craig S. Miller
*President and Chief Executive Officer*
UNO RESTAURANT CORPORATION

Thomas Metzger
*President and Chief Executive*
SIZZLER USA, INC.

Michael Shumsky
*President and CEO*
THE JOHNNY ROCKETS GROUP INC.

Thomas E. Dobson
*Chairman and Chief Executive Officer*
WHATABURGER INC.

Thomas J. Shannon Jr.
*President*
T-BIRD RESTAURANT GROUP

Donald N. Smith
*Chairman and Chief Executive Officer*
THE RESTAURANT COMPANY

Sidney J. Feltenstein
*Chairman and Chief Executive Officer*
YORKSHIRE GLOBAL
RESTAURANTS

*The CEOs and Presidents who signed this letter employ millions of people annually and operate more than 30,000 restaurants, with locations in every state in America.*

DOL 0032

**SECRETARY OF LABOR**
WASHINGTON

OCT - 5 2001

Mr. Richard B. Berman
Executive Director
Employment Roundtable
1775 Pennsylvania Avenue, N.W.
Suite 1200
Washington, D.C. 20006

Dear Mr. Berman:

Thank you for your letter on the minimum wage. I appreciate knowing the Employment Roundtable's position on the national minimum wage and particularly its support of state flexibility.

The Administration will carefully consider any proposed increase in the federal minimum wage, and is particularly concerned about the effects of an increase on employment in rural or economically depressed areas.

Again, I appreciate the interest of the Employment Roundtable.

Sincerely,

Elaine L. Chao

JUL 2 7 2004


Mr. Rick Berman
Executive Director
First Jobs Institute
Suite 1200
1775 Pennsylvania Ave., NW
Washington, D.C.  20006

Dear Mr. Berman:

Secretary Chao's office has asked me to review your letter to her of July 8, 2004.

While it is my understanding that the Secretary supports the goals of the First Jobs Institute, federal ethics rules preclude her from participating in any promotional or fundraising activity on behalf of the Institute.

Accordingly, I am writing to inform you that the Secretary will not be able to forward on behalf of your organization the draft letter you provided seeking more participants.  I also request that you remove the Secretary's name, title, and affiliation from the First Jobs Participants list.  It is also important that the Office of the Secretary be informed in advance of references to the Secretary in promotional materials, in order that her support for the Institute's goals is appropriately presented.  Please provide confirmation of this request.

As a separate matter, the Secretary's Office is preparing a submission in response to your request for an executive profile, and that should be ready soon.

Thank you for your cooperation in this matter.  Please call me at (202) 693-5500 if you have any questions.

Sincerely,



Robert A. Shapiro
Associate Solicitor for
  Legislation and Legal Counsel


SOL:RAShapiro(35500;N2428):7/26/04

| FILE COPY SOLSLIC | |
| --- | --- |
| INITIALS | DATE |
| RAS | 7/26/04 |
| | |
| | |

## Williams, Allaire - EXECSEC

| | |
|---|---|
| From: | Duncan, John - OSEC |
| Sent: | Tuesday, July 13, 2004 6:10 PM |
| To: | Williams, Allaire |
| Subject: | FW: Larry Lindsay |

Here's the note I sent the Secretary indicating that I followed up with First Jobs.

-----Original Message-----
From: Duncan, John - OSEC
Sent: Thursday, June 24, 2004 6:03 PM
To: Chao, Elaine
Cc: Knouse, Ruth; Redmond, Sean; Genero, Laura; Law, Steven
Subject: RE: Larry Lindsay

Secretary -

I have spoken to Rick Berman, Executive Director of First Jobs.

Ex. 5

I also found that we have a few weeks to complete the First Jobs "bio"

Ex 5

- John

-----Original Message-----
From: Chao, Elaine
Sent: Sunday, June 20, 2004 3:44 AM
To: Law, Steven; Duncan, John - OSEC
Cc: Knouse, Ruth; Redmond, Sean; Genero, Laura
Subject: Larry Lindsay

Larry Lindsay and I had lunch recently. He mentioned two projects he was working on:

1. A "First Job" description of prominent individuals.

Ex. 5

2. Larry is also working on a consumer education program about financial literacy, I believe.

Ex 5

--------------------------
Sent from My Blackberry Wireless Handheld

1

DOL 0035

## Gibson, Lynn - OSEC

| | |
|---|---|
| **From:** | Gibson, Lynn - OSEC |
| **Sent:** | Tuesday, February 14, 2006 6:15 PM |
| **To:** | Gibson, Lynn |
| **Cc:** | Filiciello, Christopher - OSEC |
| **Subject:** | Introductions and Information |

Dear Friends –

I recently joined the Department of Labor to 'replace' Matt Clark as Special Assistant, Public Liaison. I will be in periodic contact with you via email, but feel free to call me at the information listed below.

Since I've been on board slightly over a month, I'm on a steep learning curve. Any suggestions as what I need to do to read up on regarding labor-related issues would truly be appreciated (periodicals, certain journalists, publications, etc.) – even as my "read" stack continues to outpace me. If I can be helpful to you in any way, please let me know. You can also reach my staff assistant, Chris Filiciello at Filiciello.Chris@dol.gov or 202-693-4609.

I wanted to bring a new website to your attention, if you were not already aware of it. The website is dedicated to providing information on labor unions and their expenditures. **UnionFacts.com** launched yesterday, and some news links are listed below.

http://www.nytimes.com/2006/02/14/business/14labor.html (front page of the business section)

http://www.washingtonpost.com/wp-dyn/content/article/2006/02/13/AR2006021301913.html

http://www.latimes.com/business/la-fi-unions14feb14,1,971512.story?coll=la-headlines-business

http://desmoinesregister.com/apps/pbcs.dll/article?
AID=/20060214/BUSINESS04/602140370/1029/BUSINESS

http://seattlepi.nwsource.com/business/259366_antiunion14.html

Last of all, I wanted to make you aware of a seminar we are hosting at the **Department of Labor on Monday, February 27, 2006 from 10:00 a.m. – 12:00 noon.** Please feel free to pass this information along to those you know who might be interested. I have attached a form for you to complete or you may sign up on line at the link provided.

http://www.dol.gov/esa/regs/compliance/olms/web_nav.htm

Thanks in advance and I look forward to working closely with all of you in the future.

Best,

Lynn

Lynn E. Gibson
Special Assistant, Public Liaison
Department of Labor
Phone: (202) 693-9624
Email: gibson.lynn@dol.gov

6/1/2006

FW: REMINDER: Office of Labor Management Standards Offers Seminar on Navigation of New Labor...    Page 1 of

## Gibson, Lynn - OSEC

| | |
|---|---|
| **From:** | Sarah Longwell: UNF [longwell@unionfacts.com] |
| **Sent:** | Thursday, March 02, 2006 10:08 AM |
| **To:** | Gibson, Lynn - OSEC |
| **Subject:** | RE: REMINDER: Office of Labor Management Standards Offers Seminar on Navigation of New Labor Union and Employer Disclosure Web site |

The Center for Union Facts Finds AFL-CIO Union Execs Living Large on Members' Dime

SAN DIEGO, CA -- Under a gentle breeze on a sunny afternoon, Pacific Ocean waves quietly crested and crashed onto the soft sandy beaches at the foot of the exclusive Hotel del Coronado, which played host to the AFL-CIO executive council annual meeting this week. But while the Center for Union Facts followed the luminaries of labor out here fully expecting to find members' dues funding this lavish lifestyle, even we weren't ready for the union execs' shocking hypocrisy: the hotel where labor leaders are spending their members' money is currently being picketed by a union in a labor dispute!

As shown in our photo album, a Carpenters local isn't happy that the hotel uses a contractor that has remained union-free. But the AFL-CIO hotshots apparently don't believe in solidarity when it gets in the way of a good vacation on their members' dime.

And that dime turns into real money pretty quickly. The hotel itself is as expensive as it is beautiful, and rooms can easily run $600 per night or more. The spa is extra, and so is the food. But the hefty price tag didn't seem to slow the labor officials we saw, one of whom clocked more than 5 hours doing the members' work at a seaside bar, alternating between $3.25 bottles of San Pellegrino and highballs of whiskey on the rocks. **For an idea of what the final tab could be, we checked the AFL-CIO's bill for its 2004 meeting at the Drake Hotel in Chicago. There they racked up a bill of $224,000 -- categorized as "union administration." That's a big party for a small group. With only 53 council members, that's more than $4,000 a head.**

The Center for Union Facts thinks it's important to highlight the hypocritical and selfish use of dues by union officials. So, we've put together another ad summing up the AFL-CIO's great boondoggle junket of '06 in the form of a postcard from labor leaders to their members. And just to make sure they got the point, we hand-delivered a few of our post cards to the AFL-CIO's top brass.

Sarah Longwell
202-463-7106

**From:** Gibson, Lynn - OSEC [mailto:Gibson.Lynn@dol.gov]
**Sent:** Friday, February 24, 2006 5:24 PM
**To:** Gibson, Lynn
**Subject:** FW: REMINDER: Office of Labor Management Standards Offers Seminar on Navigation of New Labor Union and Employer Disclosure Web site

Final reminder. If you are unable to attend, and interested in future sessions, do let me know.

Lynn

Lynn E. Gibson

Special Assistant, Public Liaison

5/26/2006

DOL 0037

FW: REMINDER: Office of Labor Management Standards Offers Seminar on Navigation of New Labor...   Page 2 of

Department of Labor

Phone: (202) 693-4624

Email: gibson.lynn@dol.gov

**From:** James, David - OPA
**Sent:** Friday, February 24, 2006 12:39 PM
**To:** James, David - OPA
**Subject:** REMINDER: Office of Labor Management Standards Offers Seminar on Navigation of New Labor Union and Employer Disclosure Web site

Attached, please find a Media Advisory from the U.S. Department of Labor regarding Monday's free seminar to demonstrate the Office of Labor Management Standards' (OLMS) new public disclosure Web site.

*******************************

 # Media Advisory

U.S. Department of Labor          For Immediate Release

Office of Public Affairs               Date:  February 24, 2006

Washington, D.C.                  Contact:  David James

Release Number 06-341-NAT        Phone:  202-693-4676

# *R E M I N D E R*

## Office of Labor Management Standards Offers Seminar on Navigation of New Labor Union and Employer Disclosure Web site

### *Online Disclosure Offers New Information Resource for Union Members and Public*

**WASHINGTON**—The U.S. Labor Department will hold a free seminar Monday, Feb. 27 to demonstrate the Office of Labor Management Standards' (OLMS) new public disclosure Web site.  The site allows visitors to view annual financial reports filed by labor unions, employers, labor relations consultants, union officers and employees.  Since passage of the Labor-Management Reporting and Disclosure Act of 1959, the department has required filing of these reports.  For the first time in the department's history, all reports filed from 2000 forward will be available on the Web.

Over 27,000 unions nationwide, representing private sector and federal employees, must file annual Labor Organization Reports—LM forms—with OLMS.  The seminar, presented by OLMS professional staff, will cover union financial reports, union officer and employee reports, employer reports, and labor relations consultant reports. Members of Congress, other government officials, members of the media and labor union representatives are invited to attend the seminar.

5/26/2006

DOL 0038

FW: REMINDER: Office of Labor Management Standards Offers Seminar on Navigation of New Labor...    Page 3 of ...

Participants will learn what data are available on the site; how to navigate the site; how to view reports; how to run effective database queries; how to create data listings, and how to download data.

**WHAT:  Seminar on Navigating the OLMS Reports Disclosure Web site**

**WHEN:  Monday, Feb. 27 – 10 a.m. to Noon**

**WHERE:  U.S. Department of Labor, Frances Perkins Building Auditorium**

**200 Constitution Ave., N.W.; Washington, D.C.**

**NOTE:  To attend the seminar, media are requested to register by close of business Friday, Feb. 24 with the Office of Public Affairs at 202-693-4676. Media must present a photo ID and will be escorted to the event from the visitor's entrance (3rd Street, N.W.)**

**The public is welcome to attend after registering with the Office of Labor Management Standards at http://www.dol.gov/esa/regs/compliance/olms/web_nav.htm.**

# # #

U.S. Labor Department releases are accessible on the Internet at www.dol.gov. The information in this news release will be made available in alternate format upon request (large print, Braille, audio tape or disc) from the COAST office. Please specify which news release when placing your request at (202) 693-7765 or TTY (202) 693-7755. The U.S. Department of Labor is committed to providing America's employers and employees with easy access to understandable information on how to comply with its laws and regulations. For more information, please visit www.dol.gov/compliance.

5/26/2006

DOL 0039

## Gibson, Lynn - OSEC

**From:**     Sarah Longwell: UNF [longwell@unionfacts.com]
**Sent:**     Wednesday, March 01, 2006 2:08 PM
**To:**       Gibson, Lynn - OSEC
**Subject:**  Thought you might get a kick out of this: feel free to pass it along

For four days AFL-CIO officials have been partying it up at the posh Hotel Del Coronado in San Diego, where room rates run from $600 to $900 a night. We thought the high-and-mighty of the labor world ought to let the workers back at home know how their "meeting" was going.

To ensure that union officials know we are sending this postcard on their behalf, we sent a couple Center for Union Facts' employees out to San Diego to hand out the postcards at the hotel. A major drop of the post cards was also done in the hotel's press room.

Bloggers are already picking it up
http://www.americansforprosperity.org/index.php?page=blog

Sarah Longwell
202-463-7106



# AFL-CIO Executive Council Meeting
## Hotel Del Coronado, San Diego, CA
## February 28-March 2, 2006

5/26/2006

DOL 0040

Dear Union Member,

Wish you were here! But don't worry, the AFL-CIO Leadership is having a great time. We've been using your dues money wisely—we only order the expensive drinks at happy hour! By the time we fly home first class, we'll have figured out which politicians to give your money to—

See you soon!

–John

For more information go to UnionFacts.com



Union Member @
125 Main Street
Anytown, USA

---

**m:** Gibson, Lynn - OSEC [mailto:Gibson.Lynn@dol.gov]
**Sent:** Tuesday, February 21, 2006 12:24 PM
**To:** Sarah Longwell: UNF
**Subject:** RE: Thank you

Sounds great. See you then. My office number is below, you'll need it when you check in. L

Lynn E. Gibson
Special Assistant, Public Liaison
Department of Labor
Phone: (202) 693-9624
Email: gibson.lynn@dol.gov

5/26/2006

DOL 0041

**From:** Sarah Longwell: UNF [mailto:longwell@unionfacts.com]
**Sent:** Tuesday, February 21, 2006 11:08 AM
**To:** Gibson, Lynn - OSEC
**Subject:** RE: Thank you

How's 3:00pm? We could come meet you at your office.

---

**From:** Gibson, Lynn - OSEC [mailto:Gibson.Lynn@dol.gov]
**Sent:** Tuesday, February 21, 2006 10:30 AM
**To:** Sarah Longwell: UNF
**Subject:** RE: Thank you

I could do a late lunch that day. I have a meeting at Treasury (1500 Penn) that will last until about 12:30 p.m., so I could meet after. Not sure if a late lunch would work?

Lynn E. Gibson
Special Assistant, Public Liaison
Department of Labor
Phone: (202) 693-9624
Email: gibson.lynn@dol.gov

**From:** Sarah Longwell: UNF [mailto:longwell@unionfacts.com]
**Sent:** Friday, February 17, 2006 5:58 PM
**To:** Gibson, Lynn - OSEC
**Subject:** RE: Thank you

Hi Lynn,

How does next Friday look for you?

Sarah

---

**From:** Gibson, Lynn - OSEC [mailto:Gibson.Lynn@dol.gov]
**Sent:** Thursday, February 16, 2006 7:11 PM
**To:** Sarah Longwell: UNF
**Subject:** RE: Thank you

Sarah –

Also wanted to try to follow-up on scheduling with Rick Berman. Let me know what might work in the coming weeks. I also referred someone from Mackinac to you all for a meeting Tuesday, not sure if Michael Jahr called or not, but just a heads up.

L

Lynn E. Gibson
Special Assistant, Public Liaison
Department of Labor
Phone: (202) 693-9624
Email: gibson.lynn@dol.gov

**From:** Sarah Longwell: UNF [mailto:longwell@unionfacts.com]
**Sent:** Thursday, February 16, 2006 8:31 AM
**To:** Gibson, Lynn - OSEC
**Subject:** RE: Thank you

Lynn, we've already gotten over 100,000 hits. Keep an eye out for our news ads today running in the Washington Times, The

5/26/2006

Washington Post Express and the LA Times.

**From:** Gibson, Lynn - OSEC [mailto:Gibson.Lynn@dol.gov]
**Sent:** Wednesday, February 15, 2006 5:33 PM
**To:** Sarah Longwell: UNF
**Subject:** RE: Thank you

Thanks. Sent this along to folks in my network!! How many hits are you getting on your website?? Lynn

Lynn E. Gibson
Special Assistant, Public Liaison
Department of Labor
Phone: (202) 693-4624
Email: gibson.lynn@dol.gov

**From:** Sarah Longwell: UNF [mailto:longwell@unionfacts.com]
**Sent:** Tuesday, February 14, 2006 3:14 PM
**To:** Smith, Clarice
**Cc:** Gibson, Lynn - OSEC
**Subject:** RE: Thank you

FYI

http://www.nytimes.com/2006/02/14/business/14labor.html ( front page of the biz section)

http://www.washingtonpost.com/wp-dyn/content/article/2006/02/13/AR2006021301913.html

http://www.latimes.com/business/la-fi-unions14feb14,1,971512.story?coll=la-headlines-business

http://desmoinesregister.com/apps/pbcs.dll/article?
AID=/20060214/BUSINESS04/602140370/1029/BUSINESS

http://seattlepi.nwsource.com/business/259366_antiunion14.html

CNN covered it this morning as well.

**From:** Smith, Clarice [mailto:csmith@Manhattan-Institute.org]
**Sent:** Monday, February 13, 2006 1:15 PM
**To:** Sarah Longwell
**Subject:** Thank you

Hi Sarah,

It was a pleasure meeting you on Thursday. Thank you for letting Lindsay and me crash your launch party. We thought your event was a success and both had a blast. I saw your organization's ad in today's *Wall Street Journal and New York Times* and showed them to Steve Malanga. He thought they were great. Contact me to talk about Steve--if you want him to give a speech, etc. Good luck with this venture! Give me a call when you are in NYC.

Best,
Clarice

**Clarice Z. Smith**
Press Officer
Manhattan Institute
52 Vanderbilt Avenue
New York, NY 10017
Direct:  646-839-3318
General: 212-599-7000

5/26/2006

Fax:     212-599-3494
csmith@manhattan-institute.org

5/26/2006

DOL 0044

## Taylor, Aaron - OSEC

| | |
|---|---|
| **From:** | Baker, Melanie - OSEC |
| **Sent:** | Monday, February 13, 2006 4:34 PM |
| **To:** | Wiebe, Elizabeth - OSEC; Ray, Karen - OSEC; Samuels, Bettye - OSEC; Taylor, Aaron - OSEC; Czarnecki, Karen - OSEC; Severson, Alan - OSEC |

**Subject:** FW: Big Labor Sees Big Pushback: UnionFacts.com

This seems like an interesting new web site: www.unionfacts.com.

---

**From:** Townhall.com [mailto:townhallmessage@townhall.com]
**Sent:** Monday, February 13, 2006 3:23 PM
**To:** bakerm@alumni.wlu.edu
**Subject:** Big Labor Sees Big Pushback: UnionFacts.com

## Spotlight A SERVICE BROUGHT TO YOU BY TOWNHALL.COM

Tuesday, February 14, 2006

You are receiving this email because you subscribe to the Spotlight from Townhall.com. This is a paid advertisement. If you would prefer not to receive these messages, please use the unsubscribe link at the bottom of this email.

# Big Labor Sees Big Pushback: UnionFacts.com

Union chiefs spent hundreds of millions of dollars of their members' money to elect Democrats and push a radical social agenda in the 2004 election, even though 40% of their own members voted for President Bush. That's just one of the millions of facts publicized by the newly-launched Center for Union Facts, which ran full-page ads in today's *Wall Street Journal*, the *New York Times*, and the *Washington Post*.



UnionFacts.com launched today with ads and a giant inflatable dinosaur parked in front of the AFL-CIO headquarters. The Center for Union Facts says that today's union leaders are fossilized and out of touch.

**Most people can't see the real face of the union leadership, but it's time the public knows the facts.** Did you know that...

- greedy union personnel have been forced to give back $400 million in racketeering investigations in just the last five years?

- labor leaders have been tied to more than 9,000 violent events over the last thirty years? That means nearly every working day of the year, unions threaten, beat up, or otherwise attack Americans that don't kowtow to Big Labor.

5/23/2006

DOL 0045

Now there's someone to provide facts to union members and non-members alike. Today, **the Center for Union Facts officially launched its website -- with 3.8 million facts union leaders don't want you to know.**

Anyone who cares about the labor movement's effects on families and our society, including union members who want to know about how their money is spent, should log on to UnionFacts.com right now! It's the most comprehensive resource on the real record of the labor movement, with the financial information for every union in America, and the salaries for every union staff member in the country -- including the 13,000 who rake in more than $75,000 a year in salary paid for by union dues.

Then there are the thousands of allegations of labor law violations -- the laws union leaders supposedly fight for. And the Center has collected firsthand stories of unions trying to deny workers the right to secret ballot elections. One top labor chief has even admitted: "We don't do elections." Instead, they threaten American businesses to force their employees to join often ineffective and corrupt unions.

**The only way to stop today's union leader dinosaurs is to educate the American people about their record of failure, corruption, and hypocrisy.** The best way to start is by going to UnionFacts.com to get the facts they don't want you to know!

**TOWNHALL.com**
214 Massachusetts Ave NE, Suite 310
Washington, DC 20002
Phone: 202-675-6509
Fax: 202-544-7330

© 2005 Townhall.com. All rights reserved.

Subscription information:

You are currently subscribed to townhall-alert as:
bakerm@alumni.wlu.edu. You subscribed on 10/19/04.

To unsubscribe, click here.

Questions, comments, or having difficulties with your email subscription? Contact us via internet, phone, fax, or postal mail.

5/23/2006

DOL 0046

## Gibson, Lynn - OSEC

**From:**   SPN Labor Policy Exchange [spnlabor@effwa.org]
**Sent:**   Wednesday, May 24, 2006 9:36 PM
**To:**   SPN Labor Policy Exchange
**Subject:** SPN State Labor Policy Exchange - Volume 1, Issue 21



**SPN State Labor Policy Exchange – Volume 1, Issue 21**

---

### In Focus: Davis-Bacon Clause in Senate Immigration Bill

It appears conservative columnist Kate O'Beirne has discovered why Democrats are so anxious to support the Senate version of an immigration reform bill. According to O'Beirne, the bill extends Davis-Bacon "prevailing wage" provisions, which call for union-level wages to be paid for federal construction projects to all occupations covered by Davis-Bacon. **Commentary by Mark Creech**

**National Review: Capital Disconnect** – Among the little-noticed provisions in the Senate [immigration] bill is one that shatters the economic rationale for millions of new unskilled, affordable foreign workers. When a bill depends on Democratic votes for passage, the unions are empowered to transform the business community's demand for "cheap labor" into a guarantee that guest workers will be among the most costly labor in the workforce.

The bill extends Davis-Bacon "prevailing wage" provisions — typically the area's union wage that applies only to construction on federal projects under current law — to all occupations (e.g. roofers, carpenters, electricians, etc.) covered by Davis-Bacon. So guest workers (but not citizen workers) must be paid Davis-Bacon wage rates for jobs in the private sector if their occupation is covered by Davis-Bacon. Presumably because Senate Democrats' union bosses thought this provision too modest, an amendment by Senator Barack Obama, approved by voice vote, extended Davis-Bacon wages rates to all private work performed by guest workers, even if their occupations are not covered by Davis-Bacon.

**Effects of the Davis-Bacon Act** – An extensive analysis of the racist origins and effect of the Davis-Bacon act.

---

**Follow-up on past In Focus:** Judge Schedules Payment Plan for Strike Fines

Transport Workers Union Local 100 must pay the city 12 monthly installments totaling $2.5 million beginning in June, the city's law department said. The union will be allowed to continue automatically deducting dues from members' paychecks until the fine is paid.

After the city receives the $2.5 million, the union's right to deduct dues from paychecks will be suspended for at least three months, the city said.

But the union said it instead planned to move to a system under which members would make direct payments to the union.

"We will use this as a challenge to reinvent Local 100 into a union driven by one-on-one contact with our members," union President Roger Toussaint, who spent four nights in jail for leading the strike, said in a statement.

---

**Studies/Policy Updates and Articles**

**Labor Policy**

- Alliance for Worker Freedom:

5/26/2006

- o Daily immigration poll
- o Worker Rights Group Will Rate Vote On S.2611 – This will be one of the scores in AWF's annual "Guardian of Worker Freedom" award.

- American Enterprise Institute: Strike Phobia – Four decades after collective bargaining came to public education, school boards and the superintendents they hire still routinely blame teacher unions for causing massive inefficiencies, stifling innovation, and preventing changes designed to promote student learning. "Our hands are tied," school boards commonly complain when school budgets are debated or far-reaching reforms are proposed. Unacknowledged is that every contract provision—from the lockstep salary schedules that reward longevity over excellence to the rigid work rules that dictate the rhythms of school life--was agreed to by those very same school boards.

- Bluegrass Institute: Unions fight to protect the nightmare – Something's wrong when a teacher who goes the extra mile for her students invokes the wrath of her own union.

- Capital Research Center:
  - o Pay or Be Fired; Unions' Grip on State Governments Tightens With Forced Dues – Recent developments in Washington and Maine demonstrate why state government is the silver lining to the cloud that hangs over organized labor. Although union membership in private industry is at an all-time low, one in three public-sector workers is unionized, and the number is growing. Beleaguered state governments are agreeing to union contracts that force non-members to pay union dues.
  - o Labor Notes: May 2006
    - Andrew Stern vs. Donna Shalala
    - Unions Join Coalition Opposing Health Insurance Reform
    - States Decline to Mimic Maryland 'Fair Share' Law
    - Shrinking AFL-CIO State Federations Restructure
    - UAW Tries to Block Organizing by Smaller Union
    - Unions Leverage Business With Medco in Contract Dispute

- Center for Union Facts:
  - o Why is a Union Like A Roach Motel? – Labor officials try to lure employees into unionization with a simple (but unfair) process of signing a card, but then turn around and demand a formal election for employees to get rid of bad unions.
  - o Union Leaders Take Members' Dues out to the Ballgame – Revised financial reporting requirements by the Department of Labor (DOL) are exposing union leaders' spending habits with unprecedented clarity. One jaw-dropping set of expenditures discovered by the Center for Union Facts (CUF) is the half-million dollars union bosses spent in fiscal year 2004-05 on tickets to football, baseball, and basketball games.

- Heritage Foundation:
  - o Amnesty by Any Other Name – Does the Senate's immigration plan offer amnesty to illegals? Writing in the New York Times, former Attorney General Edwin Meese explains how the Senate's approach is near-identical, in crucial respects, to the 1986 immigration reform, which all agree was amnesty.
    Rather than amnesty, which hasn't worked in the past to stem illegal immigration, Meese suggests that "The fair and sound policy is to give those who are here illegally the opportunity to correct their status by returning to their country of origin and getting in line with everyone else."
  - o Terrorist Loophole: Senate Bill Disarms Law Enforcement – It's a loophole big enough for a truck. Kris Kobach and Matthew Spalding explain how a little-noticed provision in the Senate's immigration bill would prevent local law enforcement from enforcing immigration laws at all. As regards homeland security, "The results would be disastrous," they conclude.
  - o Immigration Reform or Central Planning? – The klieg lights of the media often turn thoughtful policy discussions into cartoonish debates, and this habit is distorting the Senate's consideration of immigration reform.

- Mackinac Center for Public Policy:
  - o Secret Ballot? – Did you vote in your local school board election May 2? Probably not. Did you even know there was an election? Not likely. Was the inconvenience of a May election intentional? Maybe. Why do school board elections take place when no one is paying attention?
  - o MICHIGAN EDUCATION DIGEST May 23, 2006
    - Holland budget projection off by $6 million

5/26/2006

- DPS limits 'excessive' retreat spending
- Carman-Ainsworth magnet could be year-round
- Privatization vote prompts violent threat against DPS board

- National Right to Work Legal Defense Foundation: Court Uses "Paycheck Protection" Law to Cause Collateral Damage to Employees' Rights – WA Supreme Court "Turns the First Amendment On Its Head."

- National Labor Relations Board Election Reports

---

**Opposition News:**
- AFL-CIO Working Life Blog:
  - Give Missourians a Raise
  - Nurses to Rally to Protect Freedom to Have a Voice at Work

- UAW Slams Engine Power Components for Retaliation against Union Supporters after Workers Vote Yes for UAW Representation
- News From USW: Tentative Agreement Reached Between Steelworkers and Medco Health Solutions, Inc. in Las Vegas; Illegal Lockout to End If Members Ratify New Contract
- People's Weekly World:
  - PWW shines at Union Label trade show
  - Raising the minimum wage is a national battle – [P]art of a larger movement, supported by local unions, to pressure Congress and build grassroots momentum for a federal minimum wage increase.
  - Chile revisted [sic] – a hopeful time – Many workers earn only the minimum wage, less than US $250 a month.

---

**Labor Related Blogs**
- The Chalkboard
  - Charters and Labor Contracts – While the United Federation of Teachers sets out to prove through its two charter schools that it is possible to run a high-performing school in NYC with the existing labor contracts in place, former Councilwoman Eva Moskowitz is already claiming she couldn't run the kind of school her students deserve under the existing framework.
  - UFT Charter Lottery – Another charter school lottery marked by cheers and tears last night in East New York. Like many city charter schools, there were far more students who wanted to enroll in the United Federation of Teachers' new public charter secondary school than available seats. To be precise, 617 kids entered the lottery, but only 125 kids left as winners.
  - Smaller Class Size Politics – A lot of attention in the NYC area today on the issue of class size. Teachers and parents outside my kids' school (and citywide) conducted informational picketing to support a citywide referendum on class size reduction requirements. Lots of hand-wringing over soon-to-be-departing Teachers College Prez Arthur Levine's op-ed in today's NY Daily News, in which he accuses the UFT of playing politics by pushing the issue now.
  - Do Teachers Dig Charters? – Youbetcha! More than 750 teachers applied for the 12 open positions in the United Federation of Teachers' soon-to-open secondary charter school, the union says.

- Education Intelligence Agency Intercepts Blog:
  - Why I Oppose Labor History Curricula – Because you get an awful lot of this, and none of this.
  - Zuni Warrior Can't Keep Union Official Out of Prison – Gwendolyn M. Hemphill, part of the Barbara Bullock mob that stole millions of dollars from the coffers of the Washington Teachers Union, was sentenced to 11 years in prison.
  - The May 22 Communique':
    - EIA Exclusive: District Hiring Practices Keep NEA Growing
    - "Great Public Schools Are a Basic Right"
    - Reading CTA's Tea Leaves
    - NEA to Send $2 Million to Oregon to Fight Ballot Initiatives
    - Former NEA Alaska Employees Settle Discrimination Suit
  - Anti-Union Conspiracy Now Includes McGovern – "Some progressive union leaders, facing this economic reality, have come to the same conclusion. Others are holding fast. Their behavior is partially a function of internal politics — and sheer habit. Not unlike members of Congress, union leaders are in the business of asking for more. That's

what their mentors and predecessors and heroes did. It's very difficult to turn around and say that 'more' is not always possible." -- George McGovern in today's Los Angeles Times.
   o Teacher Contracts in the News - The Miami Herald is reporting that the Miami-Dade school district and the United Teachers of Dade are planning to overhaul the collective bargaining agreement, which may include some form of performance pay.
   o Field Trips and Guest Speakers – The kids at Beverly Hills High are headed to the movies, while students at Tucson Magnet High heard a riproaring speech by Dolores Huerta of the United Farm Workers.

---

### State News Updates

#### Alaska
- NEA unions settle suit with women – The state's teachers union and its parent organization have agreed to pay $750,000 to settle a 5-year-old sexual discrimination lawsuit brought by three former employees, officials said.

#### California
- The Takeover King - Is Mayor V betraying his old-time union allies? Or rescuing L.A.'s troubled public school system? Whatever the answer, he faces the biggest risks of his political career.
- LA Schools State Their Case – LAUSD Board officials, after months of Villaraigosa's attacks, try to blunt his takeover plan by touting progress to lawmakers and the public. The board will also have to court potential allies in Los Angeles, such as the powerful teachers union. Though the union and the board lock horns on many issues, they are both opposed to mayoral control.
- Durazo ready to lead county's largest union
- Governor asks dormant commission to raise minimum wage – Adopting a new tactic in a fight over the minimum wage, Gov. Arnold Schwarzenegger asked a dormant state commission Thursday to raise the wage by $1 an hour without the annual cost-of-living increases sought by Democrats. But the commission has existed only on paper since the Legislature cut off its funding in 2004 after labor leaders accused it of having a pro-employer bias.
- Schwarzenegger's surprise move on minimum wage sets off spat
- Governor Seeks $1 Minimum Wage Hike
- GET workers reject deal, talk of strike
- Coalition of Business & Taxpayer Groups File Suit Against San Francisco

#### Connecticut
- Danbury police boycott awards

#### Florida
- Union asks Disney to increase worker pay – Universal Orlando raised its minimum wage this month by 50 cents to $7.25 an hour and the union asked Walt Disney World to do the same.
- School union, district get day in court

#### Hawaii
- Waikiki hotel contract talks begin
- Nurses negotiate contract – Members of the International Longshore and Warehouse Union in Hawai'i yesterday joined Kaua'i nurses in pressing Wilcox Hospital/Hawaii Pacific Health to approve a new contract for 150 Wilcox Hospital nurses.

#### Idaho
- Out-of-state funds pay for initiative – Idaho voters would decide on conflicts between governments, private-property owners

  The group that successfully proposed an initiative to raise the sales tax for school budgets raised more than $300,000 this year and has spent almost $280,000 of it so far.

  Invest in Our Kids' Education reported hundreds of individual donations ranging from $2 and $3 to $1,000 each. The Idaho Education Association, which represents teachers in salary negotiations and at the Legislature, started the campaign and contributed $175,000 in cash and more than $120,000 in in-kind donations.

#### Illinois
- Champaign school district losing key resource
- Labor bosses who got sons hired hurt their unions -- Andy is the son of Tom Ryan, a high-ranking official of the Carpenters Union Local 13. Back in 2004, Andy managed, at just 19, to get a coveted, $50,000-a-year job as a building inspector for

5/26/2006

the City of Chicago. It was mind-boggling to think a kid who looked so young, who was so young, had accumulated all the requisite credentials to qualify for such an important job.

## Indiana
- ND worker says her wages, conditions fair
- City-FOP talks on 1-year contract for IPD bog down – Negotiations for a new Indianapolis Police Department contract broke down Monday as the city and police union took turns rejecting offers.
- Union chief questions privatization of welfare / Points to problems in other states with similar contracts – The union chief for workers at the state's human services agency has written Gov. Mitch Daniels to question a plan to outsource, with little input from the public, the application process for food stamps and other welfare benefits.

## Iowa
- Democrats differ on economy plans – All of the candidates call for increasing the minimum wage, currently $5.15 an hour.
- Parents concerned about future driver strikes
- Teamsters get 'yes'
- Elbert: Maytag workers, retirees fear cuts in benefits

## Kentucky
- Veteran Williams defeated – If elected, Santoro said he plans to fight to eliminate the prevailing wage and push legislation that would allow employees to opt out of paying union dues.

## Massachusetts
- Students quiz School Committee
- SSA fights union-backed arbitration bill -- Mr. Campbell said the SSA was attempting to negotiate the contract in the press while in federal and state mediation with the union.

## Michigan
- New teacher contract hikes pay 2.25 percent
- Judge upholds Mesaba contracts – A judge denied a request by Delta Air Lines Inc. regional subsidiary Comair to throw out its union contract....
- Support staff gets raise, keeps health benefits
- City rejects union's OK of pay cuts / It's not over, but Kilpatrick says it's too late for this deal – The Kilpatrick administration said Tuesday a vote by leaders of the City of Detroit's largest employee union to support concessions it once rejected is a welcome development -- but too late.

## Minnesota
- Peerless Chain to add up to 50 jobs – By extending the contract, it ensures stability for the company and allows the union to negotiate after the expected financial impact of the transition is through.

## Missouri
- Local Car Manufacturers Walk Picket Line
- AFL-CIO seeks higher minimum wage in Missouri – Union leaders say Missouri's minimum wage has been stuck at $5.15 cents since 1997 - the last federally mandated increase....

## Montana
- Private group backs initiatives – "We've been around forever; we're not a mystery to anybody. But when you say you're Montanans in Action and don't give any names, then what is it?" said Eric Feaver, president of MEA-MFT, a union representing thousands of public employees.

  MEA-MFT has been bankrolling the campaign against CI-97, using money from its member dues, he said.

  "It's not too hard to tell where our money's coming from, because it comes from our members," Feaver said. Those members include schoolteachers, prison workers, college instructors and professors and private health care workers, he said.

  MEA-MFT has contributed $20,000 in cash to Not in Montana-Citizens Against CI-97 and led the public campaign against the measure. It also has given in-kind contributions of staff time to the anti-CI-97 campaign.

## New Hampshire

5/26/2006

DOL 0051

- Possible contract raises hopes, fears – So when the union and the board negotiate a new contract, they bargain to increase the base pay.

## New Jersey
- BMC INKS DEAL – Results of a strike vote held yesterday will determine if the union will walk out when the contract expires on June 1.
- SCI probe doesn't apply here, says school head – Huber said the board is currently in negotiations with the teachers' union whose contract expires on June 30.

## New York
- Montefiore Nurses Rally to Demand Better Pay
- Camillus Cutlery workers on strike – Union members unanimously voted against the contract.
- Sen. Spano's bailout
- Rural/Metro should comply with wage law
- Frustration grows over schools' fiscal woes – Like executives at General Motors Corp., officials of Buffalo Public Schools see fiscal distress everywhere they turn. The school system could soon "self-destruct," warns Gary M. Crosby, the school system's chief financial and operations officer. "We can't file for bankruptcy and ask a court to rescind contracts," Crosby said. "We have to negotiate our way out of this. But we have nothing to negotiate with right now. The cookie jar is empty."
- Gilded Paychecks | Ties That Bind / With Links to Home Depot Board, Chief Saw Pay Soar as Stock Fell – The one threat to Mr. Nardelli's pay is a proposal by A.F.S.C.M.E., the government workers' union, that would allow Home Depot shareholders to approve or reject the report from the compensation committee.
- Ad Calls for Wal-Mart to Change Principles – One of Wal-Mart's most vocal union-funded critics took out a full-page ad in The New York Times on Tuesday calling on the company to live up to the "moral responsibilities" of being the world's largest private employer by improving wages and health insurance. Wal-Mart Watch urged the retailer to enter a voluntary deal to improve its business practices, calling it "a handshake with Sam" in reference to Wal-Mart's late founder Sam Walton. That deal would involve seven voluntary commitments, including ensuring quality, affordable health insurance and paying a "family-sustaining wage".
- Union members, businesses spar over health costs – Large companies should provide health insurance to all of their employees, union members told lawmakers Tuesday. But business leaders said later that requiring them to pay for health insurance would lead to the loss of thousands of jobs.

## Oregon
- District says custodians get jobs but no back pay – The district must negotiate a new contract with the custodians' union because the agreement in place when they were laid off has expired.
- EWEB awaits strike notice – A strike by unionized workers won't happen next week - because the union has not yet formally notified EWEB of its intention to walk out.

## Ohio
- Job training plan moves forward in county – In the wake of raids for illegal workers on local home building sites last week, the Butler County commissioners agreed Monday to move forward with Commissioner Michael Fox's plan to expand funding to train legal workers to replace illegal immigrants.
- School, union talks go nowhere
- Schwebel, union face deadline
- Bakery, union negotiate – John Masters, attorney for the union, said despite the contract's expiration, members plan to continue working as long as negotiations continue.

## Pennsylvania
- Business news in brief – the union and its 5,600 baggage handlers reached a tentative agreement on wages.

## Rhode Island
- Teachers go on offense in contract dispute
- Teachers union places ads to stop stalemate

## Washington
- State union offers deal to end suit – The largest state workers union offered Tuesday to settle a lawsuit brought by employees who were fired for refusing to pay dues. It said it is willing to pay the workers "nominal damages" and attorneys' fees. Federation spokesman Tim Welch said "Some might say we were handing the National Right to Work folk a publicity victory, but so be it. We made a mistake and we admit it.

5/26/2006

- A painful check to write... – The 38,000-member Washington Federation of State Employees is offering to pay a settlement to end a lawsuit brought by a group opposed to mandatory union fees.
  "The union's illegal `pay up or be fired' threats have coerced state government employees into forced-dues-paying ranks, allowing the WFSE union to pocket literally millions of these workers' hard-earned dollars," the foundation's Mark Mix wrote in a recent letter to federation counsel Edward Younglove III. Steady hand is steering union in tough times – At a time of maximum uncertainty over their future, the United Auto Workers union will gather next month to re-elect its president. Oddly enough, some of his most enthusiastic supporters are the top executives of the U.S. auto industry.
- The high price of union myopia – I have always been a supporter of the labor movement. Unions have a proud legacy of improving the lives of millions of workers over the last century. But lately I have seen developments that have me worried. I am reminded of legendary union leader John L. Lewis, who was asked what his miners were after. His answer? "More."
- Teachers plan walking protest – Hundreds of teachers plan to walk to the Olympia School District office after school today to show their dissatisfaction with the administration's latest contract proposal.
- Clerks reject county's offer – The Snohomish County Superior Court clerks union threatens a work stoppage that could shut down much of the court system. "I want to be able to meet with them without these threats of illegal activity," deputy executive Mark Soine said. "I hope they return to the bargaining table and follow the law and bargain in good faith."

**Wisconsin**

- Board, union clash over contract talks – "The Oconomowoc Education Association proposed a 20- percent two-year increase in total compensation. Unrealistic demands such as this explain why we have not reached agreement. Under this proposal, the average teacher would enjoy a two-year increase of $15,000 in total compensation," school board president Don Wiemer pointed out. "No district in the state could afford to settle for that," Assistant Superintendent Mike Barry said.

**Virginia**

- Workers On Strike – Some workers at nuclear fuels services are on strike.
- Virginia student protesters cleared on trespassing charges – They demanded $10.72 an hour for 800 to 1,000 workers at the school, which had recently raised its minimum wage by 49 cents to $9.37 an hour.

**U.S.**

- Give and take across the border: 1 in 7 Mexican workers migrates – most send money home – The current migration of Mexicans and Central Americans to the United States is one of the largest diasporas in modern history, experts say. Roughly 10 percent of Mexico's population of about 107 million is now living in the United States, estimates show. About 15 percent of Mexico's labor force is working in the United States. One in every 7 Mexican workers migrates to the United States.
- A Generation of Debtors Grow Up Owing – The children of baby boomers are the new debtor class. Buckling under a heavy weight of debt, new workers step into an economy of low-wage and contingent work, a combination that makes the basics of adulthood increasingly unattainable.
- Senators back plan to send National Guard troops to border – In contrast to the Guard-related provision, a proposal to assure identical wage floors for two groups of immigrant farm workers sparked a spirited debate. Sen. Saxby Chambliss, R-Ga., said farm workers who hold temporary visas should be paid along the same lines as up to 1.5 million future agriculture laborers under a new program envisioned in the legislation. He said both groups should be paid whichever was higher, the minimum wage or the prevailing wage – a calculation that takes into account skill, experience ...
- Book review: 'The Disposable American' - In "The Disposable American: Layoffs and Their Consequences," (Alfred A. Knopf; $25.95, 304 pages) author Louis Uchitelle sets out to explain just how layoffs have become so common, while at the same time, reveal the human face behind the statistics.
- NWA, union keep talking as Friday deadline looms – The judge overseeing Northwest Airlines' bankruptcy is giving the airline and its ground workers union "one last chance" to negotiate a contract.
- Judge won't let Mesaba reject contracts – The judge could rule as early as Friday on whether Northwest can reject that union contract.
- UAW authorizes Delphi strike
- Auto workers authorize strike at Delphi
- A Job Americans Won't Do, Even at $34 an Hour - Cyndi Smallwood is looking for a few strong men for her landscaping company. Guys with no fear of a hot sun, who can shovel dirt all day long. She'll pay as much as $34 an hour. She can't find them.
- GM Seeks More Time for Negotiated Delphi Union Deal (Update1) – The automaker and Delphi Corp., its largest supplier have up to two months to negotiate a union agreement.
- Retired Delta Pilots Ask Court to Nix Deal
- China: Union Calls For Wage Hike – Provincial governments should raise their minimum wage from 40 percent to 60 percent of local average incomes within three to five years.

5/26/2006

- Dabur Nepal reopens with crossed fingers
- Latin America, the EU and the US: The New Polarities
- Talking is good at Delphi, others

**World**

- Teachers' union seeks strike vote, Vancouver Sun (subscription) - British Columbia, Canada – Ballots on June 7-8 could lead to job action disrupting the September opening of schools. (Editor's note: the teachers' union is preparing for a repeat of last years strike for which it was fined $500,000. Obviously the fine wasn't enough.) See British Columbia enforces teacher strike law for more information on last year's strike.
- Tracking a transit contract, Kamloops This Week - BC, Canada
- Posties fear sorting plant to be closed, Kamloops This Week - BC, Canada
- English predicts passage of higher minimum wage, GoErie.com - Erie,PA,USA
- Minimum wage rise to 'hit Polynesians', New Zealand Herald – New Zealand
- Unionists refuse to postpone rally, Bucharest Daily News - Bucharest,Romania
- The cinema is no place for lessons in economics, Barking and Dagenham Post - London,England,UK
- City hospitals in walk-out threat, ic Liverpool - Southport,England,UK
- Minimum wage strategy under fire, The Standard - Hong Kong
- Wildcats: A blast from the past, Sunday Business Post - Dublin,Ireland
- China's trade union calls for minimum wage boost, Xinhua – China – The All China Federation of Trade Unions (ACFTU) has called on provincial governments to raise their legal minimum wage....
- 'Guest worker' laws used to sack workers, Green Left Weekly - Chippendale, NSW, Australia – Companies have imported Chinese guest workers and hired them as welders at minimum wage. AMWU Victorian branch secretary Dave Oliver said, "If companies can import guest workers who can be paid lower wages than local tradesmen, and it is cheaper than training young Australians, that is what they will do."
- Dabur Nepal closes down after Maoist threat, DailyIndia.com - Niskayuna,NY,USA – The minimum wage, as determined by the Nepal government, is around NRS 4,000 and Dabur Nepal is said to be paying more.

---

**Links of Interest**

State Policy Network

U.S. Dept. of Labor Enforcement Actions

Townhall.com Trade & Commerce Page

SPN Labor Exchange Newsletter Archives

National Alliance for Worker and Employer Rights

---

**Miscellaneous**

The content of this newsletter relies heavily on your suggestions and contributions. Please continue to forward articles you believe will be of interest and benefit to readers.

**Subscribe | Unsubscribe | Forward to a Friend**

**Gibson, Lynn - OSEC**

| | |
|---|---|
| **From:** | SPN Labor Policy Exchange [spnlabor@effwa.org] |
| **Sent:** | Wednesday, April 12, 2006 8:47 PM |
| **To:** | SPN Labor Policy Exchange |
| **Subject:** | SPN State Labor Policy Exchange - Volume 1, Issue 15 |



**SPN State Labor Policy Exchange – Volume 1, Issue 15**

---

**In Focus: Yankee Institute: America's Second Civil War: The Public Employment Complex vs. Taxpayers.**
- To understand the underlying cause of so many of today's contentious policy debates – over issues ranging from education reform to tax policy and even to foreign affairs – one has to recognize that trillions of dollars in future wages and benefits have been pledged to people who work for all levels of government: federal, state, and local. These are promises made by politicians in the name of average American taxpayers who ultimately will not, indeed cannot, make them good.

---

**Follow-up on last weeks In Focus: Unions begin to recruit illegal immigrants.**
- United Farm Workers: Labor union, guest worker company reach pact
- Minnesota: Union reaches deal with farm workers recruiter
- Washington State: UFW, labor recruiter reach agreement
- Townhall.com: Immigration "solutions" – Activists who are organizing mass marches and demonstrations in cities across America may well be congratulating themselves on the huge numbers of people they can get to turn out to protest efforts in Congress to reduce illegal immigration.

---

**Studies/Policy Updates and Articles**

**Labor Policy**

- Allegheny Institute: Transit Labor Negotiations in Pittsburgh and Denver: Different Planets – In response to the ongoing strike by mass transit workers in Denver, the Governor of Colorado made this statement: "Public employees have a public responsibility. I urge them to return to work immediately. And, if not, and the strike continues, I encourage [Denver's mass transit agency] to consider privatizing more of its bus routes."

- American Enterprise Institute: Ideological Hurricane – Last September's tragedy in New Orleans revealed, in the starkest manner, the soft underbelly of America's cities…. In the process, the urban liberalism that has dominated city administration for the last generation was unmasked.

- Bluegrass Institute: Competition works – One exciting thing about the free market is that you can't predict what the market will create.

- Capital Research Center: The Funding Exchange: Building "Alternative" Community Foundations – At a time when liberal ideas are unpopular among voters, the Funding Exchange offers a different leftwing strategy for achieving political and social change. It links radical activists to wealthy donors to create a unique network of community foundations. And don't think that Big Labor isn't involved.

- Center for Union Facts:
  - Union Dues Spent on Golf, Cadillac, Resorts, and Even Wal-Mart -- New union LM-2 financial information available

DOL 0055

and searchable on UnionFacts.com. Searching the database on www.unionfacts.com, you can find the following:
- Nearly $1.5 million in union members' dues money was spent on golf.
- The Ironworkers AFL-CIO Local Union 40 spent $52,879 on a new Cadillac for a retiring president.
- The AFL-CIO alone spent over $49 million on political activities and lobbying—much of which is spent quietly on in-kind political expenditures like pro-Kerry brochures and websites. That's almost $20 million more than it spent on representation activities.
    - o Fact: Hypocritical Union Leaders Overpaid – AFL-CIO report neglects its own exorbitant executive compensation. The Center for Union Facts (CUF) called on union leaders to stop their hypocritical attack on American business. The AFL-CIO's new "Executive Paywatch" report, which highlights the salaries of corporate executives, conveniently forgot to include the excessive pay of its own leadership.

- Department of Labor: Office of Labor-Management Standards 2005 Annual Report

- Employment Policy Institute: The "Fair Share for Health Care Act" and New York's Labor Market – New York's so-called "Fair Share for Health Care Act" imposes a pay-or-play health insurance mandate on firms with 100 or more employees. These firms employ more than 70 percent of New York's workforce, and would be subject to a tax as high as $3 per hour for covered workers. As a consequence, a firm employing a full-time, full-year worker could be subject to an additional annual labor cost of as much as $6,000.

- Grassroot Hawaii:
    - o Fear of Success Dragging Down Achievement in Public Schools – An education system that dumbs down the population perfectly suits and benefits those in power.
    - o Hawaii Tribune-Herald Charged with Unfair Labor Practices – The National Labor Relations Board has charged the Hawaii Tribune-Herald newspaper in Hilo, Hawaii, with engaging in unfair labor practices in a complaint filed.

- Heartland Institute:
    - o Researchers to Study Milwaukee Choice Program – The School Choice Demonstration Project (SCDP) at Georgetown University will conduct a five-year longitudinal study of the Milwaukee Parental Choice Program (MPCP), despite the union's protest.
    - o Keeping Teachers Well-Informed – While the Houston Federation of Teachers, a local teacher union, claims teachers want higher base pay instead of merit bonuses, some teachers are pleased with the Houston Independent School District's (HISD) new plan, as well as how the district developed it.

- James Madison Institute: PAYCHECK PROTECTION PRIMER – JMI's latest Backgrounder, A Paycheck Protection Primer for Florida, is hitting member mailboxes and legislative offices near you! Researched and written by S. Alex Bohler, J.D., Evergreen Freedom Foundation Policy Analyst and JMI Adjunct Scholar, this Backgrounder explores the need for and benefit of laws requiring labor unions to ask their members annually for written permission to use their dues money for non-bargaining purposes such as political activities. Available on-line soon!

- Mackinac Center for Public Policy:
    - o MICHIGAN EDUCATION DIGEST April 11, 2006
        - Saginaw schools consider staff layoffs
        - Ann Arbor schools want to learn from charters
        - Privatized subs can save schools money
        - Detroit teachers stage protest

- National Legal and Policy Center: Unions find a more potent weapon – Labor unions these days aren't going on strike very much. They don't have to. They've discovered a far more potent weapon. It's called the "corporate campaign." Wal-Mart is just the latest victim. "There's going to be a concerted effort over the next few months to go after Wal-Mart." The United Food and Commercial Workers plans to pressure the company "in every conceivable way."

- National Right to Work Legal Defense Foundation:
    - o Foundation informs Johnson Controls Workers of their Rights, Offers Free Legal Assistance – In an advertisement in the Daily Post Athenian, the National Right to Work Foundation asks why the UAW is trying to unionize Johnson Controls employees when nearly 90% of them have already opted against unionization.
    - o March-April Foundation Action – Download the latest issue of the Foundation's official newsletter today!
    - o Grocery Union Hit with Charges for Violating Employees' Right to Work Protections – NPLC Union officials deceived and bullied teenagers, part-time workers and non-English speakers to pay union dues in violation of federal and

state law.

**Opposition News:**
- AFL-CIO
  - Facts & Stats: Download Excel spreadsheets containing data on current working family issues; Bankruptcy, Education, Health Care, Housing, Infrastructure, Jobs, Pensions, Poverty, Safety & Health, Trade, Unemployment, Wages & Income.
  - Working Life Blog:
    - Homestead Strike Story on Air Tonight – Tonight at 10 p.m. (9 CDT), The History Channel will air an hour-long documentary on "The Homestead Strike of 1892." The documentary, narrated by Martin Sheen, is part of the "10 Days that Unexpectedly Changed America" series.
    - Homes Gone, Lives Destroyed—Now Katrina Evacuees Try to Keep Right to Vote – On April 15, buses will take voters from the NAACP centers in Atlanta; Austin, Texas; Dallas; Houston; Jackson, Miss.; and San Antonio to satellite polling places in Louisiana to participate in the early voting period.
    - Northwest Flight Attendants Ready to Vote Union – Northwest Airlines flight attendants may soon get a chance to decide if they want to join a union. The Flight Attendants-CWA asked the National Mediation Board on April 10 to hold a union election for Northwest Airlines flight attendants after a "strong majority" signed cards seeking to join AFA-CWA.
- National Education Association
  - NEA Legislative Alerts: See if the NEA is alerting activists in your state.
  - NEA Supports tardy students: NEA President Reg Weaver Praises Students' Involvement in Demonstrations Opposing Harsh Immigration Proposals, Reiterates NEA's Long-Standing Position Against Punitive Immigration Policies
- United Farm Workers: Labor union, guest worker company reach pact

**Labor Related Blogs**
- The Chalkboard
  - Conn. Union Hails Charter Success – New York charter schools that received Freedom of Information Law requests from NYSUT will find this story interesting. The Connecticut Education Association recently asked for similar information from the small number of charter schools there. And, if you believe what they are saying publicly (The Chalkboard will let you decide whether it sounds truthful) it is because union officials are dying to know why charter schools are performing so well.
  - Sore Neck From Blog Reading – I love this kind of stuff. Eduwonk and Edwize keep hitting the tennis ball back and forth, so much so that my neck hurts. But in the words of the great American poet John Cougar Mellencamp, it hurts so good. It begins with Eduwonk's op-ed in last Friday's NY Times, where he discusses the wisdom behind a union-led lawsuit against cyber charter schools in Wisconsin.
    - Edwize responded was irked
    - Eduwonk answers here.
    - Eduwonk also has a few ideas about Edwize's response to the Hess-West op-ed in the Daily News last week that argues that good management during contract negotiations means more than just rolling over. Good discussion.
  - Randi On Charters – United Federation of Teachers President Randi Weingarten explains here why she believes "charter schools are options worth exploring." It's very cautious, for obvious reasons this budget season, but give it a read. It would seem there is an opening here for the charter world that most other places in America don't have. (As dreadfully complicated as that opening might be.)
- Education Intelligence Agency Intercepts Blog:
  - Detroit Solves Charter School Funding Problem – The Detroit Public Schools arrived at an innovative solution to the problem of losing students and their funding to charter schools: count them anyway. An audit found that Detroit was counting, and receiving funding for, 628 full-time equivalent students who were actually attending charter schools or schools in other districts.
  - Shear Ecstasy – Here is the opening paragraph from a story in this morning's San Francisco Chronicle: "Now that the San Francisco Unified School District and the city's teachers union have reached a tentative contract agreement and averted the threatened strike, the hard work really begins — figuring out how to pay for it." Baa-aa-aa-aah....
  - The April 10 Communique' Is Up! Click here to read:

- New EIA Spending Analysis Reveals Enrollment "Lag"
- Philadelphia Teacher Firings for Poor Performance Quadruple!
- Little-Known Culprit in Teacher Turnover

o Should Teachers Be Smart? – Reg Weaver, president of the National Education Association said recently, "Just because you're the brightest doesn't mean you're going to be the best." When you change the emphasis to intelligence - without changing the meaning of the quote, he is really saying, "Being the best doesn't mean you're the brightest."

o Fun with the United Teachers of Dade – The lead item in Monday's EIA Communiqué irked some members of the United Teachers of Dade executive board. One of them sent this e-mail, and cc'ed it to the rest of the UTD board, so I feel justified in sharing it and my reply with you, dear readers.

---

**State News Updates**

**California**
- SF SCHOOL DISTRICT, TEACHERS' UNION REACH TENTATIVE AGREEMENT
- Agreement reached in San Francisco schools negotiation Strike ...

**Connecticut**
- Groton wage dispute brings support for workers
- The 37 1/2-Minute Scramble – The schedule shift came out of contract negotiations between the city and the United Federation of Teachers. The change is designed to provide small group instruction – classes of 10 students or less – to kids who need it the most.

**Florida**
- WSI Will Resist Unfair SEIU "Corporate Campaign" – Security company vows to fight union's dirty tactics.

**Georgia**
- Labor vs. struggling companies

**Massachusetts**
- Teachers' contract dominates school budget discussion

**Minnesota**
- Union reaches deal with farm workers recruiter

**New York**
- Day Three of Building Trades Conference Brings Calls for American ...
- Klein's Next Move

**North Carolina**
- John Edwards criticizes GOP, Democrats at union meeting

**North Dakota**
- Clay commission OKs contract agreement

**Pennsylvania**
- Unions hold influence in bankruptcies
- Rendell suspends state policy change on highway workers' pay
- Rendell suspends new road wage rule ruling
- Better roads, steeper price

**Rhode Island**
- Harmony persists as teachers, School Committee OK contract

**Oregon**
- Oregon Public Employee Schools - Headed For A Unionized Death Spiral – The Oregon Education Association (the teachers' union) and unions for most other school employees now have a death grip on Oregon's public schools. School salaries and benefits average 80% of school budgets, but the greed of teachers and other school employees continues to

5/26/2006

escalate.
- Teachers strike

**Ohio**
- School board files unfair labor charge on teachers union
- County leans to union labor
- Mentor teachers to get raises

**Washington**
- UFW, labor recruiter reach agreement
- Teamster drivers could strike if negotiations with Boeing fail

**West Virginia**
- Another Council Meeting, Another Threatened Lawsuit

**U.S.**
- Immigration rally fills streets
- Teamsters Fight for Organizing Rights for Workers and Minimum Wage Increases

**World**
- French government yields, tossing parts of labor law
- Canada: Taylor's labour triumph surprised her
- Nigeria: Food Union Tackles Employers Over Unfair Labour Practices

---

**Links of Interest**

State Policy Network

U.S. Dept. of Labor Enforcement Actions

Townhall.com Trade & Commerce Page

SPN Labor Exchange Newsletter Archives

National Alliance for Worker and Employer Rights

---

**Miscellaneous**

The content of this newsletter relies heavily on your suggestions and contributions. Please continue to forward articles you believe will be of interest and benefit to readers.

**Subscribe** | **Unsubscribe** | **Forward to a Friend**.

5/26/2006

**Gibson, Lynn - OSEC**

| | |
|---|---|
| **From:** | Ryan Bedford [RBedford@effwa.org] |
| **Sent:** | Wednesday, March 22, 2006 8:21 PM |
| **To:** | SPN Labor Policy Exchange |
| **Subject:** | SPN State Labor Policy Exchange - Volume 1, Issue 12 |



**SPN State Labor Policy Exchange – Volume 1, Issue 12**

---

**In Focus: State Supreme Court "turns First Amendment on its head!"**
- The 6-3 ruling places the statutory rights of Big Labor ahead of the Constitutional rights of individuals – Today's Supreme Court ruling strikes a terrible blow against the rights of workers in Washington state. There is now no protection for teachers' First Amendment rights from violations by union officials. This harmful opinion was written by former-Justice Faith Ireland, who has been off the court for 15 months.
- EFF Comments on the Ruling | Background | 6-3 Ruling | Justice Sanders' Dissent
- State Supreme Court "turns First Amendment on its head!" – Union Accountability News
- WA Supreme Court to issue ruling in case against Washington Education Association – EFF Press Releases
- Attorney General Rob McKenna Weighs In – "When individuals are compelled to pay fees to a union, the union should be required to obtain prior permission before spending that money for the union's political purposes," McKenna said.
- National Right to Work Foundation Press Release on the case: Teachers to Appeal Today's Washington State Supreme Court Ruling Striking Down Campaign Finance Law
- Washington Education Association Press Release: WEA wins major Supreme Court victory

**News Coverage of the case:**
- Teachers union wins Supreme Court case... – In a dissent to Thursday's ruling, Justice Richard Sanders said "the majority turns the First Amendment on its head," since there is no constitutional right for unions to collect dues or fees from workers.
- State Supreme Court rejects campaign finance law that led to fining of WEA – Ruling supports overturn of $590,375 fine levied by Thurston County judge.
- Court upholds teachers union's political financing – The case now may be grounds for a federal appeal, one national right-to-work group involved in the case said.
- Associated Press Story – Labor unions don't need specific permission from nonmembers to spend those workers' bargaining fees on political causes, the state supreme court ruled Thursday. The Everett Herald, Seattle Post Intelligencer, and the Seattle Times.
- Court: Union doesn't need special check-off for nonmember fees

**Unions contributed to the Supreme Court Justices who voted in their favor.**
- Public Disclosure Commission campaign contribution records for Justice Mary Kay Becker, Justice Barbara Madsen, and Justice Charles W. Johnson

---

**Studies/Policy Updates and Articles**

**Labor Policy**

- Alliance for Worker Freedom: Workforce Policy in the News - Second Edition

- Center for Union Facts:

5/26/2006

- o Nationwide Poll: Americans Overwhelmingly Prefer Secret Ballot Elections to Card Checks. Union Officials Should Abandon Desperate Anti-Democratic Organizing – Three-fourths (75%) of Americans questioned in a new opinion poll believe that secret ballot elections are the "most fair and most democratic" voting method for employees deciding whether or not to form a union. By contrast, only 12% believed that the petition-style "card check" method was the most fair and democratic. 13% answered "don't know."
- o Center for Union Facts Launches Assault Against Union Officials' Anti-Democratic Organizing Methods. Full-Page WSJ Ad Focuses on Union Officials' New Organizing Strategy – Thousands of organizers from the country's most aggressive unions are meeting today at the Change To Win coalition's organizing conference in Las Vegas to coordinate tactics to circumvent secret ballot votes for union representation.
- o How Are Union Officials Shredding Democracy? A new poll shows that more than two-thirds of Americans disapprove of the Change To Win leaders' preferred "card check" campaigns, which deny a fair vote to employees. Only a scant 11 percent supported the union officials.
- o Diversity Not A High Priority for Union Officials; Full-page Ad in USA Today Exposes Union Presidents as "Male, Pale and Stale" – The Center for Union Facts is running a full page ad in USA Today with pictures of the presidents of America's 30 largest unions. Among them, only one is female and only two are African-American.

- Department of Labor: Department of Labor Announces Competition for $4 Million in Funding for Grassroots Organizations - The U.S. Department of Labor's Employment and Training Administration (ETA) today announced a $4 million grant competition for faith-based and community organizations to help hard-to-serve populations prepare for and succeed in employment opportunities.

- Evergreen Freedom Foundation:
  - o Supreme Court rules in favor of WEA, educators' rights Right-wing Evergreen Freedom Foundation loses again – The Washington Supreme Court gave the Washington Education Association a major victory on Thursday.
  - o Teachers' Union Dues: District Data 2005-06
  - o State employees suing union

- Independence Institute: Counting the Cash for K-12 – The Facts about Per-Pupil Spending in Colorado" looks at hard, objective data to expose some popular union myths about the state's financial contributions to public schools, including the widely spread fiction that Colorado ranks 49th in education spending.

- Mackinac Center for Public Policy:
  - o Happy Anniversary, Free Speech! Two years ago this weekend the Michigan Court of Appeals issued a ruling rebuking the Michigan Education Association, which had sued the Mackinac Center for Public Policy for quoting words uttered by the union's president at his own news conference.
  - o The Downside of a Minimum Wage Increase: *CLICK FOR AUDIO* Christopher F. Bachelder on raising the minimum wage – In an interview, on the air by WWJ Newsradio reporter Marie Osborne Christopher F. Bachelder, communications director for the Mackinac Center for Public Policy, debunked claims that minimum wage increases lift workers out of poverty and pointed out that the end result may be fewer opportunities for low-skilled workers.

- National Right to Work Legal Defense Foundation.
  - o Foundation in the news: Washington Announcement of Federal Lawsuit against State Employee Union for Illegal Firings Gains Statewide Media Coverage
    - Newspaper Articles: Associated Press, Olympian, Spokesman Review
    - Television Coverage (QuickTime Required): KIRO 7, KING 5, KOMO 4
  - o Teachers to Appeal Today's Washington State Supreme Court Ruling Striking Down Campaign Finance Law – U.S. Supreme Court appeal by National Right to Work attorneys underway; the only option to reclaim forced dues remains to resign from union and object annually.

---

**Opposition News:**
- AFL-CIO Working Life Blog:
  - o Here's What NLRB 'Elections' Really Mean – According to unions, workers in NLRB elections are twice as likely as those in card-check campaigns (46% to 23%) to report that management coerced them to oppose the union. Fewer workers in card-check campaigns (17%) than in elections (22%) feel pressure from co-workers to support the union.
  - o Anti-Union PR Campaign: Ineffective – I'd like to congratulate Richard Berman, who came up with the concept. Not every PR consultant can convince his backers to come up with a quarter of a million dollars to run an ad for one day in four newspapers, and using a cheap, recycled image from a quarter century ago is what we call cost-effective.

5/26/2006

- o Make Work Pay – Okay, so I'm all for the idea of making work pay. That's the slogan of the Change To Win campaign unveiled in Las Vegas yesterday. Since I couldn't get there, I'm going to piece this together over the next few days.
- o Nurses Set Their Top Priority: Helping More Nurses Organize – Delegates to the UAN National Labor Assembly meeting in Miami on March 15 voted to make organizing their top priority, approving an increase in membership dues of $1.16 every two weeks, or a little more than $30 a year per person, to be used strictly for organizing.
- Washington Education Association: Washington educators Take the Lead on school funding 1,400 WEA members meet in Tacoma for annual convention – More than 1,400 educators from around the state will gather in Tacoma this week for the Washington Education Association's annual convention to focus on improving school funding and increasing the state's investment in public schools. (Editor's note: "Hmm, improving school funding and increasing the state's investment in public schools. How many ways can they say, 'We want more money'?)

**Labor Related Blogs**
- The Chalkboard
  - o School Funding Primer – Tim Johnson, of the NYC Chancellor's Parent Advisory Council, explains in the Daily News what they were asking for on their recent lobbying trip to Albany on the teachers union's dime - including why his group urges "caution" on adding new charter school options for parents.
  - o 'Amato And NYSUT – The state teachers union has reached for the nuclear option to keep a lid on any talk about including a tuition tax credit in this year's pending state budget: they brought up the D-word. As in D'Amato. As in Alphonse D'Amato.
  - o NYC Principals Declare Impasse – The Council of Supervisors and Administrators, which represents principals and assistant principals in NYC schools, said today it is formally declaring impasse on contract talks with the city. The CSA contract expired almost three years ago, June 30, 2003.

- Education Intelligence Agency Intercepts Blog:
  - o Teacher Union Voices - The Back-Door AFL-CIO Merger – I first became aware of a behind-the-scenes plan to merge the NEA and AFT-AFL-CIO, initiated by the top leadership of NEA, as early as 1987, when the NEA national office and the AFL-CIO made what was - until half of the deal leaked - a secret pact agreeing not to criticize each other. The latter half of that deal, however, never slipped into the light. It addressed an NEA-AFT-AFL-CIO merger.
  - o Teacher Union Voices: Daddy, What Do You Do? -- How a teachers' union rep describes his job.
  - o San Francisco Strike? The United Educators of San Francisco declared that a strike authorization vote will be held by the end of the month if it doesn't get a 10 percent raise, the bulk of which would be implemented early in the 18-month contract period, and a 3 percent retroactive raise for the last year.
  - o Rumble In Long Beach – The Teachers Association of Long Beach, Calif., engaged in a spirited contract battle with the Long Beach Unified School District, is all hacked off that the school board sent a letter to taxpayers explaining the proposed 4% raises for teachers that were rejected by the union. Newspaper article: Gazette Newspapers
  - o Man Bites Dog – Or teacher bites student, anyway. Louisville, KY middle school teacher Caroline Kolb has been canned for getting into a fight with a 14-year-old student and biting him in the back because the kid wouldn't spit out some candy or something. School officials said Kolb had been warned previously not to get into fisticuffs with kids, which was the reason the teacher was let go. The Associated Press.
  - o Disney Teachers Rip Stossel – A group of 25 former Disney American Teacher Award winners has issued an open letter to Disney President and CEO Robert Iger, expressing displeasure with John Stossel's Jan. 13 20/20 program "Stupid In America."

**State News Updates**

**California**
- For UFW, Contracts Are Give and Take – The UFW's landmark pact today allows the employer to run a separate nonunion company that hires five times as many workers during peak season.
- Outsourcing the Bay Bridge – Rep. Brian Baird, D-Wash., urged the Bush administration on Tuesday to insist that California award the contract for the center span of the new San Francisco-Oakland Bay Bridge to a U.S. company.
- Los Angeles Mayor Sees Bloomberg School Reforms as Model – Antonio R. Villaraigosa said that other cities should examine placing schools under mayoral control, as New York has done. (Also: Mayor Gets Takeover Tutorial in New York).

**Florida**

5/26/2006

- Striking workers at UM to get raise – The students protested, the professors petitioned, the janitors went on strike, even the religious leaders stepped in. And finally, the University of Miami agreed Thursday to give hourly workers healthcare and raise their pay by at least 25 percent.

**Louisiana**
- Multiple Layers Of Contractors Drive Up Cost of Katrina Cleanup – How many contractors does it take to haul a pile of tree branches? If it's government work, at least four: a contractor, his subcontractor, the subcontractor's subcontractor, and finally, the local man with a truck and chainsaw.

**Maryland**
- Ehrlich, state officials decry 'son of the Wal-Mart bill' – "The son of the Wal-Mart bill" will make for-profit businesses with fewer than 10,000 employees to spend 4.5 percent of their payroll costs toward health care. Nonprofits with fewer than 10,000 employees would have to spend 3 percent.

**Pennsylvania**
- Union could strike – The teachers' union at the York County School of Technology voted last night to authorize a strike if contract negotiations aren't soon fruitful.

**Oregon**
- Union backs governor's challenger – The Service Employees International Union Local 503, which represents more than 18,000 state employees, announced their endorsement of former state treasurer Jim Hill.
- Unions' defections put heat on governor – Kulongoski's re-election bid could have far fewer volunteers than in 2002 making re-election more difficult.

**Ohio**
- School board files unfair labor charge on teachers union – The Zanesville City Schools Board of Education has filed an unfair labor practice charge against the Zanesville Education Association.

**Washington**
- For once, City Council shows bargaining spine – The proverbial cold day in hell arrived in Tacoma last week. The City Council held its ground in a labor contract negotiation. The union backed off. Will wonders never cease?
- City takes hard line with union workers – For perhaps the first time in history, the Tacoma City Council will consider breaking off negotiations and imposing its "best and final" contract offer on a group of union workers. The council is scheduled to consider the action during its meeting Tuesday night.
- Jobs engine roaring in state, Seattle metro area – Washington added jobs at the fastest pace in nearly eight years last month, a performance powered by the red-hot construction sector.

**Virginia**
- U.Va.'s minimum hourly pay rate jumps to $9.37 – The University's minimum hiring rate will jump from $8.88 per hour to $9.37 per hour in response to a market study that found rising entry-level wages in the Charlottesville area, President John T. Casteen III announced on March 7.

**U.S.**
- G.O.P. Makes Its Pitch to Firefighters' Union – With the election season heating up, the Bush administration and the Republican Party used a good deal of energy and charm on Monday to woo a group that has long been part of the Democrats' base: organized labor.
- Delphi, GM Offer Early-Retirement Buyouts – General Motors Corp. and auto parts supplier Delphi Corp. announced deals with the United Auto Workers on Wednesday that would help the struggling companies cut labor costs by offering early-retirement buyouts to 113,000 U.S. hourly workers.
- Get your hands off my coffee! Labor activists press Starbucks – Unions haven't had much luck organizing Starbucks Corp.'s baristas, but the latest to try to organize the company's workers is the Industrial Workers of the World.
- Forest Workers' Plight Exposes Pitfalls of Legal Migrant Work – Legally documented migrant laborers whose horrific circumstances were exposed last year have filed a series of class-action lawsuits, while their advocates are insisting on better treatment, pay and conditions.
- Lawyer Brings Distinctive Views to Labor Relations Board – Peter Kirsanow's distinctive politics rather than distinctive looks have thrust him into national view. The black Republican attorney and member of the U.S. Civil Rights Commission opposes affirmative action programs as "loserhood" for blacks. In January, he was appointed to the National Labor Relations Board.

5/26/2006

DOL 0063

**World**

- Catholic Thinking Backs Labour Market Reform — but the Liberal Party Doesn't Know it – Listening to Catholic clerics one would never think that Catholic thinking actually supports the Liberal Government's labour market reforms. Unfortunately, many clerics, including those in the Catholic Church, do not appear to feel the need to inform themselves when it comes to economics.
- French Protesters Set Strike Date – French students and unions stepped up pressure regarding a new labor law that makes it easier for companies to fire young employees.

---

**Links of Interest**

State Policy Network

U.S. Dept. of Labor Enforcement Actions

Townhall.com Trade & Commerce Page

SPN Labor Exchange Newsletter Archives

National Alliance for Worker and Employer Rights

---

**Miscellaneous**

The content of this newsletter relies heavily on your suggestions and contributions. Please continue to forward articles you believe will be of interest and benefit to readers.

**Subscribe | Unsubscribe | Forward to a Friend**

5/26/2006

DOL 0064

**Gibson, Lynn - OSEC**

**From:** SPN Labor Policy Exchange [spnlabor@effwa.org]
**Sent:** Wednesday, March 08, 2006 8:37 PM
**To:** SPN Labor Policy Exchange
**Subject:** SPN State Labor Policy Exchange - Volume 1, Issue 10



**SPN State Labor Policy Exchange – Volume 1, Issue 10**

---

**In Focus: Katrina took out more than the levies. It took out the teachers' union too.**

- Teachers union loses its force in storm's wake – When the state took over New Orleans schools and fired virtually the entire work force of 7,500 teachers, custodians, bus drivers and kitchen staff, the union registered no opposition because bargaining rights were diminished.

---

**Follow-up on last week's In Focus:**

**When is a picket line not a picket line?** – Staff from the Center for Union Facts followed and observed union officials at the meeting. Among other things, union officials racked up a $224,000 bill staying at a hotel the Carpenter's union was boycotting at the time. View the full story and pictures here:

The AFL-CIO's response to the Center's article:

- Slime, Sleaze and More Behind Anti-Worker, Anti-Union Campaign
- *Ad Hominem*: "The phrase now chiefly describes an argument based on the failings of an adversary rather than on the merits of the case." (from Dictionary.com)

Two follow up articles on the AFL-CIO/NEA agreement:

- The NEA Joins the AFL-CIO's Sinking Ship – Why on earth would the NEA decide to take this step? We can only scratch our heads at this new civil union and hope the NEA got a good pre-nup.
- One question: Why? – While the AFL-CIO's motivation for the accord with the NEA is clear, it wants money that teachers would add to its coffers, teachers' motivations are less obvious.

---

**Studies/Policy Updates and Articles**

**Labor Policy**

- Allegheny Institute for Public Policy: Boston and Pittsburgh: Who Knew

- Capital Research Center:
  - Labor Watch – Will the NLRB Take Action? A Window of Opportunity to Reverse Clinton-Era Rulings
  - Spawn of Soros – George Soros, who spent almost $24 million to defeat George W. Bush in 2004, is planning a comeback of his "progressive politicks" by funding mega-rich leftists think tanks.

- Bluegrass Institute:
  - Employee choice: The small change that will create a big difference – Large and powerful labor organizations say

5/26/2006

also successfully lobbied to kill right to work legislation.

- Union Leader: New Hampshire is better off without a right-to-work law – Union officials claim Right to Work legislation guarantee no rights at all, but allow those who do not want to pay for services rendered to not pay. Editor's note: Is this supposed to be bad?

## Labor Related Blogs
- The Chalkboard
  - How Bad Is This School? So the next time a NYSUT hack tells you he doesn't oppose charter schools, just bad charter schools, remember that he's just yanking your chain.

- This Week in Education:
  - Fordham's Petrilli Survives The HotSeat: Fresh out of federal employ, the Fordham Foundation's stylish Mike Petrilli is brave enough to inaugurate the Education HotSeat, the first of what I'm hoping will be a semi-regular series of SportsCenter-style conversations with education policymakers, reformers, and practitioners on issues high and low.
  - How The Private Sector Thinks About Education If, like me, you are fascinated but largely ignorant about the education "industry" -- vendors, providers, EMOs and the like who are increasingly part of the education world -- you should check out Marc Dean Millot's School Improvement Industry Weekly (sample front page at right).

- The Latest EduDebate: More Hot Multi-Blog Action! The latest multi-blog back-and-forth involves teachers unions, online contracts, publicly negotiating teachers' salaries/working conditions, and Education Sector's latest publication, (Which I'm looking forward to reading soon.) Collective Bargaining in Education. So far, we have Eduwonk.com, (Who co-edited Collective Bargaining in Education.) AFT's NCLBlog, and NYC Educator hotly exchanging those thoughts and ideas! Here's the lineup:

## State News Updates

### Arkansas
- Arkansas Set to Undertake a Novel Effort in Health Care – A new health insurance program in Arkansas is set to be approved by the Bush administration. The plan would allow employers to provide a limited benefit package to employees, but require participating employers to cover all employees, regardless of income or other factors.

### California
- Prison guards lock up bundle in OT pay – Some 2,400 rank-and-file correctional officers' pay exceeded $100,000 in 2005, compared with 557 the year before.
- Will state school board stand tough? – Gov. Gray Davis made remarkable efforts to fix the public schools and their disastrous teaching methods, even in the face of intense opposition by labor unions and his own California Democratic Party.
- Mugged by reality – Mayor Antonio Villaraigosa – a progressive Democrat who once worked as a teachers union organizer – is being forced to confront some unpleasant truths about the public employee unions that are his party's most loyal and influential supporters.

### Colorado
- One question: Why? – While the AFL-CIO's motivation for the accord with the NEA is clear, it wants money that teachers would add to its coffers, teachers' motivations are less obvious.

### Illinois
- Teamsters use AFL-CIO split to go after CTA workers – With the AFL-CIO now splintered, the Teamsters are taking another crack at the CTA.

### Idaho
- Uncommon Weapon in Immigration Fight – An Idaho county tries a racketeering law against employers who hire illegal workers.

### Kansas
- School fund plan falls short, expert says – A plan to provide schools with an additional $500 million three-year school

DOL 0066

spending plan is $2,850 per student short of meeting the true cost of educating Kansas City, Kan., students.

**Kentucky**
- 'Right to work' hearing on rally day – House Democrats are expected to formally kill the governor's proposals regarding organized labor on Tuesday in front of an audience of thousands of union workers who will be rallying at the Capitol.
- 37th Districts vote for Democrats – Clark, Weston win Senate, House seats with significant union support. Senate election ends long dispute.

**Louisiana**
- Union leader: Teachers want $4,000 in raises – Teachers' union officials say the roughly $280 million pay increase, $4,000 per teacher over two years, is reasonable even while the state tries to recover from two hurricanes.
- Teachers union loses its force in storm's wake – When the state took over New Orleans schools and fire virtually the entire work force of 7,500 teachers, custodians, bus drivers and kitchen staff, the union registered no opposition because bargaining rights were diminished.

**Massachusetts**
- MBTA talks with unions may target healthcare – The MBTA is haggling over contracts with 29 of its 30 unions, and the negotiations, observers say, could be the most contentious in years.

**Minnesota**
- Black Flight – African-American families from the poorest neighborhoods are rapidly abandoning the district public schools, and either going to charter schools or moving to suburban public schools.
- Some Northwest Workers Reject Pay-Cut – Union forces Northwest to restart bankruptcy proceedings.

**New York**
- Wal-Mart Looms Over 2 Bills to Improve Worker Health Care – Both the Fair Share coalition and Wal-Mart came to town on Tuesday bringing their own respective solution to provide health care to the 450,000 workers who now lack it.

**Pennsylvania**
- School building costs take flight – Q: School A cost $42.2 million to build. School B cost $31.5 million. Which one is more expensive?

**Okalahoma**
- Plan would tie teacher salaries to legislators' – Public schoolteachers are looking for a pay raise of about $4,000 each over two years.

**Oregon**
- School district contract negotiations open to all – Contentious talks that ended last year were held in private.
- Labor leader pushes for Wal-Mart bill – A new initiative would require Oregon's largest companies to pay a minimum for employee health benefits.

**Ohio**
- AK-AEIF issue focus of students' labor lessons – Teacher Lisa Rowland discusses with students whether it is right to buy AK Steel Corp stock when it locked out 2,600 employees after failing to reach a contract settlement.

**Washington**
- Public, private investments are paying off in job growth – It finally looks like our state's economy has built up some good, job-producing momentum.
- Building a workforce, one apprentice at a time – Unions have put a high priority on apprentice programs as not only a way to boost membership but to make sure even non-union workers are properly trained.
- Angry with union fees, state workers ponder suit - State employees unhappy with a requirement to pay union fees are rebelling in different ways, with some planning to file a class-action lawsuit.
- Measure aims to put money in classrooms – A statewide campaign to implement the 65 Cent Solution kicked off last week as volunteers began gathering the 224,880 signatures necessary to put the initiative on the November ballot.

**Washington D.C.**
- Teachers union again under federal inquiry – The U.S. Department of Labor yesterday said it has begun a new inquiry into financial reporting deficiencies at the 4,500-member Washington Teachers Union.

5/26/2006

DOL 0067

**U.S.**

- **The Teachers Unions Are Mad at Me** – Teachers Unions criticize "Stupid in America," but they don't refute the points asserted in the report. They don't refute them because they can't.
- **Service Workers Agree to Pay AFL-CIO $3.9M** – The AFL-CIO had filed a lawsuit seeking $10 million that it claimed the service employees union owed in payments to the federation, but settled for $3.9 million.
- **AT&T-BellSouth merger to disconnect 10,000 jobs** -- One way AT&T hopes its $67 billion proposed merger with BellSouth will pay off is by allowing it to get rid of redundant operations.
- **1 of every 20 workers is an illegal immigrant, study says** – Illegal immigrants in the United States now number as many as 12 million, and account for about one in every 20 workers, a new estimate says.
- **New Economy Hurting People in the Middle the Most** – Despite low unemployment, strong economic growth, robust productivity gains and record corporate profits, the inflation-adjusted income for all but a tiny fraction of the wealthiest households hasn't increased at all.
- **GM to Freeze Salaried Workers' Pensions to Cut Costs (Update4)** – General Motors Corp., cutting costs after $8.55 billion in losses last year, will freeze the defined- benefit pension plans for its 36,000 salaried workers and switch to a defined-contribution plan.
- **Retirement Fund Tapped to Avoid National Debt Limit** – The Treasury Department has started drawing from the civil service pension fund to avoid hitting the $8.2 trillion national debt limit. The move to tap the pension fund follows last month's decision to suspend investments in a retirement savings plan held by government employees.
- **AFL-CIO rejects US guest worker proposals** – AFL-CIO leaders on Tuesday said they would reject guest worker proposals now in Congress, saying that all foreign workers who come to the United States to fill labor shortages should come as permanent residents.
- **Judge Blocks Merit Pay at Pentagon** – A federal judge Monday blocked the Defense Department from putting in place a merit pay system, saying it would erode bargaining rights for 650,000 employees.
- **Northwest Airlines, pilots in tentative deal**

---

**Links of Interest**

State Policy Network

U.S. Dept. of Labor Enforcement Actions

Townhall.com Trade & Commerce Page

SPN Labor Exchange Newsletter Archives

National Alliance for Worker and Employer Rights

---

**Miscellaneous**

The content of this newsletter relies heavily on your suggestions and contributions. Please continue to forward articles you believe will be of interest and benefit to readers.

**Subscribe | Unsubscribe | Forward to a Friend**

5/26/2006

**Spencer, Glenn - OSEC**

| | |
|---|---|
| **From:** | Todd, Don - ESA |
| **Sent:** | Monday, April 10, 2006 7:50 AM |
| **To:** | Wilson, Mark - ESA; Conway, Paul; Iverson, Kristine - OCIA; Krishnamoorti, Mala; Kruska, Lisa - OPA; Law, Steven - OSEC; Lipnic, Victoria - ESA; Radzely, Howard - SOL; Redmond, Sean - ESA; Spencer, Glenn - OSEC; Stidvent, Veronica - ASP |

**Subject:** Wal-Mart in the NY article

"The hypocrisy doesn't stop there. Indiana-based Boilermakers Lodge 374 spends more than $10,000 at Wal-Mart, even as its national federation conducts a nationwide smear campaign against the business. It seems it's true: Everyday low prices can't be beat."



# LABOR BOSSES' LUXURIES
By RICHARD BERMAN

TRUST, but verify: That's the spirit behind the federal Labor Department's new approach toward union leaders. After years of laxity, it has finally begun to demand greater disclosure of union spending.

The rule, which took effect in 2004, requires unions with yearly receipts of over $250,000 (about 4,500 in all) to file detailed financial reports, itemizing any outlay of $5,000 or more.

Deborah Greenfield, associate general counsel of the AFL-CIO, sniffed to The Wall Street Journal, "We have no reason to believe that union members will find this particularly meaningful." In fact, it is *precisely* union members who will find *it* meaningful.

This week, as unions close the books on 2005, the public is getting an unprecedented look at how labor officials spend union dues. Their members' awareness of the data may well give union leaders cause to worry. Much of it will surely raise eyebrows.

Like the fact that Iron Workers Local 40 in New York City gave its retiring president a $52,000 Cadillac (largely dues money). Or that the Electrical Workers Local 363 spent $10,000 in "golf outing" expenses at Kutshers Country Club in Monticello.

Other expenses are merely absurd, such as the New York District Council of the Carpenters union's spending over $131,000 on T-shirts at F.A.B.Ulous Specialties, Inc., or one Musicians AFL-CIO local's investing $670,000 in a bingo parlor.

Elsewhere, one finds that the AFL-CIO spent nearly $250,000 for its 50-member executive council meeting in 2004 at the luxurious Drake Hotel in Chicago.

At least *that* year the union execs didn't cross picket lines, as they did last month at the Hotel del Coronado in San Diego, which the local carpenters' union was picketing.

The hypocrisy doesn't stop there. Indiana-based Boilermakers Lodge 374 spends more than $10,000 at Wal-Mart, even as its national federation conducts a nationwide smear campaign against the business. It seems it's true: Everyday low prices can't be beat.

The list really does go on. From the lavish to the bizarre, a common theme emerges: This is not merely

5/25/2006

DOL 0069

evidence of a few isolated misspent allocations but of a deep structural flaw, the result of a historical lack of transparency and accountability.

Interestingly, union leaders have long tried to compel greater openness on the part of businesses, using the information as ammunition where possible. Yet they have strongly resisted when it has come time to comply with the same procedure. The national AFL-CIO spent $121,367 (largely from members' dues, of course) in litigation against disclosing the information.

What becomes clear is how lucrative a business organizing labor is. If you were to waltz into, say, Steve Jobs' office and demand he cut you a hefty percentage of the wages he pays his workers, he'd slam the door in your face. But if you manage to unionize his business and collect the dues members are forced to pay, you have effectively accomplished the same thing, just two degrees removed.

When union members pay out dues from the wages of their labor, they do so with the expectation of some return on their investment. In theory, those dues go to fund representational activities, such as encouraging higher wages and negotiating better contracts with business owners. But the National Education Association spent less than 15 percent of its $314 million budget on such purposes. By contrast, it spent more than twice as much (over $120 million) on union administration and overhead.

The problem is that labor officials across the nation treat their expenses as if they spring from the coffers of profit-earning businesses, which they manifestly don't. Nearly everything union management buys, from resort lodgings to extravagant retirement gifts, is paid out of mandatory dues from the workers they purport to represent.

Hopefully, this long-overdue publication of unions' fiscal records will prompt some enhanced scrutiny of their (expensive) activities. For too long, leaders have financially operated outside the view of members. Ralph Waldo Emerson once remarked that our distrust is very expensive. Not nearly as expensive as trust.

*Richard Berman is executive director of the Center for Union Facts, a non-profit supported primarily by businesses and foundations. View the unions' fiscal 2005 data at unionfacts.com.*

To sign up for Daily Newsletter Alerts, please visit
http://www.nypost.com/php/newsletter/classify_newsletter_clicks.php

5/25/2006

DOL 0070

**Spencer, Glenn - OSEC**

| From: | Clark, Matthew - OSEC |
|---|---|
| Sent: | Thursday, January 12, 2006 3:48 PM |
| To: | Law, Steven - OSEC; Conway, Paul; Spencer, Glenn - OSEC; Krishnamoorti, Mala; Pizzella, Patrick; Kruska, Lisa - OPA; Todd, Don - ESA; Gibson, Lynn - OSEC; Redmond, Sean - ESA; Loos, Don - ESA |
| Cc: | Filiciello, Christopher - OSEC; Mulvee, Julie - OSEC |
| Subject: | FW: SPN State Labor Policy Exchange - Volume 1, Issue 2 |

FYI They covered the Secretary's statement on the job numbers, the WSJ article and ALEC's state union disclosure law.

Matthew Clark
Public Liaison
US Department of Labor
OSEC
(202) 693-4637 Direct
(202) 415-3373 Cell
(202) 693-6145 Fax

---

**From:** SPN Labor Policy Exchange [mailto:spnlabor@effwa.org]
**Sent:** Wednesday, January 11, 2006 5:29 PM
**To:** SPN Labor Policy Exchange
**Subject:** SPN State Labor Policy Exchange - Volume 1, Issue 2



**SPN State Labor Policy Exchange – Volume 1, Issue 2**

---

**In Focus: Los Angeles Times on the United Farm Workers**

- The Los Angeles Times published an intriguing series by on how, for the United Farm Workers, the business of organizing farm workers has become almost an afterthought. By Miriam Pawel.

  - Farmworkers Reap Little as Union Strays From Its Roots – The movement built by Cesar Chavez has failed to expand on its early successes organizing poor rural laborers.
  - Real Estate Deals Pay Off for Insiders – In one case, a charity sold property earmarked for low-income housing to a group with which it had ties. The land was then flipped for a $1.1-million gain.
  - Linked Charities Bank on the Chavez Name – The union-related philanthropies enrich one another, operating like a family business.
  - Offering Laborers a Helping Hand – Farm workers now depend on volunteers and aid groups for food, water, medical care and legal advice.
  - Former Chavez Ally Took His Own Path – Where Eliseo Medina has gone, unions have grown.
  - Decisions of Long Ago Shape the Union Today - In the late 1970s Cesar Chavez grew intent on keeping control. He crushed dissent, turned against friends, purged staff and sought a new course.
  - Farmworkers Reap Little as Union Strays From Its Roots – The movement built by Cesar Chavez has failed to expand on its early successes organizing poor rural laborers. As their plight is used to attract donations that benefit others, services for those in the fields are left to languish.

---

5/25/2006

**Special Note:** Now that most states' legislatures are in session, please forward information regarding legislation readers should be aware of.

---

### Studies/Policy Updates and Articles

#### Labor Policy

- Capitol Research Center:
  - Paychecks Unprotected – In November 8, California voters rejected a "paycheck protection" measure that would have allowed union members to prevent use of their dues for political activity. What lessons can paycheck protection advocates learn by examples in other states, such as Washington, Idaho and Utah? By Michael Reitz
  - Labor Notes: January 2006

- Department of Labor: Statement of U.S. Labor Secretary Elaine L. Chao On December Employment Numbers – The U.S. has enjoyed 31 straight months of job creation, totaling more than 4.6 million new jobs, Department of Labor, January 6, 2006.

- Evergreen Freedom Foundation:
  - States can adopt their own union financial disclosure rules - Legislators interested in securing full financial accountability for union members can enact model legislation provided by the American Legislative Exchange Council (ALEC). By Alex Bohler, January 11, 2006.

- Human Events Online: Union Payout Records Online - Unions' expenditure records are now accessible online through the Department of Labor at www.union-reports.dol.gov, by Amanda B. Carpenter, January 3, 2006

- Independence Institute: Institute Accepts Union Credit for Supporting Education Reform, Informing Teachers - Say what you will about the Colorado Education Association (CEA), its officials give credit where credit is due.

- James Madison Institute: The Journal of the James Madison Institute, hot button issues in Florida education, Fall 2005 Issue.
  - The Mythology of Teacher Unions – Nobody should be surprised when teacher unions place their members' economic interests ahead of the students' welfare. By J. Stanley
  - Why Florida Needs Paycheck Protection – Require state and local governments to obtain employee permission to deduct from their paychecks that will be used to support political activities, S. Alex Bohler

- Mackinac Center for Public Policy: Wal-Mart Exposes Contradictions on the Left – Those on the left are deeply exercised about Wal-Mart, but they have a problem. By Jack McHugh, January 10, 2006.

- National Institute for Labor Relations Research: Big Labor-Funded Study Deeply Flawed – Academic apologists for top-down organizing ignore the basic facts and promote the "card check" process as "neutral." January 4, 2006.

- National Right to Work Legal Defense Foundation, Inc:
  - WSJ: Why Not Liberate the American Worker – Despite the hue and cry about the demise of their movement, union officials must be quietly relieved. January 3, 2006.
  - Teamsters Local Hit with Federal Charges for Violating UPS Workers' Rights with Unlawful Forced Union Dues Seizures – Local UPS employee files class action charges to stop union officials' illegal seizure of forced union dues for politics, January 9, 2006.

- Tennessee Center for Policy Research: Tennessee Education Association Earns 2005 "Lump of Coal" Award – Tennessee Center for Policy Research named the Tennessee Education Association the recipient

DOL 0072

of the first annual Lump of Coal award because it fails teachers and students on every level.

- Yankee Institute for Public Policy: New Study Finds Big Gap in Pay, Benefits Between Government and Private-Sector Workers – The Yankee Institute for Public Policy released "The Two Connecticuts," a study that examines wages and benefits in the Nutmeg State's public and private sectors. by D. Dowd Muska, January 10, 2006,

- Opposition Studies:
  - o Is The Strike Dead? Not According to Bob Schwartz – Bob Schwartz's new book is a unique tool to use in membership education, leadership training, and union strategy discussions about what to do when a contract expires. by Steve Early, *Znet*, January 3, 2006
  - o AFL-CIO Launches Fair Share Health Care Campaign in 31 States – Working families, their unions and community allies are joining with the AFL-CIO in launching a major health care campaign in 31 states to ensure the largest corporations, such as Wal-Mart, stop shifting health care insurance costs onto workers, taxpayers and other businesses. *AFL-CIO*, January 5, 2006
  - o Finding Friends in Low Places at Wal-Mart - American Rights at Work unveils flash cartoon parody of Garth Brooks and Wal-Mart to expose the retail giant's anti-union campaign. *American Rights at Work*, January 11, 2006

---

### State News Updates

### Arizona
- Big state pay increase has backers – State Republican leaders are promising what they believe is the largest pay increase ever for state and university employees. By Howard Fischer, *Capitol Media Services*, January 5, 2006.

### California
- Transit Worker on Paid Disability in Long Distance Runs? – A Santa Cruz Metropolitan Transit District bus driver named Johnny Chavarria has been charged with fraud and grand theft when he ran in the Big Sur Marathon - reported yesterday in the Santa Cruz Sentinel - while taking disability pay. By Matt Rosenberg, *Rosenblog*, January 9, 2006

### New York
- Settling the Settlement – Ten days after the two sides in the transit dispute announced a settlement, much about the dispute remains strangely unsettled, by Steven Greenhouse, *New York Times*, January 6, 2006

### Pennsylvania
- Teacher strike session gets heated – Pennsylvania State Sen. Robert Mellow proposed a bill to eliminate strikes by forcing binding last best offer arbitration. By Mark Guydish, *TimesLeader.com*, Jan. 10, 2006
- Parents ask Harrisburg to ban teachers' strikes – About two dozen Pennsbury parents rode to Harrisburg hoping to persuade state legislators that teachers' strikes should be illegal. By Kellie Patrick, *Philadelphia Inquirer*, Jan. 09, 2006

### Washington
- Anti-union group sues – Free Conscience, a group of state workers that formed to oppose requirements to join unions under state contracts, says it will file a class-action lawsuit. *The Olympian*, January 9, 2006
- 2004 election controversy still hounds Gregoire - When a prominent statewide labor union asked its members how they would vote in a rematch of the 2004 election, Washington's controversial new governor, Christine Gregoire, lost. By Ralph Thomas, *The Seattle Times*, January 9, 2006
- Bill presses companies for benefits – A move is afoot to force Washington's largest employers, particularly retailing behemoth Wal-Mart, to provide health insurance to more workers. By Brad Shannon, *The Olympian*, January 6, 2006

### U.S.
- Foes in Central America Stall CAFTA – The pact was to take effect Jan. 1, but it has been blocked by election politics and anti-trade sentiment. By Evelyn Iritani, *Los Angeles Times*, January 9, 2006

DOL 0073

- Was Wal-Mart's Anti-Union Image Used as a Shield? – The union project was said to be a secret scheme, approved by senior Wal-Mart executives, to pay union members for information about which stores they planned to organize. By Michael Barbaro, *New York Times*, January 9, 2006
- Union Members: Let the Sun Shine In – Improved financial reporting requirements by the Department of Labor have every God-fearing union chief praying none of their members find their union's new LM2 reports because they'll see for themselves how dues are being wasted on fat salaries and far-left causes. By Pat Cleary, *Manufacturers' Blog*, January 05, 2006
- Union Filings Give In-Depth Look at Spending Patterns - The two national teachers' unions have provided the most detailed public accounting to date of their spending, as a result of new federal requirements. Millions go toward gifts, lobbying, and other politicking. By Bess Keller and Vaishali Honawar, *Education Week*, January 11, 2006

**World**

- Alitalia crews threaten strike for start of Turin Games – Alitalia pilots and flight attendants plan to strike on the eve and the first day of next month's Turin Olympics, threatening havoc for arriving fans. *CBS SportsLine.com wire reports*, Jan. 10, 2006
- Codelco Contract Employees' Enter Sixth Day of Strike – Codelco, the world's biggest copper producer, said contractors' employees in Chile entered the sixth day of a strike without hampering output at its second-largest mine. *Bloomberg*, January 9, 2006

**Links of Interest**

State Policy Network

Union Corruption Update

Recent Enforcement Actions by the U.S. Department of Labor

Townhall Trade & Commerce Page – A running commentary on trade and commerce issues from policy organizations.

**Miscellaneous**

The content of this newsletter relies heavily on your suggestions and contributions. Please continue to forward articles you believe will be of interest and benefit to readers.

**Subscribe | Unsubscribe | Forward to a Friend**

5/25/2006

**Spencer, Glenn - OSEC**

| | |
|---|---|
| **From:** | Todd, Don - ESA |
| **Sent:** | Monday, March 13, 2006 2:16 PM |
| **To:** | Law, Steven - OSEC; Conway, Paul; Pizzella, Patrick; Lipnic, Victoria - ESA; Wilson, Mark - ESA; Kruska, Lisa - OPA; James, David - OPA; Iverson, Kristine - OCIA; Gibson, Lynn - OSEC; Spencer, Glenn - OSEC; Krishnamoorti, Mala |
| **Subject:** | Union Corruption Update |

Note at the end they have a link to DOL union reports page.

Today's edition has articles on Ludlow and the Rutledges both OLMS cases.



**National Legal and Policy Center – Organized Labor Accountability Project**
# UNION CORRUPTION UPDATE
### March 13, 2006 -- Vol. 9, Issue 6

*For Influential Leaders & Important Decision Makers:*
*Information on America's most corrupt & aggressive unions*

## ELECTIONS & POLITICS
## FBI Raids Offices of Queens, N.Y. Politician- Labor Boss

Life in a dual role of politician and union boss has its temptations. People come asking for favors, especially when it comes to contracts. The power broker's social connections and knowledge of the rules make it all too easy to say "yes" to friends, while making extra money on the side. But being in the sweet seat can lead to situations where the risks outweigh the rewards. Brian M. McLaughlin, president of the New York City Central Labor Council (CLC) and New York State Assemblyman from Queens, has learned the hard way. On Thursday, March 2, FBI agents conducted a dawn raid on each of McLaughlin's union and Assembly district offices, carting out boxes of computers, books and records. It's part of an ongoing investigation into massive bid-rigging of City electrical contracts. In the process, the raid made his political ally, New York City Mayor Michael Bloomberg, appear less than astute.

The feds are looking into whether McLaughlin, 53, had received under-the-table payments from a pair of companies that had obtained a combined $162 million in active contracts from the New York City Department of Transportation (DOT) to maintain public streetlights and traffic signals. The case hasn't reached traumatic proportions – yet. McLaughlin was not arrested. Neither were any DOT employees. Moreover, no Central Labor Council officials or members other than McLaughlin were placed under investigation. But that situation may change if evidence points in the direction of bid-rigging for fun and profit. The FBI, significantly, did raid a contractor, the Queens-based Petrocelli Electric Co. If it turns out that McLaughlin awarded inflated contracts, taxpayers have paid a lot more than McLaughlin had collected, and that could be the end of his career.

Brian McLaughlin knows about power. Politicians, CEOs, real estate developers and even Catholic bishops have courted him. A seven-term Democrat in the State Assembly, since 1995 he's been president of the AFL-CIO-

5/25/2006

chartered Central Labor Council, an umbrella organization for about 400 unions representing some 1 million workers. That makes him ideally suited to play matchmaker to city officials, union chieftains and contractors. McLaughlin is a union man, a third-generation electrician who rose to become director of the street lamps division of International Brotherhood of Electrical Workers Local 3, a position which he still holds. That rise to the top of the CLC was made possible by his mentor, Harry Van Arsdale, Jr., himself an IBEW Local 3 member who served as the first council president, from 1958 until his death in 1986.

It's hardly surprising that McLaughlin has received tens of thousands of dollars over the years in campaign contributions from large electrical contractors. Political candidates seeking the labor vote know that an endorsement from McLaughlin carries a lot of weight. He endorsed Mayor Bloomberg in his successful re-election bid last year, and lent support to the mayor's ultimately unsuccessful proposal to build a football stadium on the West Side of Manhattan. The talk around town was that McLaughlin was likely going to be New York's next mayor.

Any such plans are now on hold, given the ongoing investigation. The focus of the federal probe are several contracts awarded since 1999 to two firms, the aforementioned Petrocelli Electric, and Welsbach Electric, also in Queens. In those contracts, bids were supposed to be sealed in order to remove the likelihood of favoritism. Petrocelli currently holds $92 million in contracts, and Welsbach holds the other $70 million. DOT awards contracts on a borough-by-borough basis. That helped put McLaughlin on the road to corruption, say investigators. Anonymous law enforcement officials assert they gathered evidence through wiretaps and other tools showing that electrical contractors had given him an American Express card and paid the card's bills.

Mclaughlin is still a free man, but he's running out of leg room. About two months ago he announced that he would not run for re-election, preferring to devote more time to CLC affairs. McLaughlin denies wrongdoing. "He hasn't been charged with anything. He believes he will be fully vindicated," said spokesperson Carolyn Daly. A lot of people close to the case aren't so optimistic. (*New York Times, 3/3/06; New York Sun, 3/3/06; Newsday, 3/4/06; New York Daily News, 3/5/06*).

## ELECTIONS & POLITICS/SERVICE EMPLOYEES (SEIU)
## Local Labor Boss-Ex L.A. City Councilman to Plead Guilty

On the West Coast as well, things have gotten tough for a prominent labor official holding down a second job as a politician. Until recently, Martin Ludlow was the toast of Los Angeles progressive politics. But right now the former Los Angeles City Councilman and union leader looks more like toast. On Monday, March 6, Ludlow, head of the Los Angeles County Federation of Labor, agreed to plead guilty to felony conspiracy to secretly divert more than $36,000 in union funds to his 2003 council campaign. Three days earlier federal and state prosecutors, along with the City Ethics Commission, announced they had worked out a deal. In addition to paying restitution, Ludlow would accept a four-year ban on holding public office and a 13-year ban on leading a union. He may be able to avoid prison time provided he cooperates with the investigation of former Service Employees International Union Local 99 President Janett Humphries, who has pleaded not guilty to a pair of state counts.

Prosecutors have charged Ludlow with putting political operatives from Local 99 on the union payroll and using union funds to pay for phone bills and other campaign expenses. The scheme was an attempt to circumvent a $500 legal ceiling on campaign contributions. Ludlow and Humphries, prosecutors further allege, tried to cover up the scheme by falsifying, removing or altering union records. Humphries allegedly directed the SEIU Local 99 bookkeeper to create backdated documents and change employment records to "make them appear as independent contractors rather than employees." The phantom workers are cooperating with prosecutors. Local 99 is a major political player, having contributed hundreds of thousands of dollars to more than a dozen local candidates. Humphries, with a palpable taste for the finer things in life, is facing a separate set of federal offenses beyond political battles. She's being charged with one count of conspiracy and 17 counts of embezzlement for siphoning union funds to pay for trips for herself, family and friends to Hawaii, the Virgin Islands and Australia.

Ludlow is set to plead guilty at his arraignment on March 27. Whether or not he knows enough to put Ms. Humphries away, his arrest and plea bargain reveals volumes about the interplay between Los Angeles unions and City Hall. Ludlow, 41, resigned from the City Council last year to become executive secretary-treasurer of the 825,000-member Los Angeles County Federation of Labor, with its more than 350 unions, following the recent death of his longtime labor mentor, Miguel Contreras. It's the top staff post in that organization. And it provides opportunities to provide favors, something Ludlow had done, in fact, even before taking over the federation. Back during his days as a board member of the Metropolitan Transportation Authority, he allegedly helped an associate obtain a $282,000 public relations contract, even though conflict-of-interest rules prohibited him from

5/25/2006

officially acting on it. Federal officials agreed not to go after him for that action. With Ludlow having recently left his federation post, the group's executive board recently appointed Marina Elena Durazo as its interim secretary-treasurer. She's president of UNITE-HERE Local 11, which represents hotel workers. (*Los Angeles Times*, 3/4/06; Associated Press, 3/4/06).

# HOTEL & RESTAURANT WORKERS (HERE)/TEAMSTERS (IBT)
## Hawaii's Rutledges Plead Guilty to Fraud, Sentenced

For well over 50 years the Rutledge name was synonymous with organized labor in Hawaii. Employees of Waikiki Beach hotels, and drivers making deliveries to the hotels, answered to a fiefdom that Arthur Rutledge had begun in the late 1930s and ran with an iron fist. In 1951 Rutledge founded a nonprofit entity, Unity House, to provide benefits to Local 5 of the Hotel Employees and Restaurant Employees and Local 996 of the International Brotherhood of Teamsters. Currently, some 20,000 workers and retirees belong to Unity House. Art Rutledge died in 1997, but his son, Anthony Rutledge, and grandson Aaron Rutledge, carried on the patriarch's torch -- and with a similar blind spot for the law. Their reign is now over, though the price they've paid is considerably less than what prosecutors had sought.

On February 6, Tony Rutledge pled guilty in U.S. District Court for the District of Hawaii to one count of falsifying a tax return. The barrel-chested Rutledge, who succeeded his father as president of Unity House, and who during 1986-2000 served as financial secretary of HERE Local 5, was sentenced to three years probation. He also was ordered to permanently disassociate himself from Unity House. His son, Aaron, Unity House's former executive vice president, pleaded guilty to one count of witness harassment and was sentenced to a year of probation. He agreed to disassociate himself from the group during the probationary period. It was the end of a nine-year ordeal of investigation and legal wrangling.

Back in August 2003 the pair had been indicted for skimming more than $350,000 from Star-Beachboys, Inc., a rental company for surfboards and other beach equipment. Tony and Aaron Rutledge, apparently with the old man's help, allegedly had deposited cash receipts from the enterprise into at least four bank safe deposit boxes. In filing tax returns for Star-Beachboys during 1993-97, the Rutledges failed to report $415,205 in gross rents. Four months later, in December 2003, a superseding indictment charged Anthony Rutledge with diverting a portion of Unity House's $42.2 million in assets toward overseas investments. A year later federal agents took control of Unity House's headquarters and assets, following a restraining order issued by U.S. District Judge Samuel King. Tony Rutledge originally had pleaded guilty last August, but much to his displeasure, U.S. District Judge David Ezra rejected the plea because it would have eventually allowed him to return to Unity House.

Unity House had built its hefty war chest thanks to decades of dues and other assessments on union members, and Art Rutledge's take-no-prisoners management style. By the early 80s its operations had raised concern among certain members of the U.S. Senate, who requested that the General Accounting Office launch a full-scale probe. The resulting GAO report concluded Unity House was "a conduit for moving funds among union locals and several affiliated organizations." The battles over the group's assets between the Rutledge family and local HERE-Teamsters officials, if anything, became more fierce.

The recent guilty pleas came after an investigation by the IRS and three agencies within the Labor Department, including its Office of Labor-Management Standards. The defendants cut a pretty decent bargain, with prosecutors agreeing to drop about a dozen other fraud charges. The deal also allows the Rutledges to collect back pay, severance pay and compensation for lost vacation and health benefits. Their hefty legal bills also will be defrayed. (OLMS, 2/28; *Honolulu Advertiser*, 2/4/06; KHON-TV, 2/6/06).

# TEAMSTERS (IBT)
## Power Struggle Brewing in Boston Local

Power, a part of nature, abhors a vacuum. And ever since George Cashman, the corrupt boss of International Brotherhood of Teamsters Local 25 in Boston was sent packing to federal prison nearly two and a half years ago, it's been less than clear as to who will fill that vacuum. One will have a better idea come June, when the 8,300-member local will send a delegation to the Teamsters' national convention in Las Vegas. On one side is incumbent President Ritchie Reardon, the secretary-treasurer who took over the presidency after Cashman's departure. On the other side is his challenger, Sean O'Brien. Both are supporters of General President James P. Hoffa, himself up for re-election late this year. But the similarities pretty much end there.

O'Brien, whose Teamsters father, William O'Brien, had been a close ally of Cashman, is campaigning on the

5/25/2006

slogan, "Results, not excuses!" He's positioning himself as an old-fashioned organizer, using a recent work-rule concession to United Parcel Service to siphon support away from Reardon. In turn, Reardon supporters, many of them Cashman loyalists, are charging O'Brien with benefiting from nepotism. It's not as if they don't have a case. O'Brien's father was a movie transportation crew coordinator whose home in Medford, Mass. was raided by the feds in 2001, a bust netting more than $50,000 in cash stuffed in envelopes. Sean O'Brien, an ex-member of the crew, was named business agent for Local 25. He'd been running a truck driver training school that had been under FBI investigation for its connections to Cashman.

The delegate selection process now underway is likely a dress rehearsal for next fall's local elections. The campaign will have to make do without Cashman's help; in April 2003 he pleaded guilty to pension fraud and extortion. Cashman and a local trucking company owner, Thomas DiSilva, had been indicted four years ago for a deal to place nearly 20 ghost employees on DiSilva's payroll, effectively fleecing a Local 25 benefit plan of some $72,000 during 1992-2001. In October 2003 Cashman, who also was Hoffa's ports division director, received a two-year, 10-month sentence, a $30,000 fine, and a 13-year ban on participating in union affairs. He's now living in a halfway house. But that's not going to get him any closer to either O'Brien or Reardon, with the feds watching every move of the local. (*Boston Herald*, 2/23/06).

## TEACHERS (AFT)
## Labor Department Files Suit to Void D.C. Local Election

The lowlifes who ran the Washington Teachers Union as their personal piggy bank for seven years are gone from the scene, but the effects of their reign of embezzlement and money-laundering are still around. The 4,500-member union, an affiliate of the American Federation of Teachers, is facing a Labor Department civil suit over apparent irregularities in local elections held during December 2004-January 2005. The DOL filed the complaint in federal court on February 15, arguing that "violations...may have affected the outcome of the defendant's elections." If successful, the earlier results would be voided, and a new election would have to be held. The suit was prompted by complaints to the department by four union members, one of whom had run unsuccessfully for president.

The local leadership insists the election was fully in accordance with established procedures for union elections. "We believe that once the facts are reviewed, the WTU membership and the public will conclude that the election was conducted in the fairest and most democratic manner possible and that all candidates were afforded an equal and fair opportunity to be elected," remarked President George Parker. Likewise the AFT, which supervised the election and ran the local for two years after giving ex-President Barbara Bullock and her cronies the boot, defends its decision. It recently sent letters to local teachers defending the elections as "neutral and fair." The parent federation reviewed the challenges, but eventually decided the complaints "failed to meet the burden of proof."

The four local members who filed the challenges see a cover-up. "I don't believe that the Washington Teachers Union and the AFT ever gave any credence to what we were telling them," said Elizabeth Davis, who had finished third in a field of three in the presidential election. "It's repeating the same practice of pretending not to know." Davis alleges that she had informed the federation that some teachers never received their ballots in the mail and that others who were ineligible somehow voted. Last May the AFT sent Davis, Jerome Brocks, Benita J. Nicholson and Vernita Jefferson a letter informing them that the evidence did not merit a full investigation. Whatever the imperfections in the mailed ballots, the letter stated, they did not affect the results. As for whether the local will have to hold another election, the local members can take comfort in the fact that the regime taking office can hardly be as bad as the now-convicted den of thieves that had made off with around $5 million before getting caught. (*Washington Times*, 2/22; 2/27).

## THEATRICAL & STAGE EMPLOYEES (IATSE)
## Business Agent for Film Set Design Local Suspended

Ronnie Cunningham was a business agent for a union whose members build soundstage production sets. Somehow he confused that with taking center stage at everyone else's expense. On Wednesday March 1, the executive board of Local 44 of the International Alliance of Theatrical and Stage Employees voted 16-0 to oust Cunningham for alleged embezzlement of union funds and other offenses dating as far back as 1996. These charges include: demanding cash payments from call board employees; requiring union employees to perform personal services for him; receiving unauthorized overtime pay; and blacklisting two local members. The action is not a formal declaration of guilt, and his guilt or innocence will be determined at future date. Cunningham already has declared his innocence. The North Hollywood, Calif.-based Local 44 represents about 5,600 prop

DOL 0078

makers, decorators, model builders and other employees involved in television and film set design. (*Daily Variety*, 3/3/06).

## ALLIED & INDUSTRIAL WORKERS (PACE)
## Local Bosses in NW Ohio Indicted for Embezzlement

Local 5-712 of the Paper, Allied-Industrial, Chemical and Energy Workers International is a small union. That's why the estimated $4,400 that former president Jean Paul Grennay and vice president James Bates allegedly embezzled from the local is deceptive. Grennay, 39, and Bates, 33, were indicted early this month by a federal grand jury after a Labor Department audit of local books discovered discrepancies, including checks written by the officials to each other, occurring during June 2001 and March 2002. Members of the Hicksville, Ohio-based local, now part of the United Steelworkers of America, work at Manufactured Housing Enterprises, Inc., located in Bryan. (*Toledo Blade*, 3/3/06).

## TEAMSTERS (IBT)
## Former Bookkeeper in Virginia Sentenced for Embezzlement

On February 16, Marcia Huizenga, ex-bookkeeper and office manager for Local 822 of the International Brotherhood of Teamsters, was sentenced in U.S. District Court for the Eastern District of Virginia for embezzling $47,131 in union funds. She received three months in prison, to be followed by five months of home detention and three years of supervised probation. Huizenga pleaded guilty last November following an investigation by the Labor Department's Office of Labor-Management Standards. (OLMS, 2/28/06).

## MACHINISTS (IAM)
## Maryland Local Ex-Treasurer Sentenced for Theft, Cover-Up

On February 15, Henry Michael Turner, former treasurer for the International Association of Machinists, National Federation of Federal Employees Local 2058, was sentenced in U.S. District Court for the District of Maryland to 12 months and one day in prison to be followed by two years of supervised probation. Last November he pled guilty to one count of making false statements in connection with his role in embezzling $40,474 from the union. The conviction follows an investigation by the Labor Department. (OLMS, 2/28/06).

## LONGSHOREMEN (ILWU)
## Alaska Local Treasurer Pleads Guilty to Embezzlement

On February 10, James Jackson, formerly treasurer for Local 200, Unit 62, of the International Longshoremen and Warehouse Union, pleaded guilty in federal court to embezzling nearly $13,000 in union funds. He was sentenced to three years probation. Jackson had been indicted in September. The ILWU represents workers at West Coast ports. (OLMS, 2/28/06).

## GOVERNMENT WORKERS (AFSCME)
## Former Treasurer in Ohio Sentenced for Embezzlement

On February 9, Michelle Thompson, ex-treasurer for American Federation of State, County and Municipal Employees Local 11, Chapter 2528, was sentenced in U.S. District Court for the Southern District of Ohio to five years probation, 100 hours of community service, and was ordered to make full restitution for stealing $2,727.93 from her local. She previously had pled guilty. (OLMS, 2/28/06).

---

Union Corruption Update is made possible by the generous contributions from readers like you. NLPC, PO Box 6821, Falls Church, VA 22040. Thank you. Union Corruption Update is part of NLPC's Organized Labor Accountability Project which is investigating and exposing corruption in the Teamsters, LIUNA, AFL-CIO and many other union organizations. NLPC is a nonpartisan, nonprofit foundation promoting ethics and accountability in government through research, education and legal action.

In addition to the unions and organizations covered in this Union Corruption Update, readers can look forward to news and information on other corrupt and abusive unions in future editions. All back issues of the Union Corruption Update can be viewed at NLPC's website (http://www.nlpc.org). Also available is a union-by-union and state-by-state index of all Union Corruption Update articles. If you have story ideas or suggestions for future

5/25/2006

editions of Union Corruption Update, please email NLPC at nlpc@nlpc.org. Thank you.

Looking for a LM-2, LM-3, or LM-4 Annual Financial Report from the Department of Labor? Visit http://www.dol-union-reports.gov

<u>back to top</u>

<u>Home</u> :: <u>About Us</u> :: <u>Projects</u> :: <u>Contact Us</u>
<u>Support Our Work</u> :: <u>Search</u>

© 2005 NLPC. All Rights Reserved

5/25/2006

**Taylor, Aaron - OSEC**

**From:**     Alex Orfinger, Publisher Washington Business Journal [accounts-reply-87-2699276@webmail.bizjournals.com]

**Sent:**     Friday, March 04, 2005 3:20 PM

**To:**       Taylor.Aaron@dol.gov

**Subject:**  Daily Update from Washington Business Journal

If you are having trouble viewing this email, click on this link
or copy and paste the following into your browser:
http://washington.bizjournals.com/washington/daily_email/?d=2005-03-04



**BUSINESS JOURNAL**

**DailyUpdate**
Friday, March 4, 2005

Latest News: Quick View Version

» Don't miss out on exclusive news in our print edition. Subscribe now.

2:50 PM EST Friday
**MCI's largest shareholder takes interest in merger talks**

2:29 PM EST Friday
**Maryland legislators push minimum-wage increase**

2:16 PM EST Friday
**Maryland tech event to focus on soldier protection**

1:26 PM EST Friday
**Army awards General Dynamics $90 million contract option**

1:18 PM EST Friday
**CarMax reports record fourth-quarter sales**

12:50 PM EST Friday
**Circuit City same-store sales fall**



EarthLink Business T1
FREE EQUIPMENT & PROFESSIONAL INSTALLATION
STARTING AT $349/mo.
Don't wait! Call today!
1-866-576-8458
LEARN MORE

**Online Directory**
Web Design | Web Marketing | Email Marketing | » More...

**Companies in today's news**
Click on a name or number to read the latest news about that company.

» CarMax
» Circuit City Stores
» Employment Policies Institute
» General Dynamics

» Greater Baltimore Committee
» Maryland Chamber of Commerce
» Maryland Technology Development Corp.
» MCI

» National Federation of Independent Business' Maryland
» Qwest
» Verizon Communications

» See names in today's news

5/23/2006

DOL 0081

**Find the right consultant or the right project FAST!**    provided by eWork Markets
» **I need a consultant**    » **I am a consultant**

Text version | Cancel Email Subscription
You may change your email address, your preferences, or unsubscribe from this email at any time by visiting bizjournals.com:
http://www.bizjournals.com/account/
If you need other assistance, please let us know or contact:
bizjournals.com customer service, 120 W. Morehead St., Charlotte, NC 28202

Home | Print Edition | Latest News | Marketplace | Sales Power | bizwomen
Money Center | Entrepreneur | Contact Us

Washington Business Journal email: washington@bizjournals.com

All contents of this site American City Business Journals Inc. All rights reserved.
Privacy Policy | User Agreement

5/23/2006

DOL 0082

## Taylor, Aaron - OSEC

**From:** Alex Orfinger, Publisher Washington Business Journal [accounts-reply-87-2699276@webmail.bizjournals.com]

**Sent:** Friday, March 04, 2005 3:20 PM

**To:** Taylor.Aaron@dol.gov

**Subject:** Daily Update from Washington Business Journal

If you are having trouble viewing this email, click on this <u>link</u>
or copy and paste the following into your browser:
http://washington.bizjournals.com/washington/daily_email/?d=2005-03-04



**BUSINESS JOURNAL**

**DailyUpdate**
Friday, March 4, 2005

» Don't miss out on exclusive news in our print edition. <u>Subscribe now.</u>

<u>Latest News: Quick View Version</u>

2:50 PM EST Friday
**MCI's largest shareholder takes interest in merger talks**

2:29 PM EST Friday
**Maryland legislators push minimum-wage increase**

2:18 PM EST Friday
**Maryland tech event to focus on soldier protection**

1:26 PM EST Friday
**Army awards General Dynamics $90 million contract option**

1:18 PM EST Friday
**CarMax reports record fourth-quarter sales**

12:50 PM EST Friday
**Circuit City same-store sales fall**



<u>Online Directory</u>
<u>Web Design</u> | <u>Web Marketing</u> | <u>Email Marketing</u> | » <u>More...</u>

### Companies in today's news
Click on a name or number to read the latest news about that company.

- » CarMax
- » Circuit City Stores
- » Employment Policies Institute
- » General Dynamics

- » Greater Baltimore Committee
- » Maryland Chamber of Commerce
- » Maryland Technology Development Corp.
- » MCI

- » National Federation of Independent Business' Maryland
- » Qwest
- » Verizon Communications

» <u>See names in today's news</u>

DOL 0083

**Find the right consultant or the right project FAST!**     provided by eWork Markets
» I need a consultant    » I am a consultant

Text version | Cancel Email Subscription
You may change your email address, your preferences, or unsubscribe from this email at any time by visiting bizjournals.com:
http://www.bizjournals.com/account/
If you need other assistance, please let us know or contact:
bizjournals.com customer service, 120 W. Morehead St., Charlotte, NC 28202

Home | Print Edition | Latest News | Marketplace | Sales Power | bizwomen
Money Center | Entrepreneur | Contact Us

Washington Business Journal email: washington@bizjournals.com

All contents of this site American City Business Journals Inc. All rights reserved.
Privacy Policy | User Agreement

5/23/2006

DOL 0084

**Taylor, Aaron - OSEC**

| | |
|---|---|
| **From:** | NationalJournal.com [daybook@nationaljournal.com] |
| **Sent:** | Thursday, April 29, 2004 3:36 AM |
| **To:** | Aaron L. Taylor |
| **Subject:** | NationalJournal.com Daybook |

This is your customized Daybook E-mail Alert. For a complete listing of all today's events -- or a preview of tomorrow's -- please see the NationalJournal.com Daybook at http://nationaljournal.com/members/calendar/

===================== Advertisement =====================
        Should the homeless form their own city?
   Homeless people in Denver want land for a tent city
        of their own. It's part of the trend in
   which homeless populations form communities approved
                by local governments.
           http://207.27.3.33/ads/knowledgeplex/
================== KnowledgePlex ==================

To change your preferences, go to
http://nationaljournal.com/members/calendar/index.cgi?func=email
****************
Senate Committees
****************
There are no events scheduled today that match your preferences.
For all the week's Senate Committee listings, go to
http://nationaljournal.com/members/calendar/index.cgi?func=week&section=WASENATE

****************
House Committees
****************

HOUSE EDUCATION AND THE WORKFORCE COMMITTEE Defined Benefit Pension System
Employer-Employee Relations Subcommittee hearing, "Examining Long-Term Solutions
to Reform and Strengthen the Defined Benefit Pension System."
Witnesses: Kenneth Kent, vice president for pension issues,
    American Academy of Actuaries, Washington,
    D.C.; Greg Heaslip, vice president for benefits,
    PepsiCo, Inc., Purchase, N.Y.; Mark Iwry,
    non-resident senior fellow, The Brookings
    Institution; Timothy Lynch, president/CEO,
    Motor Freight Carriers Assn.; John Miller,
    partner, Cox, Castle & Nicholson, L.L.P.,
    Los Angeles, Calif.; Teresa Ghilarducci, associate
    professor of economics and director, Monsignor
    Higgins Labor Research Center, University
    of Notre Dame
Location: 2175 Rayburn House Office Building. 10:30 a.m.
Contact: 202-225-4527 recorded schedule 202-226-2026
    http://edworkforce.house.gov

HOUSE SMALL BUSINESS COMMITTEE
Minimum Wage
Workforce, Empowerment and Government Programs Subcommittee hearing, "Minimum
Wage and Its Effects on Small Business."
Witnesses: Paul Kersey, visiting fellow in labor policy,
    The Heritage Foundation; Craig Garthwaite,
    director of research, The Employment Policies
    Institute; Todd McCracken, president, National
    Small Business Assn.; Mike Fredrich, president/owner,
    Manitowoc Custom Molding, LLC, Manitowoc,
    Wis.; Jared Bernstein, senior economist, Economic

1

DOL 0085

Policy Institute
Location: 311 Cannon House Office Building. 10:30 a.m.
Contact: 202-225-5821 http://www.house.gov/smbiz
**REVISED**

For all the week's House Committee listings, go to
http://nationaljournal.com/members/calendar/index.cgi?func=week&section=WAHOUSE

***************
Joint Committees
***************
There are no events scheduled today that match your preferences.
For all the week's Joint Committee listings, go to
http://nationaljournal.com/members/calendar/index.cgi?func=week&section=WAJOINT

***************
White House
***************
There are no events scheduled today that match your preferences.
For all the week's Administration listings, go to
http://nationaljournal.com/members/calendar/index.cgi?func=week&section=WAWHHSE

***************
Federal Agencies
***************
There are no events scheduled today that match your preferences.
For all the week's Federal Agency listings, go to
http://nationaljournal.com/members/calendar/index.cgi?func=week&section=WAFEDAG

***************
Economic Reports
***************

EMPLOYMENT INDEX
Labor Department, Bureau of Labor Statistics Employment Cost Index for 1st
quarter 2004
Location: 200 Constitution Ave, NW, Washington, D.C.. 8:30 a.m.
Contact: 202-606-5902
**NEW**

UNEMPLOYMENT STATUS
Labor Department, Bureau of Labor Statistics Unemployment insurance claims for
the week
Location: 200 Constitution Ave, NW, Washington, D.C.. 8:30 a.m.
Contact: 202-691-5902
**NEW**

For all the week's Economic Reports, go to
http://nationaljournal.com/members/calendar/index.cgi?func=week&section=WAECREP

================= Advertisement =================  State Health Care Policy
Analysis At Your Fingertips
    Premier Analysis of State Health Care Legislation
      Impacting Pharmaceuticals, Medicaid, Behavioral
            Health, Insurance, and Providers.
      Contact us today at 703-536-0600 or click here:
            http://207.27.3.33/ads/hpts/ =========== Health Policy Tracking
Service ===========

***************
General News Events
***************

EMPLOYMENT

News conference on raising the minimum wage.

DOL 0086

Participants: Sen. Edward Kennedy, D-Mass., and Ben Affleck,
    actor
Location: S-211, U.S. Capitol. 11:15 a.m.
Contact: 202-224-4543
**REVISED**

LABOR
The Labor Department
News briefing to celebrate the second anniversary of the groundbreaking
government-to-citizen eGov initiative GovBenefits.gov.
Participants: Steven Law, deputy secretary, Labor Department
    and Patrick Pizzella, Labor Department
Location: Labor Department, Auditorium, Third and C
    St., NW, Washington, D.C.. 10 a.m.
Contact: Bennett Gamble, 202-693-4667

POLITICS
National Conference of State Legislatures (NCSL)
2004 Spring Forum, April 28-May 1. Highlights:  4 p.m. - Rep. Tom DeLay, R-Texas,
Majority Leader, "Congressional Priorities for 2004 and Beyond,"
Washington Court Hotel, 525 New Jersey Ave., NW, Washington, D.C.
Location: Hyatt Regency Hotel, 400 New Jersey Ave.,
    NW, Washington, D.C. or as noted above.
Contact: Bill Wyatt, 202-624-8667; http://www.ncsl.org/standcomm/spagenda04.htm

TRADES
Senate Democratic Policy Committee
Hearing on the impact of China's trade practices on U.S. workers and American
jobs.
Participants: Sen. Byron Dorgan, D-N.D.
Location: S-211, U.S. Capitol. 10 a.m.
Contact: 202-224-3232
**NEW**

For all the week's General News Events, go to
http://nationaljournal.com/members/calendar/index.cgi?func=week&section=WAGEN


To Change Or Cancel Your Daybook E-Mail Alert
**********************************************
http://nationaljournal.com/members/calendar/index.cgi?func=email
Go to the above address, enter your e-mail address, and click the "Submit"
button. This will allow you to change your preferences or "unsubscribe" from your
Daybook E-mail Alert.

NationalJournal.com is a service of National Journal Group Inc. For more
information about National Journal Group's publications, go to
http://www.nationaljournal.com/about/.

DOL 0087

## Wiebe, Elizabeth - OSEC

| | |
|---|---|
| **From:** | Wiebe, Elizabeth - OSEC |
| **Sent:** | Wednesday, March 22, 2006 9:09 AM |
| **To:** | James, David - OPA |
| **Subject:** | RE: thought you might enjoy... |

**Tracking:** Recipient      Delivery           Read

James, David - OPA Delivered: 3/22/2006 9:09 AM Deleted: 3/22/2006 10:41 AM

Oh wow that's really interesting! Aren't you excited to be a part? Thanks for sending!! ☺

**From:** James, David - OPA
**Sent:** Tuesday, March 21, 2006 4:44 PM
**To:** Wiebe, Elizabeth - OSEC
**Subject:** thought you might enjoy...



**Union Dues and Don'ts**
*Financial disclosure is a wonderful thing.*
by Joseph Lindsley
Volume 011, Issue 26

March 27, 2006 Monday

FOR THE FIRST TIME EVER, the Department of Labor is seriously enforcing its financial reporting requirements of unions and disclosing the results online. As a result, union members—and the public at large—now have the means to examine union finances in extraordinary detail and to learn about the outside activities and potential conflicts of interest of union officials. The purpose of this newfound transparency is to promote fiscal integrity and union democracy.

Previously, the department's record of enforcing its reporting requirements was dismal. As recently as 2002, 43 percent of unions were either tardy in submitting their LM-2 forms or never turned them in at all, even though some sort of reporting had been required since 1959. By contrast, the IRS nonfiling rate was a mere 1.5 percent, and after the Federal Elections Commission introduced civil financial penalties for noncompliance (also in 2002), compliance improved from 82 percent to 85 percent.

Labor long suffered from what a senior department official called a "classic big government problem": Union financial disclosure involved a good deal of paperwork, most of it providing

5/23/2006

information so vague it was useless--which left little incentive to go after nonfilers. In an effort to encourage greater union transparency, Congress during the Clinton administration mandated that the completed LM-2 forms be available online. It was left to George W. Bush's secretary of Labor, Elaine Chao, however, to actually enforce this--and to require more detail into the bargain. The new, more elaborate reports are now available and searchable online as soon as a union files electronically.

Some might ask why government should require this level of transparency of labor unions, the champions of America's working men and women. In response, Chao's department sees itself as the labor equivalent of the Securities and Exchange Commission. Although a number of unions have, after some hesitation about privacy concerns, welcomed the increased scrutiny, the "absolutists," as a Labor Department official terms them, have cried foul. When Labor announced the new requirements in 2003, the AFL-CIO, in a 218-page document, projected that compliance could cost its affiliated national and local unions an average of $1,239,482 for international and national unions and $217,509 for local unions. In reality, according to its own LM-2, the AFL-CIO's national headquarters spent just $54,150 in 2005 on software needed to compile the necessary data--though it spent another $121,367 litigating against having to do so.

A few days spent perusing the spreadsheets of the 20 percent of unions that have already submitted their LM-2s for fiscal year 2005 showed that many unions have reported their affairs in detail--down to the $97,888 made by the enterprising Retiree Chapter Local 455 of the UAW in bingo income. Other numbers may raise eyebrows. Gerald B. Ellis, for example, made $116,703 in 2004 as a business manager at Local 627 of the International Union of Operating Engineers, a member of the AFL-CIO. Local 627 also buys $86,400 worth of legal services from the one-man law firm Gerald B. Ellis, Inc., nicely padding its business manager's income.

And how about the lavish destination meetings enjoyed by the AFL-CIO's executive council: As the private watchdog organization the Center for Union Facts reported recently after it followed the super-union's executive council to its retreat in California, the 46 members of the council stayed at the pricey Hotel del Coronado (check the Labor Department's website next year for dollar amounts) at a time when the Carpenters' Union was picketing that very hotel--hypocrisy one might expect of a politician (say, Nancy Pelosi, who won't allow workers at her Napa Valley hotel to unionize), but surely not of labor bosses, right?

Or consider Linda Chavez-Thompson, an AFL-CIO executive who also serves as vice chairman of the Democratic National Committee. In explaining potential conflicts of interest on union disclosure reports, she writes, "I eat very little at the various receptions, events and meetings I attend, certainly far less than $25 worth of food or drink at any particular event." She further explains that the DNC spent "no more than" $10,000 on her attendance at events such as the DNC Hispanic Caucus--while noting further that the AFL-CIO Committee on Political Education's voluntary fund donates $15,000 to the DNC.

The National Education Association, which refused an interview request "at this time," has its share of fun as well. The teachers' union disclosure report states that $59,646 was spent at a Charlotte, N.C., store called Morris Costumes. (This sum was divided between two categories: "overhead" and "union administration.") NEA leaders do more than party; they also campaign for politicians. They report $24 million spent on political activities in 2005.

Naturally, much of this political money goes to Democrats. The American Federation of

DOL 0089

State, County and Municipal Employees gives 99 percent of its $8,527,370 in political funds to Democrats. Surely the union has some Republican and Independent union members, which may be why the Service Employees International Union and several other major unions have broken away from the AFL-CIO to form the Change to Win coalition. Some speculate that this coalition might become more popular if members are privy to their unions' detailed records.

Now they can peruse the Labor Department's website and learn, for instance, that the AFL-CIO gave $55,000 to the peacenik group Pax Christi; $152,250 to the Coalition of Black Trade Unionists, which takes positions on policy issues ranging from Iraq to judicial nominations; $150,000 to the liberal Economic Policy Institute for "general support for economic research"; $113,400 to Pride at Work, an advocacy group "for LGBT workers and families"; and $360,466 for the printing of John Kerry fliers. The AFL-CIO is involved in education as well: It awarded $120,000 to Cornell's School of Industrial and Labor Relations and $6,703,927 to its own George Meaney Center for Labor Studies, a degree-awarding institution in suburban Washington.

Unofficially assisting in the Labor Department's effort is the Center for Union Facts's user-friendly, chart-filled website, which will tell you everything you ever wanted to know about union corruption. Visitors to the site can learn about the 322 racketeering indictments against organized labor in 2005; the 13,815 discrimination complaints filed since 2000; and the 65 percent of the "decertification" elections held in 2004 in which employees dissociated their workplace from a union.

Opponents of the new efforts at opening the hallowed halls of organized labor to scrutiny say it is unfair to go after labor union excesses when many corporations overpay their top executives and enjoy lavish expense accounts. Be that as it may, the new requirements are designed, as the senior Labor Department official said, "to empower union members themselves and to hold their officers accountable. . . . Increased transparency will make union members more informed consumers." It's the American way. As James Madison wrote, "If angels were to govern men, neither external nor internal controls on government would be necessary." The new external controls on unions are intended to protect them from men who are not angels.

5/23/2006

**Czarnecki, Karen - OSEC**

| | |
|---|---|
| **From:** | Kruska, Lisa - OPA |
| **Sent:** | Tuesday, March 14, 2006 1:13 PM |
| **To:** | Czarnecki, Karen - OSEC |
| **Subject:** | fyi |

fyi from the AFL-CIO's Blog  - 3/13

# Labor Department: Blog This

U.S. employers never liked the nation's Department of Labor. And they liked it a lot less when it reached cabinet-level status in 1913, which indicated to Big Business that workers for the first time had a voice in government.

And after all, that was the point. Employers had all the money and means to dictate at the workplace. Shouldn't workers have an advocate as well?

Not under the Bush administration—it's sometimes called a "second Commerce Department" for going out of its way to give employers whatever they want, such as robbing some 6 million workers of the right to overtime pay in 2004 as part of the biggest rollback of overtime pay rights since passage of the Fair Labor Standards Act (FLSA) in 1938.

In its latest action, the Labor Department's Public Affairs office is encouraging people to visit an anti-worker website that offers an amalgam of distortions, including union staff wages.

The website is the creature of Richard Berman, whose previous PR campaigns included slamming Mothers Against Drunk Driving in a vicious project on behalf of the alcohol industry and convincing pregnant women to eat more white albacore tuna despite warnings of high mercury content. Berman also is founder of the Employment Policies Institute Foundation, which opposes raising the minimum wage (What? $5.15 an hour isn't enough for you?).

According to today's *The Washington Post*, Lynn Gibson, an aide in the public liaison office, sent an e-mail in which she encouraged people to visit Berman's site:

> "The next [noteworthy item] is a new website, if you were not already aware of it," she says. "The website is dedicated to providing information on labor unions and their expenditures. UnionFacts.com launched on Monday, February 13th, and some news links are listed below.

"Here's a suggestion: Next time Gibson sends an e-mail, how about including a link to the AFL-CIO Now blog?

by Tula Connell

5/24/2006

**Gibson, Lynn - OSEC**

| | |
|---|---|
| **From:** | Scholer, Larry [Larry.Scholer@heritage.org] |
| **Sent:** | Thursday, March 02, 2006 10:42 AM |
| **To:** | [ Ex 6  Gibson, Lynn - OSEC; External Relations ] |
| **Subject:** | Norquist/Weyrich 3/1/06 |

# Norquist 3/1/06
Larry Scholer attended

### White House Update
Tim Goeglein of the White House began with an update on the President's trip to Asia. His trip began with a visit to Afghanistan and will include four days in India, as well as a brief stop in Pakistan.

On the ports deal, Goeglein directed us to recent comments made by John Negroponte. In his Senate testimony, Negroponte explained that the U.S. remains in charge of port security, that the UAE has always been a friend and ally, and that the deal will not result in changes in the security status of the port system.

"The CFIUS review process was thorough and rigorous," Goeglein said.

### Meathead's Initiative
Jeff Segal of the Reason Foundation discussed Rob Reiner's "Preschool for All" universal preschool program. The program would be funded by a tax increase on California's wealthy citizens, and it would "dramatically expand the power of California's teachers' union. A new paper from the Reason Foundation looks at the proposed California program and evaluates universal preschool programs that other states have attempted.
http://www.reason.org/pb42_universalpreschool.pdf

### Save the Grassroots
Kerri Houston of LobbySense, a group opposed to regulation of grassroots lobbying, distributed the coalition's "Statement of Principles." The statement expresses opposition to the grassroots lobbying provisions (Section 105) in the McCain lobbying reform bill, as well as similar provisions in similar legislation.

"The fight is not over," Houston said. "I think it's just starting."
http://lobbysense.com/

### News from AFF
David Kirby of the America's Future Foundation plugged the latest issue of *Doublethink* magazine. Also, on March 14, the AFF will host its first Leadership Speaker series dinner. Ken Mehlman will keynote.
http://americasfuture.org/

### Taliban at Yale
John Fund spoke about his most recent column in which he discussed the former Taliban spokesman who now attends Yale. Fund met the student, Sayed Rahmatullah Hashemi, in the spring of 2001, when he toured the U.S. to justify the Taliban's decision to destroy 1000-year-old statues of Buddha. "At the end of it, I concluded that I had looked into the face of evil," Fund said.
http://www.opinionjournal.com/diary/?id=110008020

### CBO Worries
Dan Clifton of the American Shareholders Association informed us that the CBO has sent a letter to Sen. Grassley explaining that the capital gains tax cuts had no positive effects on revenues.

5/26/2006

http://www.americanshareholders.com/

**Colorado Candidate**
Jeff Crank is running to replace retiring Rep. Joel Hefley in Colorado's 5th District. Crank, a former Hefley staffer, faces three other Republicans in a primary. He expects the Democrats to put up a veteran in this heavily Republican candidate.
http://www.jeffcrank.com/

**Washington Candidate**
Doug Roulstone is running for Congress in Washington's 2nd District. Roulstone, once the commander of the USS John C. Stennis, likes his chances in this veteran-heavy district. He also anticipates good Republican turnout from voters upset about the Dino Rossi debacle.
http://www.roulstone4congress.com/

**Ney's Challenger**
James Harris is challenging Bob Ney (OH-18) in the May 2 Republican primary. Harris comes from a long line of Ohioans and is challenging Ney on principles. "I am not waiting on an indictment," he said.
http://harrisforohio.com/pages/1/index.htm

**Update from the Sunshine State**
Florida state senator Mike Haridopolos briefly discussed Florida politics. He expects the governorship to remain in Republican hands, although he is not sure whether the future governor will be Charlie Cristo or Mike Gallagher. He expects the state senate to remain strongly conservative. On the national scene, he admits that Katherine Harris faces an "uphill battle" in her effort to oust incumbent Bill Nelson.

**Good News for Welfare Reform**
Wade Horn, Assistant Secretary for Children and Families at HHS, discussed an oft-neglected aspect of the Deficit Reduction Act—the reauthorization of TANF. TANF requires those on welfare to dedicate at least 30 hours a week toward achieving self-sufficiency. Currently, however, 60 percent of those on welfare are not working towards self-sufficiency, mostly due to states having earlier met their caseload reduction requirements. Also, many states have dubious criteria for achieving self-sufficiency. In some states, receiving substance abuse treatment amounts to community service; in other states, bed rest is considered job preparation.

Many states want to undo what was done in the Deficit Reduction Act and would like to reopen the TANF bill. "The states are scared to death of this," Horn said.

**Supreme Court News**
Walter Webber of the American Center for Law and Justice spoke about the Supreme Court's unanimous ruling in *NOW v. Scheidler*. The Court ruled against NOW's assertion that it could use the Hobbs Act, which deals extortion and racketeering, to target pro-life demonstrators who blocked access to abortion clinics. NOW, he explained, had charged that one could violate the Hobbs Act without committing extortion or robbery.

**Vote for Cuellar**
Karen Cross of the National Right to Life discussed the upcoming Democratic primary in Texas-28 where Henry Cuellar will face Ciro Rodriguez. During his time in office, Rodriguez casts votes supporting abortion 36 times, Cross said. The primary is March 7.
http://www.henrycuellar.com/

**Vote for Cuellar II**
Andy Roth of the Club for Growth explained that the Club has endorsed Cuellar.
http://clubforgrowth.org/

**Competitive Sourcing Comes to San Diego, Maybe**

5/26/2006

DOL 0093

Jesse Benton of the Performance Institute discussed a competitive sourcing ballot initiative in San Diego. The mayor wants to use competitive sourcing to ease the city's budget crisis.
http://www.performanceweb.org/

**Union Fun Facts**
John Doyle of the Center for Union Facts pointed out the full page ad in the Washington Post. "We take facts...and present them to the public in kind of a bumper sticker mentality," he said.
http://unionfacts.com/

**Property Rights Alliance Update**
Scott LaGanga of the Property Rights Alliance announced that the PRA is offering a fellowship to graduate students. The paid fellowship bears the name of Hernando de Soto. The PRA has also released a new paper on "Physical Property Rights: The Cornerstone of Free Market Success."
http://www.propertyrightsalliance.org/

**NGO How-to**
Austin Ruse of the Catholic Family and Human Rights Institute (C-Fam) volunteered his assistance in aiding organizations curious about gaining NGO status at the UN. "It is extremely difficult...to get UN status," he forewarned. However, he admitted that "it's quite easy to win at the UN" once one gains access.

**Reporter Turns Teacher**
Reporter-turned-teacher Christina Asquith spoke about her book, *The Emergency Teacher*. Asquith investigated Philadelphia's failing schools by becoming a teacher. Her year in the classroom transformed the former liberal into an advocate for conservative education reform.
http://www.theemergencyteacher.com/

5/26/2006

DOL 0094

**Gibson, Lynn - OSEC**

**From:** James, David - OPA
**Sent:** Tuesday, March 21, 2006 10:14 AM
**To:** Elaine Chao; Law, Steven - OSEC; Conway, Paul; Lipnic, Victoria - ESA; Wilson, Mark - ESA; Kruska, Lisa - OPA; Pizzella, Patrick; Iverson, Kristine - OCIA; Gibson, Lynn - OSEC; Keelan, Elizabeth; Todd, Don - ESA; Schaefer, Jim - OPA; Krishnamoorti, Mala; Flynn, John - OSEC
**Subject:** FROM THE UPCOMING MARCH 27th EDITION - Union Dues and Don'ts (Available to on-line subscribers today.)



**Union Dues and Don'ts**
*Financial disclosure is a wonderful thing.*
by Joseph Lindsley
Volume 011, Issue 26

March 27, 2006 Monday

FOR THE FIRST TIME EVER, the Department of Labor is seriously enforcing its financial reporting requirements of unions and disclosing the results online. As a result, union members--and the public at large--now have the means to examine union finances in extraordinary detail and to learn about the outside activities and potential conflicts of interest of union officials. The purpose of this newfound transparency is to promote fiscal integrity and union democracy.

Previously, the department's record of enforcing its reporting requirements was dismal. As recently as 2002, 43 percent of unions were either tardy in submitting their LM-2 forms or never turned them in at all, even though some sort of reporting had been required since 1959. By contrast, the IRS nonfiling rate was a mere 1.5 percent, and after the Federal Elections Commission introduced civil financial penalties for noncompliance (also in 2002), compliance improved from 82 percent to 85 percent.

Labor long suffered from what a senior department official called a "classic big government problem": Union financial disclosure involved a good deal of paperwork, most of it providing information so vague it was useless--which left little incentive to go after nonfilers. In an effort to encourage greater union transparency, Congress during the Clinton administration mandated that the completed LM-2 forms be available online. It was left to George W. Bush's secretary of Labor, Elaine Chao, however, to actually enforce this--and to require more detail into the bargain. The new, more elaborate reports are now available and searchable online as soon as a union files electronically.

Some might ask why government should require this level of transparency of labor unions, the champions of America's working men and women. In response, Chao's department sees itself as the labor equivalent of the Securities and Exchange Commission. Although a number of unions have, after some hesitation about privacy concerns, welcomed the increased scrutiny, the "absolutists," as a Labor Department official terms them, have cried foul. When Labor announced the new requirements in 2003, the AFL-CIO, in a 218-page document, projected that compliance could cost its affiliated national and local unions an average of $1,239,482 for international and national unions and $217,509 for local unions. In reality, according to its own LM-2, the AFL-CIO's national headquarters spent just $54,150 in 2005 on software needed to compile the necessary data--though it spent another $121,367 litigating against having to do so.

DOL 0095

A few days spent perusing the spreadsheets of the 20 percent of unions that have already submitted their LM-2s for fiscal year 2005 showed that many unions have reported their affairs in detail--down to the $97,888 made by the enterprising Retiree Chapter Local 455 of the UAW in bingo income. Other numbers may raise eyebrows. Gerald B. Ellis, for example, made $116,703 in 2004 as a business manager at Loca 627 of the International Union of Operating Engineers, a member of the AFL-CIO. Local 627 also buys $86,400 worth of legal services from the one-man law firm Gerald B. Ellis, Inc., nicely padding its business manager's income.

And how about the lavish destination meetings enjoyed by the AFL-CIO's executive council: As the private watchdog organization the Center for Union Facts reported recently after it followed the super-union's executive council to its retreat in California, the 46 members of the council stayed at the pricey Hotel del Coronado (check the Labor Department's website next year for dollar amounts) at a time when the Carpenters' Union was picketing that very hotel--hypocrisy one might expect of a politician (say, Nancy Pelosi, who won't allow workers at her Napa Valley hotel to unionize), but surely not of labor bosses, right?

Or consider Linda Chavez-Thompson, an AFL-CIO executive who also serves as vice chairman of the Democratic National Committee. In explaining potential conflicts of interest on union disclosure reports, she writes, "I eat very little at the various receptions, events and meetings I attend, certainly far less than $25 worth of food or drink at any particular event." She further explains that the DNC spent "no more than" $10,000 on her attendance at events such as the DNC Hispanic Caucus--while noting further that the AFL-CIO Committee on Political Education's voluntary fund donates $15,000 to the DNC.

The National Education Association, which refused an interview request "at this time," has its share of fun as well. The teachers' union disclosure report states that $59,646 was spent at a Charlotte, N.C., store called Morris Costumes. (This sum was divided between two categories: "overhead" and "union administration.") NEA leaders do more than party; they also campaign for politicians. They report $24 million spent on political activities in 2005.

Naturally, much of this political money goes to Democrats. The American Federation of State, County and Municipal Employees gives 99 percent of its $8,527,370 in political funds to Democrats. Surely the union has some Republican and Independent union members, which may be why the Service Employees International Union and several other major unions have broken away from the AFL-CIO to form the Change to Win coalition. Some speculate that this coalition might become more popular if members are privy to their unions' detailed records.

Now they can peruse the Labor Department's website and learn, for instance, that the AFL-CIO gave $55,000 to the peacenik group Pax Christi; $152,250 to the Coalition of Black Trade Unionists, which takes positions on policy issues ranging from Iraq to judicial nominations; $150,000 to the liberal Economic Policy Institute for "general support for economic research"; $113,400 to Pride at Work, an advocacy group "for LGBT workers and families"; and $360,466 for the printing of John Kerry fliers. The AFL-CIO is involved in education as well: it awarded $120,000 to Cornell's School of Industrial and Labor Relations and $6,703,927 to its own George Meaney Center for Labor Studies, a degree-awarding institution in suburban Washington.

Unofficially assisting in the Labor Department's effort is the Center for Union Facts's user-friendly, chart-filled website, which will tell you everything you ever wanted to know about union corruption. Visitors to the site can learn about the 322 racketeering indictments against organized labor in 2005; the 13,815 discrimination complaints filed since 2000; and the 65 percent of the "decertification" elections held in 2004 in which employees dissociated their workplace from a union.

Opponents of the new efforts at opening the hallowed halls of organized labor to scrutiny say it is unfair to go after labor union excesses when many corporations overpay their top executives and enjoy lavish

5/26/2006

expense accounts. Be that as it may, the new requirements are designed, as the senior Labor Department official said, "to empower union members themselves and to hold their officers accountable. . . . Increased transparency will make union members more informed consumers." It's the American way. As James Madison wrote, "If angels were to govern men, neither external nor internal controls on government would be necessary." The new external controls on unions are intended to protect them from men who are not angels.

5/26/2006

DOL 0097

## Filiciello, Christopher - OSEC

| | |
|---|---|
| **From:** | Ron Nehring [nehring@atr-dc.org] |
| **Sent:** | Tuesday, May 09, 2006 7:13 PM |
| **To:** | Filiciello, Christopher - OSEC |
| **Subject:** | LRN: Paycheck Protection, Corruption, Corporate Campaign |



# Labor Reform News

*Ron Nehring, Editor*

Published by the Alliance for Worker Freedom

A project of Americans for Tax Reform

## In this edition

- Legal Battle for Paycheck Protection in Idaho Continues
- Are teachers unions putting members' savings at risk?
- Government Report Shows Union Corruption Problem Persists
- Government Security Firm Targeted by Service Employees Union
- New TV Ad Campaign Uses Humor to Take on Union Officials

## Labor Reform Resources

- Americans for Tax Reform

- Alliance for Worker Freedom

- American Legislative Exchange Council

- State Policy Network

- Bureau of Labor Statistics

- Department of Labor Public Disclosure Room (NEW!)

## Legal Battle for Paycheck Protection in Idaho Continues



Idaho Attorney General Lawrence Wasden has appealed a 2005 U.S. District Court decision that struck down Idaho's Voluntary Contributions Act. The law banned political payroll deductions for unions and required unions to use only voluntary contributions for political activity.

A wide group of unions, including teachers, firefighters, and the AFL-CIO filed in 2003 to have the law thrown out. Unions know that when given a choice, union members generally refuse to support political activities, regardless of their party affiliation. A similar law in Utah resulted in a 90% drop in voluntary contributions. Therefore, unions use the automatic deduction mechanism to "strap members to the mast."

Unfortunately, the attorney general refused to fully defend the constitutionality of the VCA at trial, arguing only for the state's right to ban political payroll deductions. This led to the district judge's ruling that major portions of the law are unconstitutional.

The question currently before the Ninth Circuit Court of Appeals is whether state and municipal governments have an obligation to provide payroll deductions to unions. The National Right to Work Legal Defense Foundation has filed an amicus brief in support of the law.

## Are teachers unions putting members' savings at risk?

DOL 0098

- <u>Union Corruption Update</u>

- <u>National Right to Work</u>

- <u>Evergreen Freedom Foundation</u>

- <u>UnionFacts.org</u>

**Join our mailing list!**

Union officials are steering their members' savings into plans with high fees and poor returns, according to an investigation conducted by the Los Angeles Times and published last week.

"In what might seem an unlikely partnership, the unions endorse investment providers, even specific products, and the companies reciprocate with financial support. They sponsor union conferences, advertise in union publications or make direct payments to union treasuries," reported the Times.

The Dutch insurance firm ING pays $3 million each year to a New York State teachers union in exchange for the union's encouraging its members to buy a specific ING annuity. Meanwhile, the National Education Association took in $50 million last year from a variety of financial institutions for similar arrangements.

In an example of the high fees members who buy into union-endorsed plans are paying, the Security Benefit Life Insurance Company annuity endorsed by the NEA charges annual fees of 1.73%, ten times higher than fees charged by low-cost mutual fund providers. A firm endorsed by the United Teachers of Los Angeles charges union members enrolled in its programs between 2.5% and 4.6% of their savings annually, well above industry standards.

Labor Reform News asked an independent financial consultant in California to review the fees and rate of returned documented in the Times story and provide an analysis.

"Teachers are getting completely taken advantage of by their union shoving them into these high cost, low yield, and often inflexible plans," said the consultant. "These plans don't serve the interest of the teachers. There is no good reason anyone should pay fees this high."

**LA Times Story**

### Government Report Shows Union Corruption Problem Persists

 The 2005 annual report is out for the Department of Labor's Office of Labor Management Standards, proving again that transparency in organized labor continues to be lacking while corruption remains far too common.

Summary statistics of particular interest:

A total of 325 criminal cases were processed, resulting in 114 indictments, 97 convictions and $23,244,979 in court-

5/26/2006

DOL 0099

ordered restitution.

Many unions continue to resist properly reporting their finances: 2,048 delinquent reports cases were processed, along with 706 deficient reports cases.

### Read the report from the Department of Labor

### Government Security Firm Targeted by Service Employees Union

 "Wackenhut Services Incorporated (WSI) will continue to resist unfair tactics employed by the Service Employees International Union (SEIU)," said Brigadier General David W. Foley (ret.), WSI's President. In an internal memo to WSI managers, Foley outlined a recent attack by SEIU operatives at the Department of Homeland Security (DHS) in Washington, DC, noting the action is part of a massive corporate campaign by SEIU designed to force WSI to bow to their demands by systematically destroying the company's reputation.

In the memo to managers, Foley said, "SEIU statements regarding the Wackenhut contract at DHS headquarters are inaccurate and intentionally misleading. SEIU operatives recruited disgruntled former employees who made false statements about our company and actions of our professional security officers. For instance, SEIU's statements charged that a WSI employee mishandled an envelope with white powder that arrived at DHS headquarters. The fact is that approved procedure was followed by WSI employees. DHS personnel were alerted, and the envelope – which had been previously thoroughly screened – was turned over to a DHS security employee. At no time did a WSI officer handle the package."

The memo clarified other inaccurate statements, including "that WSI completed 100% of the requirements of the contract that originated with the United States Navy to protect the Nebraska Avenue Complex, which DHS took over in April, 2005. DHS extended the contract, sole source, to WSI while developing an RFP for a competitive bid process. This is a normal procedure, and no performance-driven concerns drove the process."

Foley further stated, "SEIU's attempts to distract from their true motives are not surprising. In the current climate of declining union membership SEIU has demonstrated that they will resort to any and all tactics to gain new members that will contribute additional dues money to the union treasury. This includes running corporate campaigns in an attempt to ruin a company's reputation with distortions of the truth. WSI will not turn its back on our legitimate unions in order to yield to SEIU's demands that we sign

5/26/2006

DOL 0100

what we consider to be an illegal agreement. The only purpose this would serve is to help SEIU increase their membership at the expense of our workforce."

"SEIU is attempting to coerce us into signing an exclusive representation agreement, even though our guards are already represented by 15 labor unions," said Foley. WSI contends that signing an agreement with SEIU would circumvent the National Labor Relations Act process for unionization among security employees. "Our security officers are already organized, and they are the best paid, best trained security forces in the business. There is no reason to target our company, other than SEIU's blatant desire to destroy legitimate security unions and expand its membership. The SEIU should use their resources to take care of the needs of their members, rather than wasting millions of hard-earned dues money to ruin the reputation of companies like ours by misrepresenting the truth," Foley said.

The memo to managers states that WSI has been under attack by SEIU and its hired operatives for over two years. Activities carried out by the union's paid operatives resulted in an unfair labor practice charge from WSI and an order from the National Labor Relations Board in July, 2005 directing the union to, "inform its membership to halt disruptive activities, to not engage in unlawful demonstrations and to not threaten, coerce or restrain clients of Wackenhut." The directive included instructing SEIU not to hire third parties to disrupt, threaten or coerce Wackenhut or its clients.

WSI is the United States government's largest contractor for professional security services, with 8,000 employees protecting key sites in the U.S. and abroad.

### New TV Ad Campaign Uses Humor to Take on Union Officials

 A new television ad produced by the Center for Union Facts is using humor to effectively call attention to union corruption, discrimination, use of dues for political purposes and excessive pay and benefits for union officials.

Below is a transcript of the ad and link to view it online.

*Narrator: What do you love about your union?*

*Worker #1: You know what I love? Paying union dues just to keep my job.*

5/26/2006

DOL 0101

*Worker #2: I think it's great that my union dues are going to politicians I don't even like.*

*Worker #3: I really like how unions discriminate against minorities.*

*Worker #4: Nothing makes me feel better than knowing I'm supporting their fatcat lifestyles.*

*Narrator: Corruption! Discrimination! Politics! Forces dues Find out the facts at unionfacts.com*

**View the ad**

email: nehring@atr-dc.org
web: http://www.workerfreedom.org

**Forward email**

☒ SafeUnsubscribe™
This email was sent to filiciello.christopher@dol.gov, by nehring@atr-dc.org
Update Profile/Email Address | Instant removal with SafeUnsubscribe™ | Privacy Policy.

Powered by

Constant Contact®
TRY IT FREE

Americans for Tax Reform/Alliance for Worker Freedom | 1920 L St NW | Washington | DC | 20036

5/26/2006

DOL 0102

## Filiciello, Christopher - OSEC

**From:** Ryan Ellis [rellis@atr.org]
**Sent:** Thursday, December 08, 2005 5:52 PM
**To:** Ryan Ellis
**Subject:** Reminder: First Friday Labor Reform Working Group TOMORROW at 2PM in 2456 Rayburn



### First Friday Labor Reform Working Group Meeting
Friday, December 9, 2005 at 2:00PM
2456 Rayburn House Office Building

1.    **Call to Order and Introductions**

2.    **Update from the Department of Labor: LM-30, OLMS investigations, etc.**
      *Matt Clark, et al: U.S. Department of Labor*

3.    **Update from the House of Representatives**
      *Greg Louer, Cong. Charlie Norwood (R-GA) on Migrant and Seasonal Agricultural Worker Protection Act*
      *House staffers in attendance*

4.    **Update from the Senate**
      *Noe Garcia, Office of Majority Leader Bill Frist (R-TN)*
      *Senate staffers in attendance*

5.    **Immigration and Labor Reform**
      *Kelly Hunt, U.S. Chamber of Commerce*

6.    **2006 Hill Labor Agenda**
      *Breana Teubner, Cong. Jeff Flake (R-AZ)*

7.    **Project Labor Agreements in Minnesota**
      *Ben Brubeck, Associated Builders and Contractors*

8.    **Card Check Update**
      *Danielle Ringwood, Associated Builders and Contractors*

5/26/2006

DOL 0103

9.      **Job Opening for Labor Activists**
        *Rick Berman, Berman & Company*

10.     **Renee Courtland**: Job Hunt

11.     **Conclusion of Meeting**

**Ryan Ellis**
*Federal Affairs Manager*
---------------------------------
Americans for Tax Reform
1920 L St., NW
Ste. 200
Washington, DC 20036
202-785-0266
rellis@atr.org

5/26/2006

DOL 0104

**Law, Steven - OSEC**

| | |
|---|---|
| **From:** | Law, Steven - OSEC |
| **Sent:** | Wednesday, March 22, 2006 10:47 AM |
| **To:** | Kruska, Lisa - OPA |
| **Subject:** | Re: FROM THE UPCOMING MARCH 27th EDITION  -  Union Dues and Don'ts (Available to on-line subscribers today.) |

[          Ex. 5                    ]

_____

Sent from my BlackBerry Wireless Device

——Original Message——
From: Kruska, Lisa - OPA
To: Law, Steven - OSEC
Sent: Tue Mar 21 19:28:11 2006
Subject: Fw: FROM THE UPCOMING MARCH 27th EDITION  -  Union Dues and Don'ts (Available to on-line subscribers today.)

[          Ex 5                    ]

——-Original Message——
From: James, David - OPA
To: Elaine Chao; Law, Steven - OSEC; Conway, Paul; Lipnic, Victoria - ESA; Wilson, Mark - ESA; Kruska, Lisa - OPA; Pizzella, Patrick; Iverson, Kristine - OCIA; Gibson, Lynn - OSEC; Keelan, Elizabeth; Todd, Don - ESA; Schaefer, Jim - OPA; Krishnamoorti, Mala; Flynn, John - OSEC
Sent: Tue Mar 21 10:13:50 2006
Subject: FROM THE UPCOMING MARCH 27th EDITION  -  Union Dues and Don'ts (Available to on-line subscribers today.)

Union Dues and Don'ts
Financial disclosure is a wonderful thing.
by Joseph Lindsley
Volume 011, Issue 26

March 27, 2006 Monday

1

FOR THE FIRST TIME EVER, the Department of Labor is seriously enforcing its financial reporting requirements of unions and disclosing the results online. As a result, union members--and the public at large--now have the means to examine union finances in extraordinary detail and to learn about the outside activities and potential conflicts of interest of union officials. The purpose of this newfound transparency is to promote fiscal integrity and union democracy.

Previously, the department's record of enforcing its reporting requirements was dismal. As recently as 2002, 43 percent of unions were either tardy in submitting their LM-2 forms or never turned them in at all, even though some sort of reporting had been required since 1959. By contrast, the IRS nonfiling rate was a mere 1.5 percent, and after the Federal Elections Commission introduced civil financial penalties for noncompliance (also in 2002), compliance improved from 82 percent to 85 percent.

Labor long suffered from what a senior department official called a "classic big government problem": Union financial disclosure involved a good deal of paperwork, most of it providing information so vague it was useless--which left little incentive to go after nonfilers. In an effort to encourage greater union transparency, Congress during the Clinton administration mandated that the completed LM-2 forms be available online. It was left to George W. Bush's secretary of Labor, Elaine Chao, however, to actually enforce this--and to require more detail into the bargain. The new, more elaborate reports are now available and searchable online as soon as a union files electronically.

Some might ask why government should require this level of transparency of labor unions, the champions of America's working men and women. In response, Chao's department sees itself as the labor equivalent of the Securities and Exchange Commission. Although a number of unions have, after some hesitation about privacy concerns, welcomed the increased scrutiny, the "absolutists," as a Labor Department official terms them, have cried foul. When Labor announced the new requirements in 2003, the AFL-CIO, in a 218-page document, projected that compliance could cost its affiliated national and local unions an average of $1,239,482 for international and national unions and $217,509 for local unions. In reality, according to its own LM-2, the AFL-CIO's national headquarters spent just $54,150 in 2005 on software needed to compile the necessary data--though it spent another $121,367 litigating against having to do so.

A few days spent perusing the spreadsheets of the 20 percent of unions that have already submitted their LM-2s for fiscal year 2005 showed that many unions have reported their affairs in detail--down to the $97,888 made by the enterprising Retiree Chapter Local 455 of the UAW in bingo income. Other numbers may raise eyebrows. Gerald B. Ellis, for example, made $116,703 in 2004 as a business manager at Local 627 of the International Union of Operating Engineers, a member of the AFL-CIO. Local 627 also buys $86,400 worth of legal services from the one-man law firm Gerald B. Ellis, Inc., nicely padding its business manager's income.

And how about the lavish destination meetings enjoyed by the AFL-CIO's executive council: As the private watchdog organization the Center for Union Facts reported recently after it followed the super-union's executive council to its retreat in California, the 46 members of the council stayed at the pricey Hotel del Coronado (check the Labor Department's website next year for dollar amounts) at a time when the Carpenters' Union was picketing that very hotel--hypocrisy one might expect of a politician (say, Nancy Pelosi, who won't allow workers at her Napa Valley hotel to unionize), but surely not of labor bosses, right?

2

DOL 0106

Or consider Linda Chavez-Thompson, an AFL-CIO executive who also serves as vice chairman of the Democratic National Committee. In explaining potential conflicts of interest on union disclosure reports, she writes, "I eat very little at the various receptions, events and meetings I attend, certainly far less than $25 worth of food or drink at any particular event." She further explains that the DNC spent "no more than" $10,000 on her attendance at events such as the DNC Hispanic Caucus—while noting further that the AFL-CIO Committee on Political Education's voluntary fund donates $15,000 to the DNC.

The National Education Association, which refused an interview request "at this time," has its share of fun as well. The teachers' union disclosure report states that $59,646 was spent at a Charlotte, N.C., store called Morris Costumes. (This sum was divided between two categories: "overhead" and "union administration.") NEA leaders do more than party; they also campaign for politicians. They report $24 million spent on political activities in 2005.

Naturally, much of this political money goes to Democrats. The American Federation of State, County and Municipal Employees gives 99 percent of its $8,527,370 in political funds to Democrats. Surely the union has some Republican and Independent union members, which may be why the Service Employees International Union and several other major unions have broken away from the AFL-CIO to form the Change to Win coalition. Some speculate that this coalition might become more popular if members are privy to their unions' detailed records.

Now they can peruse the Labor Department's website and learn, for instance, that the AFL-CIO gave $55,000 to the peacenik group Pax Christi; $152,250 to the Coalition of Black Trade Unionists, which takes positions on policy issues ranging from Iraq to judicial nominations; $150,000 to the liberal Economic Policy Institute for "general support for economic research"; $113,400 to Pride at Work, an advocacy group "for LGBT workers and families"; and $360,466 for the printing of John Kerry fliers. The AFL-CIO is involved in education as well: It awarded $120,000 to Cornell's School of Industrial and Labor Relations and $6,703,927 to its own George Meaney Center for Labor Studies, a degree-awarding institution in suburban Washington.

Unofficially assisting in the Labor Department's effort is the Center for Union Facts's user-friendly, chart-filled website, which will tell you everything you ever wanted to know about union corruption. Visitors to the site can learn about the 322 racketeering indictments against organized labor in 2005; the 13,815 discrimination complaints filed since 2000; and the 65 percent of the "decertification" elections held in 2004 in which employees dissociated their workplace from a union.

Opponents of the new efforts at opening the hallowed halls of organized labor to scrutiny say it is unfair to go after labor union excesses when many corporations overpay their top executives and enjoy lavish expense accounts. Be that as it may, the new requirements are designed, as the senior Labor Department official said, "to empower union members themselves and to hold their officers accountable. . . . Increased transparency will make union members more informed consumers." It's the American way. As James Madison wrote, "If angels were to govern men, neither external nor internal controls on government would be necessary." The new external controls on unions are intended to protect them from men who are not angels.

DOL 0107

**Law, Steven - OSEC**

| | |
|---|---|
| **From:** | Law, Steven - OSEC |
| **Sent:** | Wednesday, March 22, 2006 7:54 AM |
| **To:** | Kruska, Lisa - OPA |
| **Subject:** | Re: FROM THE UPCOMING MARCH 27th EDITION - Union Dues and Don'ts (Available to on-line subscribers today.) |

[    E x s    ]

---

Sent from my BlackBerry Wireless Device

——Original Message——
From: Kruska, Lisa - OPA
To: Law, Steven - OSEC
Sent: Tue Mar 21 19:28:11 2006
Subject: Fw: FROM THE UPCOMING MARCH 27th EDITION - Union Dues and Don'ts (Available to on-line subscribers today.)

[          E x s          ]

——Original Message——
From: James, David - OPA
To: Elaine Chao; Law, Steven - OSEC; Conway, Paul; Lipnic, Victoria - ESA; Wilson, Mark - ESA; Kruska, Lisa - OPA; Pizzella, Patrick; Iverson, Kristine - OCIA; Gibson, Lynn - OSEC; Keelan, Elizabeth; Todd, Don - ESA; Schaefer, Jim - OPA; Krishnamoorti, Mala; Flynn, John - OSEC
Sent: Tue Mar 21 10:13:50 2006
Subject: FROM THE UPCOMING MARCH 27th EDITION - Union Dues and Don'ts (Available to on-line subscribers today.)

Union Dues and Don'ts
Financial disclosure is a wonderful thing.
by Joseph Lindsley
Volume 011, Issue 26

March 27, 2006 Monday

1

FOR THE FIRST TIME EVER, the Department of Labor is seriously enforcing its financial reporting requirements of unions and disclosing the results online. As a result, union members—and the public at large—now have the means to examine union finances in extraordinary detail and to learn about the outside activities and potential conflicts of interest of union officials. The purpose of this newfound transparency is to promote fiscal integrity and union democracy.

Previously, the department's record of enforcing its reporting requirements was dismal. As recently as 2002, 43 percent of unions were either tardy in submitting their LM-2 forms or never turned them in at all, even though some sort of reporting had been required since 1959. By contrast, the IRS nonfiling rate was a mere 1.5 percent, and after the Federal Elections Commission introduced civil financial penalties for noncompliance (also in 2002), compliance improved from 82 percent to 85 percent.

Labor long suffered from what a senior department official called a "classic big government problem": Union financial disclosure involved a good deal of paperwork, most of it providing information so vague it was useless—which left little incentive to go after nonfilers. In an effort to encourage greater union transparency, Congress during the Clinton administration mandated that the completed LM-2 forms be available online. It was left to George W. Bush's secretary of Labor, Elaine Chao, however, to actually enforce this—and to require more detail into the bargain. The new, more elaborate reports are now available and searchable online as soon as a union files electronically.

Some might ask why government should require this level of transparency of labor unions, the champions of America's working men and women. In response, Chao's department sees itself as the labor equivalent of the Securities and Exchange Commission. Although a number of unions have, after some hesitation about privacy concerns, welcomed the increased scrutiny, the "absolutists," as a Labor Department official terms them, have cried foul. When Labor announced the new requirements in 2003, the AFL-CIO, in a 218-page document, projected that compliance could cost its affiliated national and local unions an average of $1,239,482 for international and national unions and $217,509 for local unions. In reality, according to its own LM-2, the AFL-CIO's national headquarters spent just $54,150 in 2005 on software needed to compile the necessary data—though it spent another $121,367 litigating against having to do so.

A few days spent perusing the spreadsheets of the 20 percent of unions that have already submitted their LM-2s for fiscal year 2005 showed that many unions have reported their affairs in detail—down to the $97,888 made by the enterprising Retiree Chapter Local 455 of the UAW in bingo income. Other numbers may raise eyebrows. Gerald B. Ellis, for example, made $116,703 in 2004 as a business manager at Local 627 of the International Union of Operating Engineers, a member of the AFL-CIO. Local 627 also buys $86,400 worth of legal services from the one-man law firm Gerald B. Ellis, Inc., nicely padding its business manager's income.

And how about the lavish destination meetings enjoyed by the AFL-CIO's executive council: As the private watchdog organization the Center for Union Facts reported recently after it followed the super-union's executive council to its retreat in California, the 46 members of the council stayed at the pricey Hotel del Coronado (check the Labor Department's website next year for dollar amounts) at a time when the Carpenters' Union was picketing that very hotel—hypocrisy one might expect of a politician (say, Nancy Pelosi, who won't allow workers at her Napa Valley hotel to unionize), but surely not of labor bosses, right?

DOL 0109

Or consider Linda Chavez-Thompson, an AFL-CIO executive who also serves as vice chairman of the Democratic National Committee. In explaining potential conflicts of interest on union disclosure reports, she writes, "I eat very little at the various receptions, events and meetings I attend, certainly far less than $25 worth of food or drink at any particular event." She further explains that the DNC spent "no more than" $10,000 on her attendance at events such as the DNC Hispanic Caucus—while noting further that the AFL-CIO Committee on Political Education's voluntary fund donates $15,000 to the DNC.

The National Education Association, which refused an interview request "at this time," has its share of fun as well. The teachers' union disclosure report states that $59,646 was spent at a Charlotte, N.C., store called Morris Costumes. (This sum was divided between two categories: "overhead" and "union administration.") NEA leaders do more than party; they also campaign for politicians. They report $24 million spent on political activities in 2005.

Naturally, much of this political money goes to Democrats. The American Federation of State, County and Municipal Employees gives 99 percent of its $8,527,370 in political funds to Democrats. Surely the union has some Republican and Independent union members, which may be why the Service Employees International Union and several other major unions have broken away from the AFL-CIO to form the Change to Win coalition. Some speculate that this coalition might become more popular if members are privy to their unions' detailed records.

Now they can peruse the Labor Department's website and learn, for instance, that the AFL-CIO gave $55,000 to the peacenik group Pax Christi; $152,250 to the Coalition of Black Trade Unionists, which takes positions on policy issues ranging from Iraq to judicial nominations; $150,000 to the liberal Economic Policy Institute for "general support for economic research"; $113,400 to Pride at Work, an advocacy group "for LGBT workers and families"; and $360,466 for the printing of John Kerry fliers. The AFL-CIO is involved in education as well: It awarded $120,000 to Cornell's School of Industrial and Labor Relations and $6,703,927 to its own George Meaney Center for Labor Studies, a degree-awarding institution in suburban Washington.

Unofficially assisting in the Labor Department's effort is the Center for Union Facts's user-friendly, chart-filled website, which will tell you everything you ever wanted to know about union corruption. Visitors to the site can learn about the 322 racketeering indictments against organized labor in 2005; the 13,815 discrimination complaints filed since 2000; and the 65 percent of the "decertification" elections held in 2004 in which employees dissociated their workplace from a union.

Opponents of the new efforts at opening the hallowed halls of organized labor to scrutiny say it is unfair to go after labor union excesses when many corporations overpay their top executives and enjoy lavish expense accounts. Be that as it may, the new requirements are designed, as the senior Labor Department official said, "to empower union members themselves and to hold their officers accountable. . . . Increased transparency will make union members more informed consumers." It's the American way. As James Madison wrote, "If angels were to govern men, neither external nor internal controls on government would be necessary." The new external controls on unions are intended to protect them from men who are not angels.

3

DOL 0110

**Law, Steven - OSEC**

| | |
|---|---|
| From: | Law, Steven - OSEC |
| Sent: | Tuesday, February 14, 2006 8:49 AM |
| To: | Kruska, Lisa - OPA |
| Subject: | Fw: NYT: Group Starts Anti-Union Campaign |

[          E x 5          ]


———————————
Sent from my BlackBerry Wireless Device


-----Original Message——
From: Borchers, Paul
To: zzDOL-NEWS-GROUP
Sent: Tue Feb 14 00:49:32 2006
Subject: NYT: Group Starts Anti-Union Campaign

February 14, 2006


Group Starts Anti-Union Campaign


By STEVEN GREENHOUSE <http://query.nytimes.com/search/query?ppds=bylL&v1=STEVEN%
20GREENHOUSE&fdq=19960101&td=sysdate&sort=newest&ac=STEVEN%
20GREENHOUSE&inline=nyt-per>

A new business-backed group is mounting a highly visible attack against organized labor, just as unions are trying to pick themselves up after suffering a schism and years of decline.

The group, the Center for Union Facts, ran full-page advertisements in national newspapers yesterday and started a Web site, UnionFacts.com, asserting that many unions are corrupt and have hurt airlines, steel makers and automakers.

"Obviously I'm putting out information that's not very flattering," said Richard Berman, a longtime lobbyist for the restaurant and beverage industry who is executive director of the Center for Union Facts. "The average person today, including the average union member, doesn't have any idea how unions operate and what the realities are. Everybody knows what unions are good at, but not what they're bad at."

The Center for Union Facts shot onto the public stage yesterday by running full-page ads in The New York Times <http://www.nytimes.com/redirect/marketwatch/redirect.ctx?
MW=http://custom.marketwatch.com/custom/nyt-com/html-companyprofile.asp&symb=NYT> , The Washington Post <http://www.nytimes.com/redirect/marketwatch/redirect.ctx?

1

MW=http://custom.marketwatch.com/custom/nyt-com/html-companyprofile.asp&symb=WPO> and The Wall Street Journal. The ads, which cost a total of $240,000, say "The New Union Label," and then show a sign with the word "Closed" in capital letters hanging from a plant gate. Then it adds, "Brought to you by the union 'leaders' who helped bankrupt steel, auto and airline companies."

Mr. Berman said various companies and a foundation had contributed to his nonprofit group, but he refused to identify them. He said he hoped to spend more than $5 million a year on the campaign.

A spokeswoman for the A.F.L.-C.I.O., Lane Windham, said: "It's clear that corporations are fighting back against workers' efforts to roll back corporate power. It's no accident that corporations are doing this against us when unions are trying to make sure that employers pay their fair share on heath care and when we're taking on giant corporations like Wal-Mart <http://www.nytimes.com/redirect/marketwatch/redirect.ctx? MW=http://custom.marketwatch.com/custom/nyt-com/html-companyprofile.asp&symb=WMT> ."

Mr. Berman runs a public affairs firm in Washington and helped to create the American Beverage Institute and the Employment Policies Institute, which has helped the restaurant industry fight increases in the minimum wage.

He has faced criticism in recent years for arguing on behalf of his clients that drinking a lot of soda does not contribute to diabetes and that Americans have been "force-fed a steady diet of obesity myths by the 'food police,' trial lawyers, and even our own government." Mr. Berman was also criticized for fighting a push by Mothers Against Drunk Driving to tighten rules on alcohol limits for drivers.

"We do take edgy positions and they're all very legitimate," Mr. Berman said yesterday.

Ms. Windham of the A.F.L.-C.I.O. said Mr. Berman's attack on unions was another of his campaigns against those who clash with his corporate clients.

The attack comes as organized labor is facing divisions that have caused five unions to quit the A.F.L.-C.I.O. over the past year.

Unions have also struggled with declining membership, as the percentage of American workers in unions has sunk to 12.5 percent of the work force, down from 35 percent in the 1950's.

A.F.L.-C.I.O. officials said the president of a state chamber of commerce told them that at a conference in Florida on Jan. 26, the state chambers had pledged several million dollars to back Mr. Berman's effort. But Mr. Berman said that when he spoke at the conference, he neither asked for nor received contributions. Rather, he said, he asked chamber officials to recommend that businesses in their states donate to his efforts.

Randel Johnson, vice president for labor, immigration and employee benefits at the United States Chamber of Commerce, said that as far as he knew neither the United States Chamber nor any state chambers had contributed to the Center for Union Facts.

Mr. Johnson said he had served as an adviser to the center. The center was founded as several unions

2

DOL 0112

had grown more aggressive about unionizing workers, often pressuring employers not to fight organizing drives. In addition, many unions are pressing companies to agree to recognize them, not through representation elections, but through a process known as card check, in which companies grant recognition as soon as a majority of workers sign cards saying they want a union.

"In card check campaigns, unions tend to control the information that the workers hear," Mr. Johnson said. "We think the Center on Union Facts is useful for workers to have access to more information on unions."

Mr. Berman said his center hoped to help enact a Republican-backed bill that would prohibit unions from organizing workers through card checks.

For a dozen different unions, the center's Web site details the compensation of leaders, the amount of each union's political contributions and how often members have sued the union for not representing them properly.

"Union leaders have abused the trust of their members," the center says on its Web site. "They've misspent member dues and harmed the very same people they promise to protect."

Anna Burger, president of the Change to Win Federation, a group of unions that quit the A.F.L.-C.I.O., said, "These anti-union activists can name themselves whatever they like, but the fact is that unions help working families secure the American Dream and that's good for our country."

DOL 0113