**Exhibit A-3**

**U.S. Department of Labor**    Office of the Solicitor
Washington, D.C. 20210

JUL 2 5 2006



Anne Weismann
Chief Counsel
Citizens for Responsibility and Ethics in Washington
1400 Eye St., N.W.,
Suite 450
Washington, DC 20005

Dear Ms. Weismann:

This is in further response to your March 16, 2006, Freedom of Information Act request
for records that mention or relate to the following:

- Richard Berman
- Berman & Company
- Any employee or representative or Berman & Company and/or Richard Berman
- The Center for Union Facts
- The Employment Policies Institute Foundation
- The Center for Consumer Freedom

On June 16, 2006, we provided you with 108 pages of responsive records. It has come to
our attention that a small group of archived e-mails were inadvertently missed in the
search. We re-ran the search and have found additional e-mails that are responsive to
your request. As indicated, redactions have been made to four pages to withhold
deliberative material pursuant to exemption 5 of the FOIA. In addition, the redaction
from one page, an e-mail dated December 5, 2002, is also being made because the
information is not relevant to your request. In response to the earlier e-mail on the page
about setting up a meeting with Mr. Berman, the recipient of the e-mail replied regarding
another matter unrelated to Mr. Berman.

Sincerely,

Joseph J. Plick
Counsel for FOIA

Enclosures

DOL 0114

**Krishnamoorti, Mala**

| | |
|---|---|
| **From:** | Law, Steven |
| **Sent:** | Tuesday, July 20, 2004 3:27 PM |
| **To:** | Krishnamoorti, Mala; Duncan, John - OSEC |
| **Cc:** | Mulvee, Julie; Siff, Andrew |
| **Subject:** | RE: Call w/ Rick Berman, The First Jobs Institute |

Helpful to know, thanks.

*Ex. 5*

-----Original Message-----
From: Krishnamoorti, Mala
Sent: Tuesday, July 20, 2004 3:00 PM
To: Duncan, John - OSEC
Cc: Mulvee, Julie; Siff, Andrew; Law, Steven
Subject: RE: Call w/ Rick Berman, The First Jobs Institute

Just so you know, the Women's Bureau (Susan Stacey) has already met with Rick. Mason, Susan and I met with him several weeks ago, so it would really be a follow-up if they were to connect to discuss marketing First Jobs' message.

-----Original Message-----
From: Duncan, John - OSEC
Sent: Tuesday, July 20, 2004 2:10 PM
To: Law, Steven
Cc: Mulvee, Julie; Krishnamoorti, Mala; Siff, Andrew
Subject: RE: Call w/ Rick Berman, The First Jobs Institute

I will drop by to see if you have a moment to discuss before I call him. But in the event we don't connect, here are a few questions/issues:

*Ex. 5*

The following is what I planned on covering.
* Ethics rules prevent the Secretary from publicly endorse their program, so she can't be listed on their website or their promotional letters. She will also not be able to provide a testimonial.
* We're not able to make a financial investment because their initiative is not specifically enough related to employment outcomes.
* We will open doors for them at Women's Bureau, an agency whose mission it is to help deliver public service messages such as theirs.

-----Original Message-----
From: Law, Steven

1

DOL 0115

Sent: Monday, July 19, 2004 6:02 PM
To: Duncan, John - OSEC
Cc: Mulvee, Julie
Subject: Fw: Call w/ Rick Berman, The First Jobs Institute

[           Ex. 5                              ]

-----Original Message-----
From: Mulvee, Julie <mulvee.julie@DOL.GOV>
To: Law, Steven <Law.Steven@DOL.GOV>
Sent: Mon Jul 19 15:48:39 2004
Subject: FW: Call w/ Rick Berman, The First Jobs Institute

-----Original Appointment-----
From: Duncan, John - OSEC
Sent:   Monday, July 19, 2004 3:42 PM
To:     Mulvee, Julie
Subject:        Accepted: Call w/ Rick Berman, The First Jobs Institute
When:
Where:·         They will initiate the call

[               Ex 5                                    ]
        ] I can give you the full briefining shortly, but this is the guy who runs the First Jobs Institute, so
we want to suggest that we could maybe help via a speech or conference participation, but not a large
investment. [           Ex 5                    ]

2

DOL 0116

**Krishnamoorti, Mala**

| | |
|---|---|
| **From:** | Bedell Anthony |
| **Sent:** | Thursday, December 05, 2002 4:05 PM |
| **To:** | Jameson Jennifer |
| **Cc:** | Krishnamoorti Mala |
| **Subject:** | |

*Ex. 5 +*

*Not Responsive*

**Anthony R. Bedell**
**Congressional Affairs**
**Office of the Secretary**
**U.S. Department of Labor**
**(202) 693-4612**
**(202) 693-4642**

-----Original Message-----
| | |
|---|---|
| **From:** | Jameson Jennifer |
| **Sent:** | Thursday, December 05, 2002 2:38 PM |
| **To:** | Bedell Anthony |
| **Subject:** | Petri issue |

Regarding the call from Debbie Gebhardt today, please see if we can set up a mtg with someone in ETA for Rick Berman regarding the potential for worker training programs that address basic business economic education.  His number is 202-463-7100.  Thanks.

**Krishnamoorti, Mala**

| | |
|---|---|
| **From:** | Mulvee, Julie |
| **Sent:** | Friday, July 23, 2004 10:21 AM |
| **To:** | Duncan, John - OSEC; Law, Steven; Siff, Andrew; Krishnamoorti, Mala |
| **Subject:** | RE: FYI - Closed the loop with First Jobs (Larry Lindsay group) |

FYI,

I pulled the call and will leave Duncan as the point person

-----Original Message-----

| | |
|---|---|
| **From:** | Duncan, John - OSEC |
| **Sent:** | Thursday, July 22, 2004 4:50 PM |
| **To:** | Law, Steven; Siff, Andrew; Krishnamoorti, Mala; Mulvee, Julie |
| **Subject:** | FYI - Closed the loop with First Jobs (Larry Lindsay group) |

FYI - I closed the loop with Rick Berman at First Jobs. Steven was going to call him after talking to Lindsay, but I said I'd take care of it since I had already been dealing with him.

***Julie - Steven no longer needs to call him.***

Here's what I indicated in the phone call:

- They need to remove references to the Secretary in all material and any further use of the Secretary's name needs to first be cleared with OSEC.

- ETA cannot make any investments because First Jobs is not pursuing something tied to a measurable employment outcome.

- They should call WB and explore possible collaboration. [

  [          Ex. 5                          ]

- I said we were still working on the testimonial for them to post on their website. [
  Ex. 5
  First Jobs is to check with us if they consider using it in any way besides just having it generically posted along with other VIP testimonials (i.e. for non-promotional purposes).

  [          Ex. 5                          ]

**Krishnamoorti, Mala**

| | |
|---|---|
| **From:** | Todd, Don - ESA |
| **Sent:** | Monday, April 10, 2006 7:50 AM |
| **To:** | Wilson, Mark - ESA; Conway, Paul; Iverson, Kristine - OCIA; Krishnamoorti, Mala; Kruska, Lisa - OPA; Law, Steven - OSEC; Lipnic, Victoria - ESA; Radzely, Howard - SOL; Redmond, Sean - ESA; Spencer, Glenn - OSEC; Stidvent, Veronica - ASP |

**Subject:** Wal-Mart in the NY article

"The hypocrisy doesn't stop there. Indiana-based Boilermakers Lodge 374 spends more than $10,000 at Wal-Mart, even as its national federation conducts a nationwide smear campaign against the business. It seems it's true: Everyday low prices can't be beat."



## LABOR BOSSES' LUXURIES

By RICHARD BERMAN

TRUST, but verify: That's the spirit behind the federal Labor Department's new approach toward union leaders. After years of laxity, it has finally begun to demand greater disclosure of union spending.

The rule, which took effect in 2004, requires unions with yearly receipts of over $250,000 (about 4,500 in all) to file detailed financial reports, itemizing any outlay of $5,000 or more.

Deborah Greenfield, associate general counsel of the AFL-CIO, sniffed to The Wall Street Journal, "We have no reason to believe that union members will find this particularly meaningful." In fact, it is *precisely* union members who will find it meaningful.

This week, as unions close the books on 2005, the public is getting an unprecedented look at how labor officials spend union dues. Their members' awareness of the data may well give union leaders cause to worry. Much of it will surely raise eyebrows.

Like the fact that Iron Workers Local 40 in New York City gave its retiring president a $52,000 Cadillac (largely dues money). Or that the Electrical Workers Local 363 spent $10,000 in "golf outing" expenses at Kutshers Country Club in Monticello.

Other expenses are merely absurd, such as the New York District Council of the Carpenters union's spending over $131,000 on T-shirts at F.A.B.Ulous Specialties, Inc., or one Musicians AFL-CIO local's investing $670,000 in a bingo parlor.

Elsewhere, one finds that the AFL-CIO spent nearly $250,000 for its 50-member executive council meeting in 2004 at the luxurious Drake Hotel in Chicago.

At least *that* year the union execs didn't cross picket lines, as they did last month at the Hotel del Coronado in San Diego, which the local carpenters' union was picketing.

The hypocrisy doesn't stop there. Indiana-based Boilermakers Lodge 374 spends more than $10,000 at

7/6/2006

DOL 0119

Wal-Mart, even as its national federation conducts a nationwide smear campaign against the business. It seems it's true: Everyday low prices can't be beat.

The list really does go on. From the lavish to the bizarre, a common theme emerges: This is not merely evidence of a few isolated misspent allocations but of a deep structural flaw, the result of a historical lack of transparency and accountability.

Interestingly, union leaders have long tried to compel greater openness on the part of businesses, using the information as ammunition where possible. Yet they have strongly resisted when it has come time to comply with the same procedure. The national AFL-CIO spent $121,367 (largely from members' dues, of course) in litigation against disclosing the information.

What becomes clear is how lucrative a business organizing labor is. If you were to waltz into, say, Steve Jobs' office and demand he cut you a hefty percentage of the wages he pays his workers, he'd slam the door in your face. But if you manage to unionize his business and collect the dues members are forced to pay, you have effectively accomplished the same thing, just two degrees removed.

When union members pay out dues from the wages of their labor, they do so with the expectation of some return on their investment. In theory, those dues go to fund representational activities, such as encouraging higher wages and negotiating better contracts with business owners. But the National Education Association spent less than 15 percent of its $314 million budget on such purposes. By contrast, it spent more than twice as much (over $120 million) on union administration and overhead.

The problem is that labor officials across the nation treat their expenses as if they spring from the coffers of profit-earning businesses, which they manifestly don't. Nearly everything union management buys, from resort lodgings to extravagant retirement gifts, is paid out of mandatory dues from the workers they purport to represent.

Hopefully, this long-overdue publication of unions' fiscal records will prompt some enhanced scrutiny of their (expensive) activities. For too long, leaders have financially operated outside the view of members. Ralph Waldo Emerson once remarked that our distrust is very expensive. Not nearly as expensive as trust.

*Richard Berman is executive director of the Center for Union Facts, a non-profit supported primarily by businesses and foundations. View the unions' fiscal 2005 data at unionfacts.com.*

To sign up for Daily Newsletter Alerts, please visit
http://www.nypost.com/php/newsletter/classify_newsletter_clicks.php

DOL 0120

**Krishnamoorti, Mala**

| | |
|---|---|
| **From:** | Borchers, Paul [borchers.paul@dol.gov] |
| **Sent:** | Tuesday, February 14, 2006 12:50 AM |
| **To:** | zzDOL-NEWS-GROUP |
| **Subject:** | NYT: Group Starts Anti-Union Campaign |

February 14, 2006

# Group Starts Anti-Union Campaign

### By STEVEN GREENHOUSE

A new business-backed group is mounting a highly visible attack against organized labor, just as unions are trying to pick themselves up after suffering a schism and years of decline.

The group, the Center for Union Facts, ran full-page advertisements in national newspapers yesterday and started a Web site, UnionFacts.com, asserting that many unions are corrupt and have hurt airlines, steel makers and automakers.

"Obviously I'm putting out information that's not very flattering," said Richard Berman, a longtime lobbyist for the restaurant and beverage industry who is executive director of the Center for Union Facts. "The average person today, including the average union member, doesn't have any idea how unions operate and what the realities are. Everybody knows what unions are good at, but not what they're bad at."

The Center for Union Facts shot onto the public stage yesterday by running full-page ads in The New York Times, The Washington Post and The Wall Street Journal. The ads, which cost a total of $240,000, say "The New Union Label," and then show a sign with the word "Closed" in capital letters hanging from a plant gate. Then it adds, "Brought to you by the union 'leaders' who helped bankrupt steel, auto and airline companies."

Mr. Berman said various companies and a foundation had contributed to his nonprofit group, but he refused to identify them. He said he hoped to spend more than $5 million a year on the campaign.

A spokeswoman for the A.F.L.-C.I.O., Lane Windham, said: "It's clear that corporations are fighting back against workers' efforts to roll back corporate power. It's no accident that corporations are doing this against us when unions are trying to make sure that employers pay their fair share on heath care and when we're taking on giant corporations like Wal-Mart."

Mr. Berman runs a public affairs firm in Washington and helped to create the American Beverage Institute and the Employment Policies Institute, which has helped the restaurant industry fight increases in the minimum wage.

He has faced criticism in recent years for arguing on behalf of his clients that drinking a lot of soda does not contribute to diabetes and that Americans have been "force-fed a steady diet of obesity myths by the 'food police,' trial lawyers, and even our own government." Mr. Berman was also criticized for fighting a push by Mothers Against Drunk Driving to tighten rules on alcohol limits for drivers.

7/6/2006

"We do take edgy positions and they're all very legitimate," Mr. Berman said yesterday.

Ms. Windham of the A.F.L.-C.I.O. said Mr. Berman's attack on unions was another of his campaigns against those who clash with his corporate clients.

The attack comes as organized labor is facing divisions that have caused five unions to quit the A.F.L.-C.I.O. over the past year.

Unions have also struggled with declining membership, as the percentage of American workers in unions has sunk to 12.5 percent of the work force, down from 35 percent in the 1950's.

A.F.L.-C.I.O. officials said the president of a state chamber of commerce told them that at a conference in Florida on Jan. 26, the state chambers had pledged several million dollars to back Mr. Berman's effort. But Mr. Berman said that when he spoke at the conference, he neither asked for nor received contributions. Rather, he said, he asked chamber officials to recommend that businesses in their states donate to his efforts.

Randel Johnson, vice president for labor, immigration and employee benefits at the United States Chamber of Commerce, said that as far as he knew neither the United States Chamber nor any state chambers had contributed to the Center for Union Facts.

Mr. Johnson said he had served as an adviser to the center. The center was founded as several unions had grown more aggressive about unionizing workers, often pressuring employers not to fight organizing drives. In addition, many unions are pressing companies to agree to recognize them, not through representation elections, but through a process known as card check, in which companies grant recognition as soon as a majority of workers sign cards saying they want a union.

"In card check campaigns, unions tend to control the information that the workers hear," Mr. Johnson said. "We think the Center on Union Facts is useful for workers to have access to more information on unions."

Mr. Berman said his center hoped to help enact a Republican-backed bill that would prohibit unions from organizing workers through card checks.

For a dozen different unions, the center's Web site details the compensation of leaders, the amount of each union's political contributions and how often members have sued the union for not representing them properly.

"Union leaders have abused the trust of their members," the center says on its Web site. "They've misspent member dues and harmed the very same people they promise to protect."

Anna Burger, president of the Change to Win Federation, a group of unions that quit the A.F.L.-C.I.O., said, "These anti-union activists can name themselves whatever they like, but the fact is that unions help working families secure the American Dream and that's good for our country."

7/6/2006

DOL 0122

**Krishnamoorti, Mala**

| | |
|---|---|
| **From:** | James, David - OPA |
| **Sent:** | Tuesday, March 21, 2006 10:14 AM |
| **To:** | Elaine Chao; Law, Steven - OSEC; Conway, Paul; Lipnic, Victoria - ESA; Wilson, Mark - ESA; Kruska, Lisa - OPA; Pizzella, Patrick; Iverson, Kristine - OCIA; Gibson, Lynn - OSEC; Keelan, Elizabeth; Todd, Don - ESA; Schaefer, Jim - OPA; Krishnamoorti, Mala; Flynn, John - OSEC |
| **Subject:** | FROM THE UPCOMING MARCH 27th EDITION - Union Dues and Don'ts (Available to on-line subscribers today.) |



**Union Dues and Don'ts**
*Financial disclosure is a wonderful thing.*
by Joseph Lindsley
Volume 011, Issue 26

March 27, 2006 Monday

FOR THE FIRST TIME EVER, the Department of Labor is seriously enforcing its financial reporting requirements of unions and disclosing the results online. As a result, union members—and the public at large—now have the means to examine union finances in extraordinary detail and to learn about the outside activities and potential conflicts of interest of union officials. The purpose of this newfound transparency is to promote fiscal integrity and union democracy.

Previously, the department's record of enforcing its reporting requirements was dismal. As recently as 2002, 43 percent of unions were either tardy in submitting their LM-2 forms or never turned them in at all, even though some sort of reporting had been required since 1959. By contrast, the IRS nonfiling rate was a mere 1.5 percent, and after the Federal Elections Commission introduced civil financial penalties for noncompliance (also in 2002), compliance improved from 82 percent to 85 percent.

Labor long suffered from what a senior department official called a "classic big government problem": Union financial disclosure involved a good deal of paperwork, most of it providing information so vague it was useless--which left little incentive to go after nonfilers. In an effort to encourage greater union transparency, Congress during the Clinton administration mandated that the completed LM-2 forms be available online. It was left to George W. Bush's secretary of Labor, Elaine Chao, however, to actually enforce this--and to require more detail into the bargain. The new, more elaborate reports are now available and searchable online as soon as a union files electronically.

Some might ask why government should require this level of transparency of labor unions, the champions of America's working men and women. In response, Chao's department sees itself as the labor equivalent of the Securities and Exchange Commission. Although a

7/6/2006

DOL 0123

number of unions have, after some hesitation about privacy concerns, welcomed the increased scrutiny, the "absolutists," as a Labor Department official terms them, have cried foul. When Labor announced the new requirements in 2003, the AFL-CIO, in a 218-page document, projected that compliance could cost its affiliated national and local unions an average of $1,239,482 for international and national unions and $217,509 for local unions. In reality, according to its own LM-2, the AFL-CIO's national headquarters spent just $54,150 in 2005 on software needed to compile the necessary data--though it spent another $121,367 litigating against having to do so.

A few days spent perusing the spreadsheets of the 20 percent of unions that have already submitted their LM-2s for fiscal year 2005 showed that many unions have reported their affairs in detail--down to the $97,888 made by the enterprising Retiree Chapter Local 455 of the UAW in bingo income. Other numbers may raise eyebrows. Gerald B. Ellis, for example, made $116,703 in 2004 as a business manager at Local 627 of the International Union of Operating Engineers, a member of the AFL-CIO. Local 627 also buys $86,400 worth of legal services from the one-man law firm Gerald B. Ellis, Inc., nicely padding its business manager's income.

And how about the lavish destination meetings enjoyed by the AFL-CIO's executive council: As the private watchdog organization the Center for Union Facts reported recently after it followed the super-union's executive council to its retreat in California, the 46 members of the council stayed at the pricey Hotel del Coronado (check the Labor Department's website next year for dollar amounts) at a time when the Carpenters' Union was picketing that very hotel-- hypocrisy one might expect of a politician (say, Nancy Pelosi, who won't allow workers at her Napa Valley hotel to unionize), but surely not of labor bosses, right?

Or consider Linda Chavez-Thompson, an AFL-CIO executive who also serves as vice chairman of the Democratic National Committee. In explaining potential conflicts of interest on union disclosure reports, she writes, "I eat very little at the various receptions, events and meetings I attend, certainly far less than $25 worth of food or drink at any particular event." She further explains that the DNC spent "no more than" $10,000 on her attendance at events such as the DNC Hispanic Caucus--while noting further that the AFL-CIO Committee on Political Education's voluntary fund donates $15,000 to the DNC.

The National Education Association, which refused an interview request "at this time," has its share of fun as well. The teachers' union disclosure report states that $59,646 was spent at a Charlotte, N.C., store called Morris Costumes. (This sum was divided between two categories: "overhead" and "union administration.") NEA leaders do more than party; they also campaign for politicians. They report $24 million spent on political activities in 2005.

Naturally, much of this political money goes to Democrats. The American Federation of State, County and Municipal Employees gives 99 percent of its $8,527,370 in political funds to Democrats. Surely the union has some Republican and Independent union members, which may be why the Service Employees International Union and several other major unions have broken away from the AFL-CIO to form the Change to Win coalition. Some speculate that this coalition might become more popular if members are privy to their unions' detailed records.

Now they can peruse the Labor Department's website and learn, for instance, that the AFL-CIO gave $55,000 to the peacenik group Pax Christi; $152,250 to the Coalition of Black Trade Unionists, which takes positions on policy issues ranging from Iraq to judicial

DOL 0124

nominations; $150,000 to the liberal Economic Policy Institute for "general support for economic research"; $113,400 to Pride at Work, an advocacy group "for LGBT workers and families"; and $360,466 for the printing of John Kerry fliers. The AFL-CIO is involved in education as well: It awarded $120,000 to Cornell's School of Industrial and Labor Relations and $6,703,927 to its own George Meaney Center for Labor Studies, a degree-awarding institution in suburban Washington.

Unofficially assisting in the Labor Department's effort is the Center for Union Facts's user-friendly, chart-filled website, which will tell you everything you ever wanted to know about union corruption. Visitors to the site can learn about the 322 racketeering indictments against organized labor in 2005; the 13,815 discrimination complaints filed since 2000; and the 65 percent of the "decertification" elections held in 2004 in which employees dissociated their workplace from a union.

Opponents of the new efforts at opening the hallowed halls of organized labor to scrutiny say it is unfair to go after labor union excesses when many corporations overpay their top executives and enjoy lavish expense accounts. Be that as it may, the new requirements are designed, as the senior Labor Department official said, "to empower union members themselves and to hold their officers accountable. . . . Increased transparency will make union members more informed consumers." It's the American way. As James Madison wrote, "If angels were to govern men, neither external nor internal controls on government would be necessary." The new external controls on unions are intended to protect them from men who are not angels.

7/6/2006

DOL 0125

**Krishnamoorti, Mala**

| | |
|---|---|
| **From:** | NationalJournal.com [daybook@nationaljournal.com] |
| **Sent:** | Thursday, June 19, 2003 4:16 AM |
| **To:** | Mala Krishnamoorti |
| **Subject:** | NationalJournal.com Daybook |

This is your customized Daybook E-mail Alert. For a complete listing of all today's events -- or a preview of tomorrow's -- please see the NationalJournal.com Daybook at http://nationaljournal.com/members/calendar/

To change your preferences, go to http://nationaljournal.com/members/calendar/index.cgi?func=email

***************
Senate Committees
***************

SENATE COMMERCE, SCIENCE AND TRANSPORTATION COMMITTEE Pending Business Full committee markup of S.1264, The Federal Communications Commission Reauthorization Act of 2003; S.865, the Commercial Spectrum Enhancement Act; S.1234, the Federal Trade Commission Reauthorization Act of 2003; S.1046, the Preservation of Localism, Program Diversity, and Competition in Television Broadcast Service Act of 2003; S.1261, the Consumer Product Safety Commission Reauthorization Act of 2003; S.1244, the Federal Maritime Commission Authorization Act of 2003; S.1262, the Maritime Administration Authorization Act of 2003; S.247, the Harmful Algal Bloom and Hypoxia Amendments Act of 2003; S.1106, the Fishing Quota Act of 2003; S.861, the Coastal and Estuarine Land Protection Act; S.1152, the United States Fire Administration Reauthorization Act of 2003; S.1260, the Commercial Space Transportation Act of 2003; S.189, the 21st Century Nanotechnology Research and Development Act; S.877, the Controlling the Assault of Non-Solicited Pornography and Marketing
(CAN-SPAM) Act of 2003; the nomination of Annette Sandberg to be Administrator of the Federal Motor Carrier Administration; and nominations for promotion in the United States Coast Guard
Location: 253 Russell Senate Office Building. 9:30 a.m.
Contact: 202-224-1251 http://commerce.senate.gov

SENATE GOVERNMENTAL AFFAIRS COMMITTEE
ULLICO, Inc.
Full committee hearing on questionable stock transactions by senior officials at ULLICO, Inc., a union-owned insurance company.
Witnesses: James Thompson, former governor, Ill. and
    chairman, Winston & Strawn; Robert Georgine,
    former chairman/president/CEO, ULLICO, Inc.;
    Joseph Carabillo, former vice president.chief
    legal officer, Ullico, Inc.; Terence O'Sullivan,
    chairman/CEO, Ullico, Inc.
Location: 342 Dirksen Senate Office Building. 10 a.m.
Contact: 202-224-2627 http://www.senate.gov/~gov_affairs

SENATE HEALTH, EDUCATION, LABOR AND PENSIONS COMMITTEE Teacher Union Scandals Full committee hearing on "Teacher Union Scandals: Closing the Gaps in Union Member Protection."
Witnesses: Lary Yud, deputy director, Office of Labor-Management
    Standards, Employment Standards Administration,
    Labor Department; Sandra Feildman, president,
    American Federation of Teachers; Ronald Rier,
    teacher, Washington, D.C.; Damaris Daugherty,
    founder, Teacher Rights Advocacy Coalition,
    Miami, Fla.; Thomas Donahue, senior fellow,

1

DOL 0126

Work in America Institute and former secretary-treasurer,
AFL-CIO
Location: 430 Dirksen Senate Office Building. 10:15 a.m.
Contact: 202-224-5375 http://labor.senate.gov

For all the week's Senate Committee listings, go to http://nationaljournal.com/members/calendar/index.cgi?
func=week&section=WASENATE

======================== Advertisement ======================== THE MEDICARE DRUG BILL:
AN IMPENDING DISASTER FOR ALL AMERICANS
   Congress is set to pass the largest expansion of government
      health benefits since the Great Society, a move that
will reduce personal choice and impose staggering financial
         burdens on our children and grandchildren.
         Learn more at: http://207.27.3.33/4/ =================== The Heritage Foundation
===================
****************

House Committees
****************

HOUSE EDUCATION AND THE WORKFORCE COMMITTEE Head Start Reauthorization Full committee
markup of H.R.2210, the School Readiness Act of 2003.
(Continued from June 18.)
Location: 2175 Rayburn House Office Building. 9:30 a.m.
Contact: 202-225-4527 recorded schedule 202-226-2026
   http://edworkforce.house.gov
**NEW**

HOUSE EDUCATION AND THE WORKFORCE COMMITTEE International Education Bias Select Education
Subcommittee hearing on "International Programs in Higher Education and Questions of Bias."
Witnesses: Foster Roden, director, Center for NAFTA Studies
   Curriculum and Outreach Initiatives, University
   of North Texas; Stanley Kurtz, fellow, Hoover
   Institution; Vivien Stewart, vice president
   for education programs, Asia Society, New
   York, N.Y.; Terry Hartle, senior vice president
   for government and public affairs, American
   Council on Education
Location: 2175 Rayburn House Office Building. 1 p.m.
Contact: 202-225-4527 recorded schedule 202-226-2026
   http://edworkforce.house.gov

HOUSE ENERGY AND COMMERCE COMMITTEE
Prescription Drug Benefit
Full committee markup of H.R.2743, the Medicare Prescription Drug and Modernization Act of 2003. (Markup
continued from June 18.)
Location: 2322 Rayburn House Office Building. 10 a.m.
Contact: 202-225-2927 http://energycommerce.house.gov
**NEW/TENTATIVE**

HOUSE JUDICIARY COMMITTEE
Food Manufactures Lawsuit Reduction
Commercial and Administrative Law Subcommittee hearing on H.R.339, the Personal Responsibility in Food
Consumption Act.
Witnesses: John Banzhaf, professor, George Washington
   University Law School; Christianne Ricchi,
   National Restaurant Assn.; Richard Berman,

2

Center for Consumer Freedom, Victor Schwartz,
partner, Shook, Hardy & Bacon
Location: 2141 Rayburn House Office Building. 10 a.m.
Contact: 202-225-3951 http://www.house.gov/judiciary
**REVISED**

## HOUSE JUDICIARY COMMITTEE
Identification Cards
Immigration, Border Security, and Claims Subcommittee oversight hearing on "The Issuance, Acceptance, and Reliability of Consular Identification Cards."
Witnesses: Rep. Luis Gutierrez, D-Ill.; John Andrews,
president, Colorado State Senate; Marti Dinerstein,
president, Immigration Matters; Craig Nelson,
executive director, Friends of Immigration
Law Enforcement
Location: 2237 Rayburn House Office Building. 2 p.m.
Contact: 202-225-3951 http://www.house.gov/judiciary
**REVISED**

## HOUSE WAYS AND MEANS COMMITTEE
Health Savings Account
Full committee markup of H.R.2351, the Health Savings Account Availability Act.
Location: 1100 Longworth House Office Building. 10 a.m.
Contact: 202-225-3625 http://waysandmeans.house.gov
**NEW**

## HOUSE WAYS AND MEANS COMMITTEE
S Corporation Reforms
Select Revenue Measures Subcommittee hearing on S Corporation reforms.
Location: B-318 Rayburn House Office Building. 10 a.m.
Contact: 202-225-3625 http://waysandmeans.house.gov
**REVISED**

## HOUSE WAYS AND MEANS COMMITTEE
Unemployment Fraud
Oversight Subcommittee and Human Resources Subcommittee joint hearing on unemployment fraud and abuse.
Location: 1100 Longworth House Office Building. 2 p.m.
Contact: 202-225-3625 http://waysandmeans.house.gov
**REVISED**

For all the week's House Committee listings, go to http://nationaljournal.com/members/calendar/index.cgi?func=week&section=WAHOUSE

****************
Joint Committees
****************
There are no events scheduled today that match your preferences.
For all the week's Joint Committee listings, go to http://nationaljournal.com/members/calendar/index.cgi?func=week&section=WAJOINT

****************
White House
****************

HEALTH AND HUMAN SERVICES (HHS) SECRETARY TOMMY THOMPSON'S SCHEDULE
9:45 a.m. - Participates in a news conference on Medicare, S-211, U.S.

DOL 0128

Capitol
Location: Location Not Listed.
Contact: 202-690-6343
**NEW**

## PRESIDENT GEORGE BUSH'S SCHEDULE

This schedule is for media planning purposes only; events are subject to change without notice. All times are local to the events. Due to the national state of alert, President Bush's travel schedule will be released on a closely-held basis. Reporters should contact the White House Press Office for more information Makes remarks on the economy, Minneapolis, Minn.
Location: Location Not Listed.
Contact: 202-456-2580
**NEW**

## UNITED STATES TRADE REPRESENTATIVE ROBERT ZOELLICK'S SCHEDULE Meets with Prime Minister Khalifa bin Salman Al Khalifa of Bahrain to discuss U.S.-Bahrain trade ties
Location: Location Not Listed.
Contact: 202-395-3230
**NEW**

For all the week's Administration listings, go to http://nationaljournal.com/members/calendar/index.cgi?func=week&section=WAWHHSE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Federal Agencies
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## BLOOD PRODUCTS
Health and Human Services Department (HHS), Food and Drug Administration (FDA) (F.R. Page 34395)
Meeting of the Blood Products Advisory Committee, June 19-20. Topics
include: Medical Device User Fee and Modernization Act; secure e-mail and electronic submissions; white particulate matter in blood bags; safety reporting requirements for human drug and biological products; bovine spongiform encephalopathy in Canada; presentations on severe acute respiratory syndrome and West Nile virus; recovered plasma; current thinking and indications for use on vaccinia immune globulin intravenous
Location: Hilton Gaithersburg, Grand Ballrooms A, B,
    C, and D, 620 Perry Parkway, Gaithersburg,
    Md.. 8 a.m.
Contact: Linda Smallwood, 301-827-3514

## COUNCIL AGENDA
National Women's Business Council (F.R. Page 32780) Meeting of the Advisory Committee for GPRA
Performance Assessment, to introduce the National Women's Business Council's agenda and action items for FY2003 included by not limited to procurement, access to capital, access to training and technical assistance, access to markets and affordable health care.
Location: U.S. Small Business Administration, 409 Third
    St., SW, Eisenhower Conference Room B, 2nd
    Floor, Washington, D.C.. 9 a.m.
Contact: 202-205-6695, Gilda Presley

## GRANT APPLICATIONS
Health and Human Services Department (HHS), National Institutes of Health (NIH) (F.R. Page 28832) Closed meeting of the National Institute on Aging Initial Review Group, Clinical Aging Review Committee, to review and evaluate grant applications, June 19-20.
Location: Holiday Inn Chevy Chase, 5520 Wisconsin Ave.,
    Chevy Chase, Md.. 5 p.m.
Contact: Alicja Markowska, 301-402-7703, markowsa@nia.nih.gov
**CLOSED**

DOL 0129

## GRANT APPLICATIONS
Health and Human Services Department (HHS), National Institutes of Health (NIH) (F.R. Page 28832) Closed meeting of the National Institute on Aging Special Emphasis Panel, Comparative Biology of Aging, to review and evaluate grant applications, June 18-19.
Location: Holiday Inn Georgetown, 2101 Wisconsin Ave.,
   NW, Washington, D.C.. 8 a.m.
Contact: Alessandra Bini, 301-402-7708, binia@nia.nih.gov
**CLOSED**

## HOME DEPOT
Federal Election Commission (FEC) (F.R. Page 35225) Meeting to consider Draft Advisory Opinion 2003-14: The Home Depot, Inc. by counsel, Brett Kappel
Location: 999 E St., NW, Washington, D.C. 10 a.m.
Contact: Ron Harris, 202-694-1220

## MULTILINGUAL INITIATIVE
Treasury Department, Internal Revenue Service (IRS) (F.R. Page 26683) Meeting by teleconference of the Taxpayer Advocacy Panel (TAP) Multilingual Initiative Issue (MLI) Committee, to discuss various IRS issues. See contact for dial-in information
Location: None given. 10 a.m.
Contact: Inez De Jesus, 888-912-1227

For all the week's Federal Agency listings, go to http://nationaljournal.com/members/calendar/index.cgi?
func=week&section=WAFEDAG

***************
Economic Reports
***************

## AGRICULTURE EXPORTS
Agriculture Department, Foreign Agricultural Service Weekly Export Sales Report
Location: 12th St & Independence Ave, SW, Washington,
   D.C.. 8:30 a.m.
Contact: 202-720-7115; http://www.fas.usda.gov
**NEW**

## BANK STATUS
Federal Reserve Board
Weekly reports on: Condition Statement of Federal Reserve Banks  Factors Affecting Reserves of Depository Institutions  Money Stock, Liquid Assets, Debt Measures
Location: Constitution Ave between 20th & 21st Sts,
   NW. 6 p.m.
Contact: 202-452-3206
**NEW**

## BOND RATES
Treasury Department
Daily reports: State and Local Government Bond Rates and Treasury Yield Curve data
Location: 15th St & Pennsylvania Ave, NW, Washington,
   D.C.. 8:30 a.m.
Contact: 202-874-9890
**NEW**

## DAILY FEDERAL BUDGET
Treasury Department
Daily Treasury Statement

DOL 0130

Location: 15th St & Pennsylvania Ave, NW, Washington,
   D.C.. 5 p.m.
Contact: 202-874-9890
**NEW**

INTERNATIONAL SALES
Commerce Department, Bureau of Economic Analysis U.S. International Transactions for 1st quarter 2003
Location: 14th St between E St & Constitution Ave, NW.
Contact: 202-606-9900
**NEW**

MORTGAGE RATES
Federal Home Loan Mortgage Corporation
Weekly survey on fixed-rate mortgages.
Location: 8200 Jones Branch Drive, McLean, Va.. 1 p.m.
Contact: 703-903-2000
**NEW**

NATURAL GAS PRICES
Energy Department, Energy Information Administration Natural gas weekly update
Location: 1000 Independence Ave, SW, Washington, D.C.. 2 p.m.
Contact: 202-586-8800 http://tonto.eia.doe.gov/oog/info/ngw/ngupdate.asp
**NEW**

NATURAL GAS SUPPLY
Energy Department, Energy Information Administration Weekly natural gas storage report
Location: 1000 Independence Ave, SW, Washington, D.C.. 10:30 a.m.
Contact: 202-586-8800 http://tonto.eia.doe.gov/oog/info/ngs/ngs.html
**NEW**

UNEMPLOYMENT STATUS
Labor Department, Bureau of Labor Statistics Unemployment insurance claims for the week
Location: 200 Constitution Ave, NW, Washington, D.C.. 8:30 a.m.
Contact: 202-691-5902
**NEW**

For all the week's Economic Reports, go to http://nationaljournal.com/members/calendar/index.cgi?
func=week&section=WAECREP

***************
General News Events
***************

BANKING
American Bankers Assn. (ABA)
ABA Retirement Services Conference, June 18-20. Highlights:  9 a.m.
- Donald Meyers, Reed Smith LLP; Grant Seeger, Security Trust Company and Lisa Bleier, ABA, "Future of
Self-Directed Accounts"
Location: Loews L'Enfant Plaza Hotel, L'Enfant Plaza
   East, SW, Washington, D.C..
Contact: 800-226-5377; http://www.aba.com/Conference+andEducation/ce_retirement_services.htm

COMMERCE
National Retail Foundation (NRF)
NRF CFO Summit, "Strategies to Improve Your Bottom Line," June 18,
2003 Highlights:  11 a.m. - Bill Gradison, Public Company Accounting Board, "The Public Company
Accounting Board: Its Mission and Vision for Corporate Financial Reporting"

6

DOL 0131

Location: Hotel Monaco, 7th and F Sts., NW, Washington, D.C..
Contact: 202-783-7971; http://www.nrf.com

COMMERCE
District of Columbia Bar Assn.
Brown bag discussion on becoming a sports agent, ethics issues facing attorney agents, the role of the agent today, and sports agents v.
sports attorneys.
Participants: Kiyo Oden, the Oden Firm PC
Location: Howrey Simon Arnold & White, LLP, 1299 Pennsylvania
   Ave., NW, Washington, D.C.. 12 noon
Contact: 202-626-3463, or http://www.dcbar.org

ECONOMY

News conference on economic development.
Participants: Rep. James Oberstar, D-Minn.
Location: Cannon Terrace, Cannon House Office Building. 1 p.m.
Contact: 202-225-6211
**NEW**

EDUCATION
National History Day
Awards ceremony for its National History Day competition on "Rights and Responsibilities in History," June 16-19.
Location: University of Maryland, College Park, Md.. 8:30 a.m.
Contact: Mark Robinson, 301-314-9542; http://www.NationalHistoryDay.org

EDUCATION
Education Department
News conference on the findings from the 2002 National Assessment of Educational Progress in Reading (nation's Report Card) for fourth-,
eighth- and 12th Graders.
Participants: Eugene Hickok, undersecretary of education
Location: National Press Club, Holeman Lounge, 14th
   and F St., NW, Washington, D.C.. 9:30 a.m.
Contact: David Thomas, 202-401-1579
**NEW**

FOREIGN AFFAIRS
National Assn. for Business Economics
Breakfast briefing on "OECD Looks at China's Evolving Direct Investment."
Participants: Ken Davies, senior economist, Directorate
   of Financial, Fiscal and Enterprise Affairs,
   Organization for Economic Co-operation and
   Development (OECD)
Location: OECD Washington Center, 2001 L St., NW, Suite
   650, Washington, D.C.. 9 a.m.
Contact: Please register by June 16 to 202-463-6223
   or nabe@nabe.com

GLOBALIZATION
German American Business Council
Discussion on "Strengthening the Global Markets."
Participants: Sen. Ben Nelson, D-Neb.
Location: Willard Inter-Continental Hotel, 1401 Pennsylvania

7

Ave., NW, Washington, D.C.. 8 a.m.
Contact: Please register with Sabine Creamer, 202-332-7700;
    e-mail, gabc.mail@worldnet.att.net

HEALTH
National Heart, Lung, and Blood Institute Conference on "Steps to a Healthier U.S.-Meeting the Challenge of
Healthy People 2010: Preventing and Controlling Asthma." June 19-21. Highlights:
    11:15 a.m. - Dr. Floyd Malveaux, dean of Howard University College of Medicine, describes psychosocial risk
factors among African Americans; and Dr. Marielena Lara, director of University of California Los Angeles
RAND Program on Latino Children with Asthma, will discuss asthma-related issues for Latinos.
Location: Marriott Wardman Park Hotel, 2660 Woodley
    Road, NW, Washington, D.C..
Contact: 301-496-4236

HEALTH
Eye Bank Assn. of America
Annual meeting, June 18-21. Highlights:  10:30 a.m. - Nancy McCann, ASCRS and Thomas Donelly, Jeferson
government Relations, General Session:
"Preparing to go to the Hill"
Location: Renaissance Mayflower Hotel, 1127 Connecticut
    Ave., NW, Washington, D.C..
Contact: 202-775-4999; http://www.restoresight.org/education/annual_meeting.htm

HEALTH
American Federation of Labor and Congress of Industrial Organizations (AFL-CIO) Conference call briefing to
discuss the findings form the first public opinion survey of the Senate Medicare plan. Call-in number:
866-222-0917, Pass code: 102681
Participants: Gerald Shea, assistant to the president for
    governmental affairs, AFL-CIO and Geoff Garin,
    Hart Research
Location: None given. 2 p.m.
Contact: Kathy Roeder, 202-637-5018
**NEW**

HEALTH
Kaiser Family Foundation and Harvard School of Public Health Briefing/news conference to release a national
survey on the "Public's Views About the Current Medicare Debate," and to discuss Medicare politics and policy
and offer insights based on focus groups conducted for the briefing.
Participants: Bill McInturff and Geoff Garin, pollsters;
    Drew Altman, president and CEO of Kaiser Family
    Foundation; Robert Blendon, professor, Harvard
    School of Public Health.
Location: Kaiser Family Foundation Public Affairs Center,
    1330 G St., NW, Washington, D.C.. 9:30 a.m.
Contact: Jennifer Morales or Sara Knoll, 202-347-5270

HEALTH

News conference on Medicare.
Participants: Sen. Rick Santorum, R-Pa., chairman, Senate
    Republican Conference and HHS Secretary Tommy
    Thompson
Location: S-211, U.S. Capitol. 9:45 a.m.
Contact: 202-224-6324
**NEW**

HOMELAND SECURITY

DOL 0133

2003 Annual Washington Forum. Highlights: 6:30 p.m. - Defense Secretary Donald Rumsfeld, Eisenhower Award Dinner
Location: Ritz Carlton Hotel, 1120 22nd St., NW, Washington,
    D.C.. 8:30 a.m.
Contact: Jennie Moonis, 202-296-2125; e-mail, jmoonis@bens.org;
    http://www.bens.org
**NEW**

HUMAN RESOURCES
U.S. Chamber of Commerce, (USCC)
Conference on "Managing Workplace Issues During Challenging Times."
Highlights: 9 a.m. - Rep. John Boehner, R-Ohio, chairman, Education and the Workforce Committee, "Workplace Priorities on Capitol Hill."
Location: USCC, 1615 H St., NW, Washington, D.C..
Contact: Kelly Kreiger Hunt, 202-463-5416, or press@uschamber.com;
    http://www.uschamber.com/ViewEvent.asp?eventID=136


IMMIGRATION

News conference to call on the Senate to approve bipartisan legislation to reform the treatment of unaccompanied alien minors, including refugee children, who are in federal immigration custody.
Participants: Sen. Sam Brownback, R-Kan.; Sen. Dianne Feinstein,
    D-Calif., and Angelina Jolie, United Nations
    High Commissioner for Refugees' Goodwill Ambassador
    and actress
Location: G-50 Dirksen Senate Office Building. 2 p.m.
Contact: Howard Gantman, or Scott Gerber, 202-224-9629


MEDIA
Knight Center for Journalism
News conference on "Covering Business After Enron."
Location: National Press Club, 14th and F St., NW, Washington,
    D.C.. 11:30 a.m.
Contact: Closed to the public; Laura Abramson, 301-405-4817
**NEW**


MEDIA
Crown Publishing Group
Launch party for Crown Forum, a new imprint devoted to the publishing of books with a conservative viewpoint.
Participants: Ann Coulter, Tammy Bruce, Linda Chavez, Michael
    Medved and Robert Novak
Location: Hotel George, 16 E St., NW, Washington, D.C.. 6 p.m.
Contact: 703-739-5920
**NEW**


POLITICS
Annenberg Public Policy Center
News conference to examine the role of issue ads in the legislative process.
Participants: Erika Falk, Annenberg Public Policy Center;
    Frank Clemente, Public Citizen; Bill Cooper,
    majority staff, House Energy and Commerce
    Committee; Rick Kessler, legislative director,
    Office of Rep. John dingel, D-Mich.; John
    Kane, Nuclear Energy Institute; Lorie Slass,
    Annenberg Public Policy Center; Dan Weiss,

DOL 0134

M&R Strategies
Location: National Press Club, First Amendment Room,
  14th and F St., NW, Washington, D.C.. 9:30 a.m.
Contact: Lorie Slass, 202-879-6701

SOCIAL ISSUES
Institute for International Research
Conference on "Communities at the Cutting Edge," June 19-20.
Location: Fairmont Washington Hotel, 2401 M St., NW,
  Washington, D.C..
Contact: 212-661-3500; http://www.iirusa.com/cop/index.cfm/Link=8
**NEW**

SOCIAL ISSUES
Woodrow Wilson Center (WWC)
Discussion on "Social Justice Philanthropy."
Participants: Susan Berresford, Ford Foundation
Location: WWC, One Woodrow Wilson Plaza, Ronald Reagan
  Building, 1300 Pennsylvania Ave., NW, Washington,
  D.C.. 10 a.m.
Contact: 202-691-4140; http://wwics.si.edu

TAXES
Center on Budget and Policy Priorities
Conference call briefing on "Permanent Repeal of the Estate Tax."
Participants: Joel Friedman, CBPP and William Gale, Brookings
  Institution
Location: None given. 12 noon
Contact: Michelle Bazie, 202-408-1080; e-mail, bazie@cbpp.org;
  http://www.cbpp.org/6-3-02tax.htm

TAXES
Cato Institute
Policy forum on "Tax Limitation 25 Years after California's Proposition 13."
Participants: Rep. Doug Ose, R-Calif.; Lewis Uhler, president,
  National Tax Committee; Jon Coupal, president,
  Howard Jarvis Taxpayers Assn.; William Niskanen,
  chairman and Michael New, adjunct scholar,
  Cato
Location: Cato Institute, F.A. Hayek Auditorium, 1000
  Massachusetts Ave., NW, Washington, D.C.. 12 noon
Contact: Members of the public should register at 202-789-5200;
  http://www.cato.org

TAXES
National Taxpayers Union Foundation
National Taxpayers Conference 2003, June 19-20. Highlights: 6 p.m.
- Rep. Ron Paul, R-Texas, Opening reception
Location: Washington Court Hotel, 525 New Jersey Ave.,
  NW, Washington, D.C.. 6 p.m.
Contact: Peter Sepp or Maureen Tell, 703-683-5700;
  http://www.secure.lexi.net/ntu/conference_agenda.html
**NEW**

TRADE
U.S. Chamber of Commerce
Brazil-U.S. Private Sector Summit, "Creating a Bilateral Partnership for Economic Growth."

DOL 0135

Participants: Commerce Secretary Donald Evans, Luiz Furlan,
    Brazilian minister of development, industry
    and trade; Leslie Schweitzer, U.S. Chamber
    senior trade advisor; Antonio Pargan, Cisa
    Trading president and CEO; Gustavo Marin,
    Citibank do Brazil president; Joel Korn, AmCham
    Brazil chairman
Location: U.S. Chamber of Commerce, Headquarters, 1615
    H St., NW, Washington, D.C..
Contact: 202-463-5682


TRADE

News conference on trade law reform.
Participants: Rep. Phil English, R-Pa., and Rep. Amo Houghton,
    R-N.Y.
Location: House Radio/TV Gallery, U.S. Capitol. 11:30 a.m.
Contact: 202-225-5406 or 202-225-3161
**NEW**


TRADE
National Assn. of Manufacturers (NAM), Global Anti-Counterfeiting Group and Reconnaissance International
News briefing on World Anti-Counterfeiting Day and the links between product counterfeiting, copyright piracy,
organized crime and suspected involvement of terrorist groups.
Participants: John Anderson, Global Anti-Counterfeiting
    Group; Lew Kontnik, Reconnaissance International
    and David Peyton, NAM
Location: J.W. Marriott, Rayburn Room, 1331 Pennsylvania
    Ave., NW, Washington, D.C.. 9:30 a.m.
Contact: Scot Montrey, 202-637-3099 or Tom Thomson,
    202-466-6210
**NEW**


For all the week's General News Events, go to http://nationaljournal.com/members/calendar/index.cgi?
func=week&section=WAGEN


To Change Or Cancel Your Daybook E-Mail Alert
******************************************

http://nationaljournal.com/members/calendar/index.cgi?func=email
Go to the above address, enter your e-mail address, and click the "Submit" button. This will allow you to
change your preferences or "unsubscribe" from your Daybook E-mail Alert.

NationalJournal.com is a service of National Journal Group Inc. For more information about National Journal
Group's publications, go to http://www.nationaljournal.com/about/.

11