UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CITIZENS FOR RESPONSIBILITY )
AND ETHICS IN WASHINGTON )     **Case No. 1:06CV00743 (RMC)**
                            )
        Plaintiff,          )
                            )
    v.                      )
                            )
UNITED STATES DEPARTMENT OF )
LABOR                       )
                            )
                            )
        Defendant.          )
_____)

**STATEMENT OF MATERIAL FACTS AS TO
WHICH THERE IS NO GENUINE ISSUE**

Pursuant to Local Civil Rule 7.1(h), defendant hereby submits its statement of material facts as to which there are no genuine issues necessary to be litigated:

   1. Plaintiff made a FOIA request, dated March 14, 2006, to the Division of Legislation and Legal Counsel, Office of the Solicitor. *See* Plick Dec., Exhibit A-1. Plaintiff requested that the Department provide copies of all its records regarding the following individuals and entities: Richard Berman, Berman & Company, any employee or representative of Berman & Company and/or Richard Berman, the Center for Union Facts, the Employment Policies Institute Foundation and the Center for Consumer Freedom. *See* Plick Dec. ¶ 3.

   2. The Office of the Solicitor sent a memorandum to all components in the Department's National Office requesting a search for and collection of documents

responsive to plaintiff's FOIA request. *See* Plick Dec. ¶ 4. Search terms used by all components of the Department were: Richard Berman, Rick Berman, Berman & Company, the Center for Union Facts, the Employment Policies Institute Foundation and the Center for Consumer Freedom. *See* Plick Dec. ¶ 10.

    3. On June 16, 2006, Mr. Plick provided plaintiff a consolidated response to plaintiff's FOIA request. *See* Plick Dec., Exhibit A-2. The Department released 108 pages of responsive records, which consisted of e-mail correspondence, three letters from Mr. Berman, three Department responses to Mr. Berman's letters, and a July 27, 2004 letter from the Associate Solicitor for Legislation and Legal Counsel to Mr. Berman. *See* Plick Dec. ¶ 6.

    4. The Department's June 16, 2006 response contained Exemption 5 redactions to:

- an e-mail exchange between the Secretary of Labor, Elaine Chao, and her staff, the final e-mail of which was dated July 13, 2004, *see* Plick Dec. ¶ 7 and Exhibit A-2, page DOL 0035; and,

- e-mail correspondence between the Deputy Secretary of Labor, Steven Law, and his staff, dated March 21-22, 2006, regarding media articles of February 14, 2006 and March 27, 2006, *id.* at DOL 0105 and DOL 0108.[1]

    5. On April 24, 2006, plaintiff filed a complaint with the United States District Court, District of Columbia.[2] *See* Plick Dec. ¶ 5. On June 26, 2006, the Department filed its answer to plaintiff's complaint with the District Court, asserting that

---

[1] Other redactions were made to the documents released to plaintiff pursuant to FOIA Exemption 6. However, plaintiff's counsel has verbally represented to the undersigned Assistant U.S. Attorney that it only contests the redactions made pursuant to FOIA Exemption 5.

[2] Three components of the Department responded to plaintiff's FOIA request prior to the complaint being filed, stating that they had no responsive documents. *See* Plaintiff's Complaint ¶¶ 20-22 and Plick Dec. ¶ 4.

the Department had released 108 pages to plaintiff and properly redacted them pursuant to the FOIA. *See* Plick Dec. ¶ 8.

6. On July 25, 2006, on behalf of the Department, Mr. Plick provided an additional response to plaintiff's FOIA request. *See* Plick Dec., Exhibit A-3. The Department released an additional 22 pages of responsive records, which consisted of archived e-mail correspondence inadvertently missed in the initial search. *See* Plick Dec. ¶ 9.

7. The Department's July 25, 2006 response contained Exemption 5 redactions to:

- portions of an e-mail exchange, dated July 19, 20 and 22, 2004, between the Deputy Secretary and his staff regarding Mr. Berman's request for support of The First Jobs Institute, s*ee* Plick Dec., Exhibit A-3, pages DOL 0115-0116 and DOL 0118; and,

- an e-mail exchange, dated December 5, 2002, between Anthony Bedell, Congressional and Inter-Governmental Affairs, Office of the Secretary, and a staff member, Jennifer Jameson, *see* Plick Dec., Exhibit A-3, page DOL 0117.

Respectfully Submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____
BENTON G. PETERSON, WI. Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7238 514-8780 (Facsimile)
Benton.Peterson@usdoj.gov