UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS in WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF LABOR <br><br> Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-0743 (RMC)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S NOTICE OF FILING**

Defendant in the above captioned matter, through undersigned counsel, files this Notice of Filing of the Declaration of Joseph Plick in relation to Defendant's Motion to Dismiss filed August 28, 2006. The above referenced declaration is attached.

August 28, 2006

Respectfully submitted,

_____
BENTON G. PETERSON
Assistant United States Attorney
Judiciary Center Building, Room
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7238

Case 1:06-cv-00743-RMC    Document 10    Filed 08/28/2006    Page 2 of 2