**Exhibit A**

KENNETH L. WAINSTEIN
United States Attorney
District of Columbia
D.C. Bar No. # 451058
BENTON PETERSON
Assistant United States Attorney
WI Bar # 1029849

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF LABOR )<br>)<br>)<br>Defendant. )<br>_____ ) | Case No. 1:06CV00743<br><br>**DECLARATION OF JOSEPH PLICK** |

I, JOSEPH PLICK, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am Counsel for the Freedom of Information Act ("FOIA"), the Federal Advisory Committee Act and the Privacy Act in the Office of the Solicitor, United States Department of Labor (the "Department"), in Washington, D.C. I am responsible for advising Department components responding to FOIA requests. I also supervise the defense, in conjunction with the United States Department of Justice, of all suits brought against the Department pursuant to the FOIA.

2. The statements made in this declaration are based upon my personal knowledge or upon information available to me in my official capacity and are true and correct to the best of my knowledge.

3. I am familiar with the Department's processing procedures governing requests made pursuant to the FOIA. I am aware that the Citizens for Responsibility and Ethics in Washington (the "plaintiff") made a FOIA request, dated March 14, 2006, to the Division of Legislation and Legal Counsel, Office of the Solicitor. *See* Exhibit A-1. Plaintiff requested the Department provide copies of all its records regarding the following individuals and entities: Richard Berman, Berman & Company, any employee or representative of Berman & Company and/or Richard Berman, the Center for Union Facts, the Employment Policies Institute Foundation and the Center for Consumer Freedom.

4. My office sent a memorandum to all components in the National Office requesting a search and collection of responsive documents to plaintiff's FOIA request. By letter dated April 7, 2006, Michael Niss, Director, Division of Longshore and Harbor Workers' Compensation, Office of Workers' Compensation Programs, Employment Standards Administration, advised plaintiff that his office had no records responsive to its FOIA request. By letter dated April 17, 2006, Kevin L. Ropp, Director, Office of Communications, Occupational Safety and Health Administration, advised plaintiff that his office had no records responsive to its FOIA request. By letter dated April 17, 2006, Carl Smith, Acting Director, Office of Planning and Analysis, Wage and Hour Division, Employment Standards Administration, advised plaintiff that his office had no records responsive to its FOIA request.

5.  On April 24, 2006, plaintiff filed a complaint with the United States District Court, District of Columbia. On April 25, 2006, copies of the summons and complaint were served on the United States Attorney in the District of Columbia. On May 24, 2006, the Department filed a motion for extension of time to file an answer on or before June 26, 2006. The motion was granted by the District Court.

6.  On June 16, 2006, on behalf of Department components that had not previously responded, I provided plaintiff a consolidated response to its FOIA request. *See* Exhibit A-2. The Department released 108 pages of responsive records, which consisted of e-mail correspondence, three letters from Mr. Berman, three Department responses to Mr. Berman's letters, and a July 27, 2004 letter from the Associate Solicitor for Legislation and Legal Counsel to Mr. Berman. *Id.*

7.  The Department's June 16, 2006 response to plaintiff's FOIA request contained the following redactions:

- The name of a Department employee was redacted from the Correspondence Control Record, dated October 4, 2004, pursuant to FOIA Exemption 6. *See* Exhibit A-2, page DOL 0006.

- The name of a Department employee was redacted from an e-mail correspondence, dated January 4, 2005, pursuant to FOIA Exemption 6. *See* Exhibit A-2, page DOL 0013.

- Opinions and deliberative communications between the Secretary of Labor, Elaine Chao, and her staff were redacted from an e-mail correspondence string, the final e-mail of which was dated July 13, 2004, pursuant to FOIA Exemption 5. *See* Exhibit A-2, page DOL 0035.

- The names and e-mail addresses of private individuals who were sent an e-mail, dated March 2, 2006, by the Heritage Foundation were redacted pursuant to FOIA Exemption 6. *See* Exhibit A-2, page DOL 0092.

- Internal e-mail correspondence between Deputy Secretary of Labor, Steven Law, and his staff, dated March 21-22, 2006, regarding media articles of February 14,

2006 and March 27, 2006 were redacted from the e-mail strings pursuant to FOIA Exemption 5. *See* Exhibit A-2, pages DOL 0105 and DOL 0108.

8. On June 26, 2006, the Department filed its answer to plaintiff's complaint with the District Court, asserting that the Department had released 108 pages to plaintiff and properly redacted them pursuant to the FOIA.

9. On July 25, 2006, on behalf of the Department, I provided an additional response to plaintiff's FOIA request. *See* Exhibit A-3. The Department released an additional 22 pages of responsive records, which consisted of archived e-mail correspondence inadvertently missed in the initial search. *Id.* Redactions were made to four pages. *See* Exhibit A-3, pages DOL 0115-0118. Portions of deliberative internal e-mail correspondence, dated July 19, 20 and 22, 2004, between Mr. Law and his staff regarding Mr. Berman's request for support of The First Jobs Institute were withheld pursuant to FOIA Exemption 5. *See* Exhibit A-3, pages DOL 0115-0116 and DOL 0118. An internal e-mail exchange, dated December 5, 2002, between Anthony Bedell, Congressional and Inter-Governmental Affairs, Office of the Secretary, and a staff member, Jennifer Jameson, was partially disclosed. The content of Ms. Jameson's initial e-mail to Mr. Bedell was determined to be responsive to plaintiff's FOIA request, not redacted and released to plaintiff. Mr. Bedell responded to Ms. Jameson's e-mail, but only with respect to an issue (review of a proposed Congressional Action Plan update) that was completely unrelated to Ms. Jameson's e-mail and plaintiff's FOIA request. Since this e-mail contains deliberative material on a separate and unrelated issue, it was withheld pursuant to FOIA Exemption 5. *See* Exhibit A-3, page DOL 0117.

10. The Department performed a reasonable search for the requested documents and released to plaintiff all responsive documents found in the search. Search

terms used by components of the Department were: Richard Berman, Rick Berman, Berman & Company, the Center for Union Facts, the Employment Policies Institute Foundation and the Center for Consumer Freedom.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 25th day of August, 2006.

_____
JOSEPH PLICK
Counsel for FOIA, FACA and Privacy Act
Division of Management and
    Administrative Legal Services
Office of the Solicitor
U.S. Department of Labor
200 Constitution Avenue, N.W., N-2428
Washington, D.C. 20210