**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS in WASHINGTON, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:06CV00743 (RMC) |
| DEPARTMENT OF LABOR | ) ) ) | |
| Defendant. | ) ) | |

**PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, plaintiff, Citizens for

Responsibility and Ethics in Washington ("CREW"), respectfully cross-moves for summary

judgment in this case.  There are no material issues of fact in dispute and CREW is entitled to

judgment as a matter of law.  The points and authorities supporting this motion and in opposition

to defendant's motion are set forth in Plaintiff's Opposition to Defendant's Motion for Summary

Judgment and Cross-Motion for Summary Judgment."

                            Respectfully submitted,

                            _____/s/_____

                            Anne L. Weismann
                            (D.C. Bar No. 434584)
                            Sharon Y. Eubanks
                            (D.C. Bar No. 420147)
                            Citizens for Responsibility and
                                Ethics in Washington
                            1400 Eye street, N.W., Suite 450

-2-

Washington, D.C. 20005
Phone: (202) 408-5565
Fax: (202) 588-5020

Attorneys for Plaintiff

Dated: September 11, 2006