**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS in WASHINGTON,<br><br>        **Plaintiff,**<br><br>    **v.**<br><br>DEPARTMENT OF LABOR<br><br>        **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    **No. 1:06CV00743 (RMC)**<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S RULE 7(h) STATEMENT OF MATERIAL FACTS**

Pursuant to LcvR 7(h), plaintiff, Citizens for Responsibility and Ethics in Washington ("CREW"), submits this statement of material facts for which there is no genuine issue.

1. CREW is a nonprofit corporation dedicated to protecting the right of citizens to be informed about the activities of government officials and to ensuring the integrity of government officials. Complaint ¶ 4.

2. CREW is committed to empowering citizens to have an influential voice in government decisions and in the government decision-making process. To accomplish this, CREW relies, in part, on the Freedom of Information Act ("FOIA") for information to assist it in providing the public with full, accurate, and current information. Complaint ¶¶ 4-6.

3. On March 13, 2006, *The Washington Post* reported that an email apparently sent to Department of Labor ("DOL") employees from Lynn Gibson, an aide in DOL's public liaison office, identified a new website, UnionFacts.com. Ms. Gibson described the website as "dedicated to providing information on labor unions and their expenditures." Al Kamen, Who

Gets the Not-So-Coveted Rosemary? *The Washington Post*, March 13, 2006.  Complaint ¶ 4;

Complaint Exhibit A; Defendant's Motion for Summary Judgment, Exhibit A-2, p. 34.

4. UnionFacts, which is run by the Center for Union Facts, has been described as a

"stridently anti-union site that talks about the 'political activities and criminal activity of the

labor movement.'" Complaint Exhibit A.

5. The Center for Union Facts is headed by Richard Berman, a controversial lobbyist

who founded the lobbying firm Berman & Company.  Complaint Exhibit A.  In addition, Richard

Berman is Executive Director of First Jobs.  Defendant's Motion for Summary Judgment,

Exhibit A-2, p. 5 of 111.

6. Larry Lindsey, formerly Director of the National Economic Council, worked with

Richard Berman as Chairman of First Jobs, after resigning his government post.  Defendant's

Motion for Summary Judgment, Exhibit A-2, Document 9, p. 6 of 111.

7. By letter dated March 14, 2006, CREW submitted a FOIA request to DOL for all

records that mention or relate to the following: Richard Berman, Berman & Company, any

employee or representative of Berman & Company and/or Richard Berman, The Center for

Union Facts, The Employment Policies Institute Foundation, and the Center for Consumer

Freedom.  Complaint Exhibit B; Defendant's Motion for Summary Judgment Exhibit A-1.

8. Before filing this suit, CREW received separate responses from three offices at DOL,

each indicating that it had no responsive documents.  Complaint Exhibits C, D, and E.

9. CREW initiated this action with the filing of its complaint on April 24, 2006.

10. Following the filing of its complaint in this action, CREW received two more

responses (June 16, 2006 and June 25, 2006) from DOL, each indicating that responsive records

had been located and forwarding those responsive documents.  Defendant's Motion for Summary

-3-

Judgment Exhibits A-2 and A-3.

      11. As part of its response to CREW's FOIA request, DOL provided several documents

with material redacted, claiming that Exemption 5 of FOIA protected the material from

disclosure.  Defendant's Motion for Summary Judgment Exhibits A-2 and A-3.

                    Respectfully submitted,

                    _____/s/_____

                    Anne L. Weismann
                    (D.C. Bar No. 434584)
                    Sharon Y. Eubanks
                    (D.C. Bar No. 420147)
                    Citizens for Responsibility and
                      Ethics in Washington
                    1400 Eye street, N.W., Suite 450
                    Washington, D.C. 20005
                    Phone: (202) 408-5565
                    Fax: (202) 588-5020

                    Attorneys for Plaintiff

Dated: September 11, 2006