UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS in WASHINGTON,   )<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>DEPARTMENT OF LABOR   )<br>)<br>)<br>Defendant.   )<br>) | No. 1:06CV00743 (RMC) |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S STATEMENT
## OF MATERIAL FACTS

Plaintiff, Citizens for Responsibility and Ethics in Washington ("CREW"), submits this response to defendant's statement of material facts for which there is no genuine issue. The paragraph numbers below correspond with the paragraph numbers of defendant's statement.

1. Admits.

2. CREW admits that the declaration submitted by the Department of Labor ("DOL") describes a memorandum sent to certain offices at DOL and that it describes the search terms used ; however, CREW has no further knowledge or information concerning the referenced memorandum or search terms.

3. CREW admits that DOL released 108 pages of responsive records, and that those records are included as Exhibit A-2 to DOL's motion for summary judgment.

4. CREW admits that the June 16, 2006 response contained claims of Exemption 5 redactions and that Secretary Chao and Deputy Secretary Steven Law were on some of the emails.

-1-

5. CREW admits that the complaint was filed on April 24, 2006 and that on June 26, 2006, DOL filed its answer; CREW denies that the documents were properly redacted pursuant to FOIA.

6. CREW admits that an additional response to its FOIA request was provided by DOL on July 25, 2006; that response included 22 pages.

7. CREW admits that DOL's response contained redactions that it asserted were pursuant to Exemption 5 of FOIA.

Respectfully submitted,

_____/s/_____

Anne L. Weismann
(D.C. Bar No. 434584)
Sharon Y. Eubanks
(D.C. Bar No. 420147)
Citizens for Responsibility and
    Ethics in Washington
1400 Eye street, N.W., Suite 450
Washington, D.C. 20005
Phone: (202) 408-5565
Fax: (202) 588-5020

Attorneys for Plaintiff

Dated: September 11, 2006