UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS in WASHINGTON,**<br><br>**Plaintiff,**<br><br>v.<br><br>**DEPARTMENT OF LABOR**<br><br>**Defendant.** | No. 1:06CV00743 (RMC) |

**[PROPOSED] ORDER**

Plaintiff's cross-motion for summary judgment is granted and defendant's motion for summary judgment is denied. Within three days, defendant, Department of Labor, shall produce full unredacted versions of all documents to which it asserted FOIA Exemption 5, with the exception of the one email DOL noted was unresponsive to CREW's request.

Dated:_____                    _____
                                           ROSEMARY M. COLLYER
                                           U.S. District Judge