UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>        Plaintiff,<br><br>   v.<br><br>DEPARTMENT OF LABOR<br><br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-0743 (RMC)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE
A REPLY TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
AND MEMORANDUM IN SUPPORT THEREOF**

    The Defendant in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time within which to respond to Plaintiff's Memorandum of Points and Authorities in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment from the current due date of September 19, 2006, up to and including September 25, 2006. Counsel for Plaintiff, has stated that she consents to this motion.

    This extension of time is sought, for purposes of efficiency, to consolidate Defendant's response to Plaintiff's Memorandum of Points and Authorities in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment and its response to Plaintiff's Cross Motion for Summary Judgment.

    In light of the foregoing, Defendant requests an enlargement of time within which to respond to Plaintiff's Memorandum of Points and Authorities in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment up to and including September 25, 2006.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney



_____
 RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney



_____
BENTON G. PETERSON, WI. Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7238 514-8780 (Facsimile)
**Benton.Peterson@usdoj.gov**