# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>Defendant. | Case No. 1:06CV00743 (RMC) |

## DEFENDANT'S RESPONSE TO PLAINTIFF'S STATEMENT
## OF MATERIAL FACTS

Pursuant to Local Civil Rule 7(h), the United States Department of Labor (the "Defendant") submits this response to plaintiff's statement of material facts for which there is no genuine issue. The paragraph numbers below correspond with the paragraph numbers of plaintiff's statement.

1. Defendant is without knowledge or information sufficient to admit or deny the corporate status and corporate goals of plaintiff. Complaint ¶ 4.

2. Defendant is without knowledge or information sufficient to admit or deny the plaintiff's commitments to citizens and which authorities plaintiff relies upon to accomplish its commitments. Complaint ¶¶ 4-6.

3. Admits.

4. Admits.

5. Defendant admits this material fact except for the word "controversial."

6. Admits.

7. Admits.

8. Admits.

9. Admits.

10. Defendant admits this material fact except that the second response was sent to Plaintiff on July 25, 2006 and not June 25, 2006.

11. Admits.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar# 434122
Assistant United States Attorney

_____
BENTON G. PETERSON, WI. Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7238 514-8780 (Facsimile)
**Benton.Peterson@usdoj.gov**