**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON | ) ) ) | **Case No. 1:06CV00743** |
| Plaintiff, | ) ) | |
| v. | ) ) | **SUPPLEMENTAL DECLARATION OF JOSEPH PLICK** |
| UNITED STATES DEPARTMENT OF LABOR | ) ) ) | |
| Defendant. | ) ) ) | |

I, JOSEPH PLICK, pursuant to Rule 56(e) of the Federal Rules of Civil

Procedure, and pursuant to the provisions of 28 U.S.C. § 1746, supplement my

declaration of August 28, 2006 as follows:

    1.    **Exhibit A-2, Document 9, page 33 of 111 (DOL # 35)** consists of a string

of three e-mails. The first, dated June 20, 2004, is from Secretary of Labor Elaine Chao

to Deputy Secretary Steven Law, and John Duncan of the Secretary's Office, with

courtesy copies to three DOL staffers. In it, the Secretary states that she recently had

lunch with Larry Lindsey, who was then working at Richard Berman's First Jobs

Institute, and that Mr. Lindsey had mentioned two projects he was working on. One was

"a 'First Job' description of prominent individuals," and the other was "a consumer

education program about financial literacy." The two passages of material redacted from

the Secretary's June 20, 2004, e-mail concerned the staff's preparation of the Secretary's

responses regarding each of those two projects. In particular, the Secretary asked

questions and sought the advice of her staff on both issues. Both responses remained in formative stages at that time, with various issues unresolved.

2.    The second of the three e-mails in this string is dated June 24, 2004, and is John Duncan's reply to the Secretary, with courtesy copies to the Deputy Secretary and three staffers. Mr. Duncan's reply initially indicates that he spoke to Richard Berman, then addresses each of the two issues raised in the Secretary's initial e-mail. Mr. Duncan provides his assessment of and detailed recommendations as to how the Secretary should respond regarding the consumer education program about financial literacy. Additionally, Mr. Duncan addressed development of the Secretary's biography for the First Jobs Institute.

3.    The third e-mail in this string, dated July 13, 2004, is unredacted.

4.    **Exhibit A-2, Document 9, page 103 of 111 (DOL #105); page 106 of 111 (DOL #108); and page 109 of 111 (DOL #111)** contains e-mails dated February 14, 2006, and March 21 and 22, 2006, concerning two media articles.

5.    On February 14, 2006, Paul Borchers, a then-employee of the DOL's Office of Public Affairs ("OPA"), e-mailed to a DOL e-mail list, called DOL-NEWS-GROUP, the text of a New York Times article in that day's edition entitled "Group Starts Anti-Union Campaign." The article was about the Center for Union Facts. The e-mail was not redacted. Later that day, the Deputy Secretary e-mailed Lisa Kruska, of OPA, about the article. The Deputy Secretary's one sentence e-mail was redacted. The sentence had the general purpose of preparing to respond, if necessary, to the article, and offered Ms. Kruska certain advice to that end.

6.    On March 21, 2006, David James of DOL's OPA e-mailed the Secretary, Deputy Secretary, and a dozen staffers. The e-mail is unredacted, and contains the text of an article by Joseph Lindsley, titled "Union Dues and Don'ts – Financial disclosure is a wonderful thing," to be published on March 27, 2006, but available on-line that day. Mr. Lindsley is not a DOL employee. The article concerned DOL's enforcement of financial reporting requirements for unions and stated that the Center for Union Facts was "[u]nofficially assisting in the Labor Department's effort . . ." Later that day, Lisa Kruska, of OPA, e-mailed the Deputy Secretary, with the general purpose of preparing to respond, if necessary, to that aspect of the article. The Deputy Secretary replied with two e-mails on March 22, 2006, one at 7:54 a.m., and another at 10:47 a.m., each asking a different question of Lisa Kruska. (DOL does not possess any records containing Ms. Kruska's response to the Deputy Secretary's questions.)

7.    **Exhibit A-3, Document 9, page 3 of 24 (DOL #0115); page 4 of 24 (DOL #0116); page 6 of 24 (DOL #118)** contains a string of four e-mails, two dated July 19, 2004, and two dated July 20, 2004, and a second exchange containing one e-mail dated July 22, 2004, one dated July 23, 2004.

8.    In the first string, on July 19, 2004, John Duncan e-mailed Julie Mulvee, both of the Office of the Secretary, regarding the scheduling of a telephone call from Richard Berman regarding the First Jobs Institute. Mr. Duncan offered Ms. Mulvee advice about how to handle the call, which was redacted. Mr. Duncan also informed Ms. Mulvee of what had been decided, which was to suggest that "we could maybe help via a speech or conference participation, but not a large investment." Finally, Mr. Duncan reminded Ms. Mulvee of an earlier suggestion she had made, which was redacted.

9.      Later the same day, Ms. Mulvee forwarded Mr. Duncan's e-mail to the Deputy Secretary without comment. Still later that day, the Deputy Secretary sent a two sentence e-mail to Mr. Duncan, with a courtesy copy to Ms. Mulvee. Both sentences are redacted. Generally, the Deputy Secretary offered his opinion regarding Mr. Duncan's advice to Ms. Mulvee about how to handle the call, then offered his own suggestion regarding how to handle the call.

10.      The next day, July 20, 2004, Mr. Duncan replied to the Deputy Secretary via e-mail, with courtesy copies to Ms. Mulvee and two additional staffers. He first stated that he "will drop by to see if you have a moment to discuss before I call him. But in the event we don't connect, here are a few questions/issues:". The questions/issues are redacted. Finally, the disclosures include an unredacted list of Mr. Duncan's agenda for the call, which reflects decisions already made.

11.      Associate Deputy Secretary for Policy Mala Krishnamoorti replied via e-mail later that day to Mr. Duncan, with courtesy copies to the Deputy Secretary, Ms. Mulvee, and another staffer. She stated that the Women's Bureau (a DOL agency) had already met with Richard Berman. Later on July 20, 2004, the Deputy Secretary replied to Ms. Krishnamoorti, with a courtesy copy to Mr. Duncan. The Deputy Secretary first thanked Ms. Krishnamoorti for her information. That sentence is unredacted. The remainder of the e-mail is redacted. It generally contains the Deputy Secretary's opinions and suggestions regarding Mr. Duncan's earlier questions/issues.

12.      On July 22, 2004, Mr. Duncan e-mailed the Deputy Secretary, Ms. Krishnamoorti, Ms. Mulvee, and Andrew Siff, Chief of Staff, stating that he had called Richard Berman, and informing Ms. Mulvee that the Deputy Secretary need not do so.

Mr. Duncan then reported, in four bullet points, what he said during the phone call. Redactions were made to the third and fourth bullet points. In the third bullet point, Mr. Duncan initially stated "[t]hey should call WB [Women's Bureau] and explore possible collaboration." The remainder of the third bullet point was redacted. It generally contains Mr. Duncan's advice regarding how the Women's Bureau should handle its discussion with the First Jobs Institute. The fourth bullet point began, "I said we were still working on the testimonial for them to post on their website." The next sentence was redacted. It described the advice that the Deputy Secretary had given Mr. Duncan on this matter. The beginning of the next sentence was redacted because it described advice from counsel. Then Mr. Duncan wrote, "First Jobs is to check with us if they consider using [the testimonial] in any way besides just having it generically posted along with other VIP testimonials (*i.e.,* for non-promotional purposes)." The remainder of the e-mail is redacted. It generally asks Chief of Staff Siff for his advice and offers an option regarding the testimonial. The last sentence of the e-mail is also redacted; it describes the recommendation Mr. Duncan was preparing for the Secretary.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 22nd day of September, 2006.

JOSEPH PLICK
Counsel for FOIA, FACA and Privacy Act
Division of Management and
    Administrative Legal Services
Office of the Solicitor
U.S. Department of Labor
200 Constitution Avenue, N.W., N-2428
Washington, D.C. 20210